| To: | Courtney Huffstutler[Courtney.Lawson@walmart.com] |
| --- | --- |
| Cc: | Sylvia Brewer-RHRD[Sylvia.Brewer@walmart.com] |
| From: | Mark Bright |
| Sent: | Thur 1/18/2018 4:49:39 PM |
| Subject: | New Ethics Assignment Tier 3 WMT-18-01-04517 Walmart 1134, De Funiak Springs, FL, COI-Other Associate |

Tier_3_Account_Guideline_Oct_2017_FINAL.pdf
Witnessing Manager Notes.xlsx
Individual Statement of Facts.xlsx
WMT-18-01-04517 Tier 3 2017 Revised Template (Ethics) (90).docx
WMT-18-01-04517 CaseDetails.pdf

**WMT-18-01-04517**
**Walmart 1134**
**Case Due Date : February 8, 2018**


Good morning Courtney,

We have received a report of an ethics allegation requiring investigation.  You have been assigned as the Investigating Manager. Information about the case has been pre-filled in on the Investigation Recap below.  I have also attached a PDF copy of the case details for your reference.


Your responsibilities include the following:

**INTERVIEWS**
- Interview all parties involved and obtain statements.

**DOCUMENTATION**
- Obtain all relevant documentation (such as video evidence, email messages, text messages, etc.).  Documentation should be maintained at facility level in the manager's office in a locked file cabinet to maintain confidentiality.
- **Complete the Investigation Recap by replying to this email.  Fill in the required information in the investigation recap section as indicated [see attachment].**

NOTE:     It is not necessary to send Witnessing Manager Notes for review. However, all documentation supporting your investigation must be kept at facility level in the manager's office in a locked file cabinet to maintain confidentiality.

**Ethics participation in the decision making for this level of investigation is not necessary.**  Please take appropriate action, taking into consideration consistency for your Market. Please partner with your MHRM to make your decision, if necessary.

**Attached are Accountability Guidelines that contain recommendations.  As a manager, you may determine the appropriate level of coaching to use depending on the individual facts and circumstances.**

**If additional allegations surface during the course of the investigation, please include those on your Investigation Recap.**




**Mark Bright - US Ethics Manager**


**Southeast Regions 3 & 9**
Phone: (479) 258-2145
Email: Mark.Bright@walmart.com
Compliance Hotline: 1-800-530-9923


**EX – 1**



*We are Leading with Integrity*
1300 Southeast 8th Street
Bentonville, AR 72716

WM_SAUNDERS 01590

# Tier 3 Accountability Guidelines

**Last Updated:** *October 2017*

## U.S. Ethics – HIGHLY SENSITIVE & CONFIDENTIAL

| Isolated Incident, Comment or Act *(Discrimination/Harassment, Workplace Violence, Wage & Hour, and Retaliation)* | Range of Discipline (based on severity) | |
|---|---|---|
| | **Hourly Associates** | **Supervisor OR Member of Management** |
| Offensive gesture made but NOT directed toward another associate | 1st Written to 3rd Written | 2nd Written to Termination |
| Offensive gesture directed toward another associate | 2nd Written to Termination | 3rd Written to Termination |
| Leering/staring directed toward another associate | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Offensive comment, kidding, teasing or joking about an individual's status, appearance or sexual activity made but NOT directed toward another person | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Offensive comment, kidding, teasing or joking about an individual's status, appearance or sexual activity directed toward another person | 2nd Written to 3rd Written | 2nd Written to Termination |
| Slur (offensive name calling based on indv. status) NOT directed toward another person | 1st Written to 3rd Written | 2nd Written to 3rd Written |
| Slur (offensive name calling based on indv. status) directed toward another person | 3rd Written to Termination | 3rd Written to Termination |
| Any differential treatment towards a customer, member, supplier, vendor, or person working on behalf of Walmart based on their individual status | 2nd Written to 3rd Written | 3rd Written to Termination |
| Any differential treatment of a customer, member or any individual with a service animal. | Training to 1st Written | 1st Written to 2nd Written |
| Displaying or circulating offensive pictures or other materials NOT containing nudity | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Verbal threat, blocking, or bullying | 2nd Written to Termination | 3rd Written to Termination |
| Violent act that does NOT result in serious physical harm to person or property | 2nd Written to Termination | 3rd Written to Termination |
| Sexual flirtation or advance | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Associate in a position to directly or indirectly supervise a family member or someone with whom they are romantically involved. *No accountability should be recommended for the subordinate associate.* | If Hourly Supervisor, see management column. | 3rd Written to Termination |


