## CASE DETAILS
**WMT-18-11-01964**

### CONFIDENTIAL MEMORANDUM

| | | | | | |
|---|---|---|---|---|---|
| **Report Initiated** | 2018-11-06 22:11 ET | **Primary Priority** | C | | |
| **Scheduled Follow-up** | 2018-11-13 | **Case Indicator** | | | |
| **Source** | KPMG - Helpline | **Current Status** | Active | 2018-11-12 | |
| **Awareness Resource** | Unknown | **Case Opened** | 2018-11-07 | | |
| **Language** | English | **Case Closed** | | | |
| **Documented by** | Janet Kruger | **Days Open** | 5 days | | |
| | | **Case Due Date** | 2018-12-03 | | |

| Allegation | Class | Priority | Primary |
|---|---|---|---|
| H - Sexual | Harassment | C | Yes |
| FR - Ethics Concern | Failure to Report | C | No |
| RTL - Ethics | Retaliation | C | No |

| Location | Location Geography | Location Function |
|---|---|---|
| 1134<br>WM Supercenter<br>1226 Freeport Road<br>Florida<br>De Funiak Sprin, Florida 32435<br>United States | Alignment1: US and PR | Division: WM2<br>Store Type: SC<br>Store Hour Type: 24 |

| Parties Involved | Party Type | Job Title | Description |
|---|---|---|---|
| Manuel Villalobos<br>manny.villalobos1979@gmail.com | Caller | Associate's husband | |
| James Pollock | Subject | Meat | |
| Christopher Willcox | Authorized Assignment | Store Manager | |
| Carolina Villalobos | Other | Associate | Victim |
| Joelle Saunders | Other | Former Associate | female, Victim |
| Tammy Newby | Witness | Assistant Store Manager | |
| Cortney Unknown | Witness | Regional Manager | |
| Robert Haubensack | Witness | Meat Dept. Mgr. | |
| Destiny Claudio | Witness | Cap 1 | |

**Issue Summary**

EX – 2

At Walmart 1134, De Funiak Springs, FL, it is alleged that James Pollock, Meat associate, has sexually harassed several female associates in the store by either with sexually inappropriate comments and or unwanted touching.

**Issue Details**

An associate's husband, Manuel Villalobos contacted the Walmart Ethics Helpline and reported an incident of sexual harassment that has been going on for the past two (2) weeks. He added that he had tried to get hold of and left several messages for Regional Manager, Cortney (last name unknown) but she never returned his calls.

Manuel stated that his wife Associate, Carolina Villalobos has been sexual harassed by Supervisor\Manager Jim (last name unknown). He added that Jim put his hands on Carolina and that Carolina had reported the matter on two separate occasion to Management, (unnamed) and nothing has been done. He added nothing had been done to protect his wife or other female associates from Jim.

He added that Manager, Tammy (witness) knows that she had reported this to other management and has also tried to help. He added that on 6 November 2018, Carolina was pulled into the office and she was only told that they have spoken n to Jim.

Manuel added that Jim has sexually harassed other female associates. He said that the last time, a female associate made report about Jim to the Walmart Ethics; the female associate (anonymous) was terminated from the store.

He added that even if his wife is working in a different department, Jim goes looking for her.

He stated that he is an officer in the United State Army, and if nothing is done about the sexual predator in the store, he will take action with civil and military lawyers.

Please note that the Walmart customer services helpline transferred the caller to the Walmart Ethics Helpline.

Reference number WMT-55793 was allocated to this report.

| Additional Questions | Answers |
|---|---|
| Report Received (MM/DD/YYYY  i.e. December 21, 2010 equates to 12/21/2010) | WMT-55793<br>Date of call: 6 November 2018 |
| Are you a supplier? | No |

**Communication with Reporter**

| Type | Date Entered | Entered By | Reply Given to Reporter | Language |
|---|---|---|---|---|
| Reply | 2018-11-12 13:48 ET | Mark  Bright | No | English |

Request for Information (First Request)

Good afternoon sir,

Thank you for contacting Walmart US Ethics Office; however, more specific information is needed.

Please provide the following additional information within 7 days of this request.

You added that another female associate had been harassed by Jim, and that after she reported it, she was then terminated. What is the female associate's name and job title, how do you know if she was sexually harassed by Jim, or that as a result of her reporting it that she was terminated?

Do you know where and when the alleged incidents occurred?

Thank you.

| Reply | 2018-11-07 15:45 ET | Camila Farhat | No | English |

Custom Response

Thank you for contacting Walmart Global Ethics. Your contact has been received and is currently being reviewed. After we conduct our initial review, we will respond back to you information about how your concern will be handled. Your concern may require us to request more information from you, refer you to other associates who are better able to answer your concern, or review further for potential misconduct.

Walmart does not tolerate retaliation against someone for reporting concerns.  If you believe that you experienced retaliation for reporting your ethics concern, please tell us.
Thank you again for speaking up.

Regards,
Camila
Global Ethics


**Other Background Details**

| | |
|---|---|
| **Owner of the Question, Investigation, or Referral** | Market HR |
| **Issue Description** | Allegation |
| **Reporter Individual Type** | Customer |
| **Subject Individual Type** | Hourly |
| **Related Remedy Number** | |
| **Responsible Sourcing** | |
| **Trend Tag** | |
| **Tier I Criteria** | |
| **Case Tier** | Tier 2 |
| **Global e-Commerce and Leverage** | |
| **Global Intake** | Camila Farhat |
| **Massmart** | |
| **Triage Reviewed** | |
| **Triage Assigned Point of Contact** | |
| **Triage Received** | |
| **Triage Scoped** | |
| **Triage Released** | |
| **Archer Regulatory Contact ID** | |
| **Call Center Ticket Number** | |
| **Flipkart** | |

| Assignee | Assignment Type | Complete/Removed | Date Assigned | Assigner |
|---|---|---|---|---|
| Mark Bright | Lead Case Manager | | 2018-11-07 15:42 ET | Camila Farhat |
| Courtney Lawson Huffstutler | Lead Investigator | | 2018-11-12 14:17 ET | Mark Bright |

| Assignment Notes | Date Entered | Entered By |
|---|---|---|
| No Case Assignment Notes found for this call report. | | |

**Investigation Notes**

| Date Entered | Entered By |
|---|---|
| 2018-11-12 13:59 ET | Mark Bright |

Sent case to Christopher Willcox, Store Mgr.

**Other Investigation Details**
Case Name
Division
GIG Review Complete
ACG Work Streams
FI Trend Tag
Report Criteria Achieved (Governance Use ONLY)
Subjective Review

| Date of Incident | N/A | | |
|---|---|---|---|
| Fraud\Improper Payment Dollar Value: | | Currency | |
| Theft Dollar Value: | | Currency | |
| Financial Integrity Dollar Value: | | Currency | |

**Case Indicator**

Legally Privileged
Reportable to Audit Committee

| Related Case | Same Case | Date Added | Added by |
|---|---|---|---|
| No Related case found for this call report. | | | |

**Resolution Details**

No Resolution found for this call report.

**Executive Summary**   At Walmart 1134, De Funiak Springs, FL, it is alleged that James Pollock, Meat associate, has sexually harassed several female associates in the store by either with sexually inappropriate comments and or unwanted touching.

**Other Resolution Details**

___

## Attachments

| File Name | Date Added | Uploaded By |
|---|---|---|
| Walmart Global Ethics -  WMT-18-11-01964.msg | 2018-11-07 15:46 ET | Camila  Farhat |

*Client agrees and understands that NAVEX Global neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report.  Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.