IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:21-CV-1051-TKW-HTC |
| WALMART INC. and ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), Plaintiff Equal Employment Opportunity Commission submits these designations of testimony it anticipates presenting by deposition:

| Witness | Deposition Designations |
|---|---|
| Bradley, Stephanie | 5:1-13; 7:11-24; 8:5-25; 9:1-11:3; 11:20-24; 19:1-40:21; 41:9-49:8; 50:23-51:10; 52:2-55:11; 58:17-64:22; 65:14-69:13; 69:19-76:24; 82:19-83:4; 86:12-25; 89:2-20; 90:1-93:11; 122:7- |

| | |
|---|---|
| | 123:22; 124:5-25; 125:20-128:21; 129:1-134:8; 136:1-140:24; 141:11-19; 142:2; 144:1-145:22; 149:1-150:7. |
| Bright, Mark | 12:22-13:03; 18:18-18:21; 23:06-24:07; 42:23-44:03; 44:04-53:07; 55:01-57:13; 57:14-59:06; 62:01-63:17; 92:09-94:06; 94:19-100:10; 100:11-104:20; 106:11-107:17, 113:06-119:16; 119:17-120:09; 120:12-121:18; 121:19-122:21; |
| Schiller, Lauren (30(b)(6)) | 14:20-16:08; 16:12-17:11; 33:07-33:18; 34:04-34:11; 43:04-43:14; 52:12-53:02; 53:06-56:05; 62:11-64:02; 66:09-67:09; 69:03-70:09; 72:09-73:04; 75:01-77:03; 79:22-81:04; 95:23-96:10; 100:25-102:18; 102:23-103:17; 119:05-119:23; 119:24-121:04; 124:04-124:16; 124:22-125:09; 125:17-125:19; 134:05-134:12; 142:10-143:01; |

| | |
|---|---|
| | 144:05-145:18; 146:02-147:06; 147:07-149:04; 168:04-176:03; 176:09-178:05; 178:07-179:17; 251:21-252:21; 253:16-254:11; 256:18-256:23; 257:04-257:08; 257:14-257:17; 257:21-260:07; 263:10-263:20; 272:16-273:01; 273:18-273:25; 274:01-274:10; 276:14-277:07 |

Dated: October 6, 2023

                                                             Respectfully submitted,

EQUAL EMPLOYMENT  
OPPORTUNITY COMMISSION  
Birmingham District Office  
Ridge Park Place  
Suite 2000 1130 22nd Street South  
Birmingham, Alabama 35205

MARSHA L. RUCKER  
Regional Attorney  
PA Bar No. 90041  
Marsha.rucker@eeoc.gov

GERALD L. MILLER  
Assistant Regional Attorney  
AL Bar No. ASB-1454-E52G  
Gerald.miller@eeoc.gov

BRYAN A. GRAYSON  
Supervisory Trial Attorney  
AL Bar No. ASB-8944-N65G  
Bryan.grayson@eeoc.gov

AUSTIN T. RUSSELL  
/s/ *Austin T. Russell*

3

        Trial Attorney
        AL Bar No. ASB-6418-S13J
        Austin.Russell@eeoc.gov
        Telephone: (205) 651-7079
        Facsimile: (205) 212-2041

        BARBARA J. WELLS
        Trial Attorney
        AL Bar No. ASB-1658-R58B
        Barbara.wells@eeoc.gov
        Telephone: (205) 651-7041

        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I filed Plaintiff's Deposition Designations with the Clerk of the Court using the CM/ECF system, which will electronically send notification of the filing to all attorneys on record, including the following:

        */s/ Austin T. Russell*
        Austin T. Russell