# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

    Plaintiff,

v.                           CASE NO. 3:21-CV-1051-TKW-HTC

**WALMART INC. and**
**WAL-MART STORES EAST, L.P.,**

    Defendants.

_____/

## DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants Walmart Inc. and Wal-Mart Stores East, L.P. ("Walmart"), by and through their undersigned attorneys, hereby submit their deposition designations for use at trial. Defendants reserve the right to supplement these designations to include cross-designations in response to Plaintiff's deposition designations.

| Deposition | Page:Line | |
|---|---|---|
| Mark Bright | 18:18-22:12 | |
| | 23:6-24:3 | |
| | 33:4-35:10 | |
| | 37:25-41:12 | |
| | 42:23-43:12 | |
| | 49:16-52:1 | |
| | 66:14-22 | |
| | 66:6-70:15 | |
| | 72:6-25 | |
| | 75:10-77:4 | |
| | 133:10-22 | |

10205729v1

| Deposition | Page:Line | |
|---|---|---|
| | 134:6-9 | |
| | 134:20-143:8 | |
| | 155:13-156:9 | |
| **Deposition** | **Page:Line** | |
| Lauren Schiller | 33:7-34:11 | |
| | 62:11-64:2 | |
| | 65:21-66:2 | |
| | 67:10-74:25 | |
| | 80:4-80:14 | |
| | 92:2-93:19 | |
| | 103:18-105:6 | |
| | 107:11-20 | |
| | 107:25-108:6 | |
| | 110:1-116:7 | |
| | 116:18-116:23 | |
| | 119:25-121:1 | |
| | 122:24-124:24 | |
| | 127:14-128:5 | |
| | 128:23-131:1 | |
| | 132:22-133:22 | |
| | 136:24-138:25 | |
| | 144:10-146:5 | |
| | 168:9-173:1 | |
| | 176:9-179:17 | |
| | 184:12-185:16 | |
| | 219:17-220:2 | |
| | 242:20-243:23 | |
| | 244:7-244:18 | |
| | 246:8-15 | |
| | 247:13-249:4 | |
| | 254:25-255:17 | |
| | 280:23-284:2 | |
| | 286:14-287:2 | |
| | 287:19-288:4 | |

Respectfully submitted this 6th day of October, 2023.

*/s/Angelique Groza Lyons*
Angelique Groza Lyons, Esq.
Fla. Bar No. 118801
alyons@constangy.com
Secondary Email:  tampa@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Tampa, Florida  33602
(813) 223-7166 / Fax:  (813) 223-2515

F. Damon Kitchen
Florida Bar No. 861634
dkitchen@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
200 West Forsyth Street, Suite 1700
Jacksonville, FL  32202-4317
Telephone: (904) 356-8900
Facsimile: (904) 356-8200

***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October, 2023, I electronically filed with the Clerk of Court a copy of the foregoing document via the CM/ECF system, which will automatically serve a copy upon counsel for Plaintiff.

/s/Angelique Groza Lyons
Attorney

3

10205729v1