UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,                    CASE NO. 3:21-CV-1051-TKW-HTC

v.

WALMART, INC. and
WAL-MART STORES EAST, L.P.,

    Defendants.
_____/

### DEFENDANTS' UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE, AND CERTIFICATE OF GOOD FAITH

Defendants Walmart, Inc. and Wal-Mart Stores East, L.P., by and through their undersigned attorney, pursuant to Local Rule 11.1(C), hereby move this Court for an order admitting Amanda Morejon *pro hac vice* as counsel for Defendants in this case. In support thereof, Defendants state:

1. Amanda Morejon is associate in the Macon, Georgia office of Constangy, Brooks, Smith & Prophete, LLP. Ms. Morejon is a member of the State Bar of Georgia and regularly practices law in that State. Ms. Morejon is a member in good standing of the following courts: Georgia State Court, the United States Northern District of Georgia, the United States Middle District of Georgia, and the United States Southern District of Georgia. (*see* Ex. 1). Ms. Morejon is not a

10140638v1

member of the Florida Bar, does not maintain a regular practice of law in Florida, and has not appeared in any Florida case.

2. Ms. Morejon has successfully completed the Attorney Admission Tutorial (*see* Ex. 2), has reviewed the CM/ECF Attorney User's Guide, maintains an upgraded PACER account and has contemporaneously paid the required fee.

3. Ms. Morejon has familiarized herself with the Local Rules of the United States District Court for the Northern District of Florida, the Rules of Professional Conduct, and other ethical rules governing the Bar of the State of Florida.

4. With the exception of being a member of the Florida Bar, Ms. Morejon satisfies the requirements for obtaining and maintaining general admission in the Northern District of Florida.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff has no objection to the relief sought in this Motion.

Dated: October 13, 2023

/s/Angelique Groza Lyons
Angelique Groza Lyons, Esq.
Fla. Bar No. 118801
alyons@constangy.com
Secondary Email: tampa@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Tampa, Florida  33602

(813) 223-7166 / Fax:  (813) 223-2515

F. Damon Kitchen
Florida Bar No. 861634
dkitchen@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
200 West Forsyth Street, Suite 1700
Jacksonville, FL  32202-4317
Telephone: (904) 356-8900
Facsimile: (904) 356-8200

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2023, I electronically filed with the Clerk of Court a copy of the foregoing document via the CM/ECF system, which will automatically serve a copy upon counsel for Plaintiff.

/s/Angelique Groza Lyons
Attorney