U.S. Ethics & Compliance

WM_SAUNDERS 01591

# Tier 3 Accountability Guidelines

**Last Updated:** October 2017

## U.S. Ethics – HIGHLY SENSITIVE & CONFIDENTIAL

| Isolated Incidents, Comments or Acts | Range of Discipline (based on severity) | |
|---|---|---|
| *(Discrimination/Harassment, Workplace Violence, Wage & Hour, and Retaliation)* | **Hourly Associates** | **Supervisor OR Member of Management** |
| Retaliation against someone for participating in an ethics investigation | 3rd Written to Termination | 3rd Written to Termination |
| Wage and Hour violations by an hourly associate <br>• Isolated, short term issue of associate adjusting their own time totaling 50 minutes (ex. <1 hour 2-3x over 30 days) <br>• Missed break or lunch <br>• Misuse of company time <br>• Working off the clock | • 50 – 100 minutes, 1st to 2nd Written, 100+ minutes, 2nd to 3rd Written <br>• Training to 1st Written <br>• Training to 1st Written <br>• Training to 1st Written | • Not Applicable <br><br>• Not Applicable <br>• Not Applicable <br>• Not Applicable |
| **All cases resulting in disciplinary action MUST include re-training associate on appropriate policy.** | | |

**Things to Consider when determining outcome of investigation:**

√ Did the associate admit to the allegation?

√ Is there physical and/or electronic evidence?

√ Did someone admit to being involved or state another subject helped them?

√ Was there a witness who may have helped the subject without knowing the actions were wrong?

√ Was there a statement from an unbiased witness ?

**NOTE**: *These accountability guidelines contain recommendations only. As a manager, you may determine the appropriate level of coaching to use depending on the individual facts and circumstances of the situation. Recommended levels of coaching or disciplinary action may be skipped, depending upon your determination of the appropriate level of coaching for the particular situation. The appropriate action will depend on the nature of the particular situation and may include any level of coaching or immediate termination.*

U.S. Ethics & Compliance

WM_SAUNDERS 01592

| Case Number: | |
|---|---|

## Witnessing Manager Interview Notes

| Witnessing Manager Name: | Position: | Date: |
|---|---|---|
| Associate Interviewed: | Position: | |
| Interviewed By: | Position: | |

*Take detailed notes documenting each question and comment throughout the interview process.
*A Witnessing Manager is required for interviews with the Reporting/Affected and Responding Individuals.
*The Investigating Manager will determine if a Witnessing Manager is needed for interviews with a witness to the alleged comments/act.
*Enter the initials of the "Speaker" in the Speaker column. Write what the speaker says in the Question/Comment column.

| Speaker | Question / Comment |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Manager's signature required on page 5**

| Speaker | Question / Comment |
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |

*__**Manager's signature required on page 5**__*

| Speaker | Question / Comment |
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |

*__Manager's signature required on page 5__*

| Speaker | Question / Comment |
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |

*__Manager's signature required on page 5__*

| Speaker | Question / Comment |
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |

| Investigating Manager: Please add any comments or changes to the Witnessing Manager Notes. ||
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |

## Investigating Manager Acceptance of Notes

| Investigating Manager Signature | Date |
|---------|------|

| Witnessing Manager Signature | Date |
|---------|------|

***\*\*Please ensure you have reviewed the associate statement to verify ALL allegations are addressed.***

| Case Number: | |
|---|---|

## Individual Statement of Fact

| Your full name: | Position: | Facility Number: | Date |
|---|---|---|---|
| | | | |

| General Statement of Facts |
|---|

Use black or blue ink pen.

Describe in writing, everything you know about the workplace incidents/issues in the space provided below.

Describe them in the order they occurred. For each incident / issue you describe, be sure to make clear **when** the incident happened, **where** it happened, **what** happened, **who** did and said what, and **who** was present at each. Write down exactly what each person said or did.

| Individual Statement of Fact |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

## Individual Statement of Fact

Is this the first time you have told a manager or supervisor about the incidents in your statement?        { } Yes { } No

If no, to whom did you report the incident? _____

Date of previous Report? _____

What did you report?

_____

_____

_____

## Individual Acknowledgement

I acknowledge and understand:

This meeting and report are confidential. The Company will only share information with those who have a need to know to make an employment decision or further the investigation.

If I have concerns or questions after today's conversation, I may speak with the investigating manager and/or my salaried HR Manager.

Walmart's Discrimination and Harassment Prevention Policy strictly prohibits discrimination or harassment on the basis of a person's race, color, ancestry, ethnicity, religion, sex, pregnancy, national origin, age, disability, marital status, veteran status, sexual orientation gender identity or expression, genetic information or any other legally protected status. Walmart strictly prohibits any manager, supervisor or associate from retaliating against an individual who makes a good faith complaint of a potential policy violation, including the Discrimination and Harassment Prevention Policy, or for providing a statement in connection with such a complaint. An investigation into the allegation of retaliation will be conducted. Appropriate disciplinary action up to and including termination may occur, should the investigation support that retaliation occurred against someone for making a good faith complaint.

I can and should immediately report any perceived retaliation or other policy violation to a salaried member of management. The handwriting that appears on this statement is my own. The information I have submitted in this report is true, correct and complete to the best of my knowledge.

Individual's Signature:

Position

Date



Tier 3 Accountability
Guidelines.pdf

# Tier 3 Ethics Investigation Recap

INSTRUCTIONS:  UPDATE SECTION B AND C (IF NEEDED) AND COMPLETE SECTIONS D & E.

## A.  Initial Report Information

| Case # | WMT-18-01-04517 |
|---|---|
| Facility | Walmart 1134 |
| Date Reported | 01/15/18 |
| Due Date | 02/08/18 |

| Reporter's Name | Lisa Murphy |
|---|---|
| Reporter's Position | CSM |
| Reporter's Contact Information | N/A |

## B.  All Involved Parties

| | Name | Position | Date Interviewed | Location (Facility/Phone) | Involvement | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Christopher Wilcox | Store Mgr. | | | x | Subject | | Witness | | Other Involved Party |
| 2. | Lisa Murphy | CSM | | | | Subject | | Witness | x | Other Involved Party |
| 3. | Athena Wright | Sales | | | | Subject | | Witness | x | Other Involved Party |
| 4. | Sabrina Bradley | Department Manager - Bakery | | | | Subject | | Witness | x | Other Involved Party |
| 5. | Tyler Patten | ASM | | | | Subject | x | Witness | | Other Involved Party |

NOTE:    If more than five involved parties, click tab in the last cell to enter additional lines
         Any additional involved parties discovered during investigation must be added to Section B: All Involved Parties.

## C.  Allegations  to be Investigated

| | Allegation Type | Details of Allegation |
|---|---|---|
| 1. | COI-Other Associate | CSM Lisa Murphy reported to ASM Stephanie Bradley and Tyler Patten that rumors of her having sexual relations with the store manager were going around the store. Lisa was hired into a csm role after leaving the role earlier in the year. The rumors she was hearing was that she performed a favor for a favor. Lisa reported the incident on 01/14/2018. Lisa said she has text messages from Department Manager Sabrina Bradley saying that her associate, Athena Wright, confided in her that she was sleeping with the Store Manager, Christopher Willcox. Athena then informed Sabrina that Chris mentioned to her that he had something going on with Sabrina but that Sabrina started to catch feelings and he had to end it. Sabrina messaged this to Lisa and denied the allegations. Lisa is afraid that the rumors about her originated with the store manager due to him telling an associate he had a relationship with Sabrina when Sabrina says they did not. ASM Tyler Patten emailed market HR, Courtney Huffstutler on 01/14/2018 and was instructed to report this to ethics on 01/15/2017. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

NOTE:    Any additional allegation(s) discovered during the investigation must be added to Section C: Allegations to be Investigated.

## D.  Action Taken

WM_SAUNDERS 01595

| | Name | User ID | Allegation(s) | Current Coaching Level (if applicable) | Action Taken | Coaching Number | Date of Action |
|---|---|---|---|---|---|---|---|
| **1.** | Christopher Wilcox | | COI-Other Associate<br>Substantiated / Unsubstantiated | | | | |
| **2.** | | | Substantiated / Unsubstantiated | | | | |
| **3.** | | | Substantiated / Unsubstantiated | | | | |
| **4.** | | | Substantiated / Unsubstantiated | | | | |
| **5.** | | | Substantiated / Unsubstantiated | | | | |

NOTE:       If more than five sections are required, copy and paste the last section directly below.

| **E.  Closure Communication** | | | |
|---|---|---|---|
| **Closure Conversations were completed with all appropriate parties, including the reporter?** | | Yes | No |
| **If no, please explain** | | | |
| **Was Walmart's policy on anti-retaliation covered with all interviewed parties, including the reporter?** | | Yes | No |
| **If no, please explain** | | | |
| **Manager Conducting Closure Conversations:** | | | |
| **Investigating Manager Name** | | | |
| **Investigating Manager Position** | | | |

**Walmart anti-retaliation statement:**
Retaliation against associates who raise concerns or questions about misconduct will not be tolerated.  Associates who believe they have experienced retaliation after raising an ethics concern should report the issue to their manager or Global Ethics as soon as possible.

WM_SAUNDERS 01596

# Tier 3 Accountability Guidelines

*Last Updated:* February 2017

## U.S. Ethics – HIGHLY SENSITIVE & CONFIDENTIAL

| Isolated Incident, Comment or Act<br>*(Discrimination/Harassment, Workplace Violence, Wage & Hour, and Retaliation)* | Range of Discipline (based on severity) | |
|---|---|---|
| | **Hourly Associates** | **Supervisor OR Member of Management** |
| Offensive gesture made but NOT directed toward another associate | 1st Written to 3rd Written | 2nd Written to Termination |
| Offensive gesture directed toward another associate | 2nd Written to Termination | 3rd Written to Termination |
| Leering/staring directed toward another associate | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Offensive comment, kidding, teasing or joking about an individual's status, appearance or sexual activity made but NOT directed toward another person | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Offensive comment, kidding, teasing or joking about an individual's status, appearance or sexual activity directed toward another person | 2nd Written to 3rd Written | 2nd Written to Termination |
| Slur (offensive name calling based on indv. status) NOT directed toward another person | 1st Written to 3rd Written | 2nd Written to 3rd Written |
| Slur (offensive name calling based on indv. status) directed toward another person | 3rd Written to Termination | 3rd Written to Termination |
| Any differential treatment towards a customer, member, supplier, vendor, or person working on behalf of Walmart based on their individual status | 2nd Written to 2rd Written | 3rd Written to Termination |
| Any differential treatment of a customer, member or any individual with a service animal. | Training to 1st Written | 1st Written to 2nd Written |
| Displaying or circulating offensive pictures or other materials NOT containing nudity | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| General touching (arm around shoulder, hand on back, etc.) | Training to 2nd Written | 1st Written to 2nd Written |
| Verbal threat, blocking, or bullying | 2nd Written to Termination | 3rd Written to Termination |
| Violent act that does NOT result in serious physical harm to person or property | 2nd Written to Termination | 3rd Written to Termination |
| Sexual flirtation or advance | 1st Written to 2nd Written | 2nd Written to 3rd Written |
| Consensual romantic/sexual relationship between an associate and supervisor | Training to 2nd Written | 3rd Written to Termination |



# Tier 3 Accountability Guidelines

*Last Updated:* February 2017

## U.S. Ethics – HIGHLY SENSITIVE & CONFIDENTIAL

| Isolated Incidents, Comments or Acts<br>*(Discrimination/Harassment, Workplace Violence, Wage & Hour, and Retaliation)* | Range of Discipline (based on severity) | |
| --- | --- | --- |
| | **Hourly Associates** | **Supervisor OR Member of Management** |
| Retaliation against someone for participating in an ethics investigation | 3rd Written to Termination | 3rd Written to Termination |
| Wage and Hour violations by an hourly associate<br>• Isolated, short term issue of associate adjusting their own time totaling 50 minutes (ex. <1 hour 2-3x over 30 days)<br>• Missed break or lunch<br>• Misuse of company time<br>• Working off the clock | • 50 – 100 minutes, 1st to 2nd Written, 100+ minutes, 2nd to 3rd Written<br>• Training to 1st Written<br>• Training to 1st Written<br>• Training to 1st Written | • Not Applicable<br><br>• Not Applicable<br>• Not Applicable<br>• Not Applicable |
| **All cases resulting in disciplinary action MUST include re-training associate on appropriate policy.** | | |

### Things to Consider when determining outcome of investigation:

√ Did the associate admit to the allegation?

√ Is there physical and/or electronic evidence?

√ Did someone admit to being involved or state another subject helped them?

√ Was there a witness who may have helped the subject without knowing the actions were wrong?

√ Was there a statement from an unbiased witness ?

**NOTE**: These accountability guidelines contain recommendations only. As a manager, you may determine the appropriate level of coaching to use depending on the individual facts and circumstances of the situation. Recommended levels of coaching or disciplinary action may be skipped, depending upon your determination of the appropriate level of coaching for the particular situation. The appropriate action will depend on the nature of the particular situation and may include any level of coaching or immediate termination.

U.S. Ethics & Compliance

WM_SAUNDERS 01598

# CASE DETAILS
## WMT-18-01-04517

### CONFIDENTIAL MEMORANDUM

| | | | | | |
|---|---|---|---|---|---|
| **Report Initiated** | 2018-01-15 21:56 ET | **Primary Priority** | C | | |
| **Scheduled Follow-up** | 2018-01-22 | **Case Indicator** | | | |
| **Source** | Web Submission | **Current Status** | Active | 2018-01-18 | |
| **Awareness Resource** | Co-worker/Fellow Associate | **Case Opened** | 2018-01-18 | | |
| **Language** | English | **Case Closed** | | | |
| **Documented by** | WEBALLEGATIONSUBMIT | **Days Open** | 0 days | | |
| | | **Case Due Date** | 2018-02-08 | | |

| Allegation | Class | Priority | Primary |
|---|---|---|---|
| COI - Other Associate | Conflict of Interest | C | Yes |

| Location | Location Geography | Location Function |
|---|---|---|
| 1134 | Alignment1: US and PR | Division: WM2 |
| WM Supercenter | | Store Type: SC |
| 1226 Freeport Road | | Store Hour Type: 24 |
| Florida | | |
| De Funiak Sprin, Florida 32435 | | |
| United States | | |

| Parties Involved | Party Type | Job Title | Description |
|---|---|---|---|
| Tyler Patten | Caller | ASM | |
| Other (850) 826-8897 | | | |
| tylerpattenwalmart@gmail.com | | | |
| Christopher Willcox | Subject | Store Manager | |
| Courtney Huffstutler | Authorized Assignment | MHRM | |
| Athena Wright | Other Involved Party | Sales Associate | |
| Lisa Murphy | Other Involved Party | CSM | |
| Sabrina Bradley | Witness | Department Manager - Bakery | |

### Issue Summary

It is alleges Store Manager Christopher Wilcox has had a relationship with Athena Wright and CSM Lisa.

### Issue Details

CSM Lisa Murphy reported to ASM Stephanie Bradley and Tyler Patten that rumors of her having sexual relations with the store manager were going around the store. Lisa was hired into a csm role after leaving the role earlier in the year. The rumors she was hearing was that she performed a favor for a favor. Lisa reported the incident on 01/14/2018. Lisa said she has text messages from Department Manager Sabrina Bradley saying that her associate, Athena Wright, confided in her that she was sleeping with the Store Manager, Christopher Willcox. Athena then informed Sabrina that Chris mentioned to her that he had something going on with Sabrina but that Sabrina started to catch feelings and he had to end it. Sabrina messaged this to Lisa and denied the allegations. Lisa is afraid that the rumors about her originated with the store manager due to him telling an associate he had a relationship with Sabrina when Sabrina says they did not. ASM Tyler Patten emailed market HR, Courtney Huffstutler on 01/14/2018 and was instructed to report this to ethics on 01/15/2017.

## Additional Questions

| | Answers |
|---|---|
| In which South African province is the address located? | N/A |
| What is your relationship to Wal-Mart Stores, Inc.? | Employee - Retail |
| Are you a supplier? | N/A |
| Please provide the supplier name. | N/A |
| Report Number | N/A |
| Agent ID | N/A |

## Communication with Reporter

| Type | Date Entered | Entered By | Reply Given to Reporter | Language |
|---|---|---|---|---|
| Reply | 2018-01-18 11:43 ET | Mark  Bright | No | English |
| Custom Response | | | | |

Response sent to reporter at, tylerpattenwalmart@gmail.com.

## Other Background Details

| | |
|---|---|
| **Owner of the Question, Investigation, or Referral** | Market HR |
| **Issue Description** | Allegation |
| **Reporter Individual Type** | Hourly |
| **Subject Individual Type** | Management |
| **Elevated Authority** | |
| **Opinion / Retail Link Outcome** | |
| **Related Remedy Number** | |
| **Report Received** | |
| **Responsible Sourcing** | |
| **Total Count of Related Contacts** | |
| **Trend Tag** | |
| **Reputational Risk** | |
| **Tier I Criteria** | |
| **Case Tier** | Tier 3 |
| **Global e-Commerce and Leverage** | |
| **Global Intake** | Dawn Richards |
| **Massmart** | |
| **Triage Reviewed** | |
| **Triage Assigned Point of Contact** | |
| **Triage Received** | |
| **Triage Scoped** | |

**Triage Released**
**Archer Regulatory Contact ID**
**Call Center Ticket Number**

| Assignee | Assignment Type | Complete/Removed | Date Assigned | Assigner |
|---|---|---|---|---|
| Mark Bright | Lead Case Manager | | 2018-01-18 07:42 ET | Dawn  Richards |
| Courtney Lawson Huffstutler | Lead Investigator | | 2018-01-18 11:34 ET | Mark  Bright |
| Sylvia Brewer | View-Only | | 2018-01-18 11:34 ET | Mark  Bright |

| **Assignment Notes** | | **Date Entered** | **Entered By** |
|---|---|---|---|
| No Case Assignment Notes found for this call report. | | | |

**Investigation Notes**
**Date Entered**                                            **Entered By**

No Case Investigation Notes found for this call report.

**Other Investigation Details**
**Case Name**

**Investigative Level**

**Division**

**GIG Review Complete**

**ACG Work Streams**

**FI Trend Tag**

**Report Criteria Achieved (Governance Use ONLY)**

**Subjective Review**

**Date of Incident**          N/A

**Fraud\Improper Payment Dollar Value:**          Currency

**Theft Dollar Value:**          Currency

**Financial Integrity Dollar Value:**          Currency

**Case Indicator**

**Legally Privileged**
**Reportable to Audit Committee**
**Potential Report to SEC**
**Significant**

| Related Case | Same Case | Date Added | Added by |
|---|---|---|---|

WM_SAUNDERS 01601

No Related case found for this call report.

**Resolution Details**

No Resolution found for this call report.

**Executive Summary**

**Other Resolution Details**

## Attachments

| File Name | Date Added | Uploaded By |
|---|---|---|
| WMT-18-01-04517.msg Reply to Reporter Open .msg | 2018-01-18 11:45 ET | Mark  Bright |
| Thank you for contacting Walmart Global Ethics - WMT-18-01-04517.msg | 2018-01-18 07:43 ET | Dawn  Richards |

*Client agrees and understands that NAVEX Global neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report.  Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.

WM_SAUNDERS 01602