UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,                      CASE NO. 3:21-CV-1051-TKW-HTC

v.

WALMART, INC. and
WAL-MART STORES EAST, L.P.,

    Defendants.
_____/

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants Walmart, Inc. and Wal-Mart Stores East, L.P. (hereinafter "Walmart"), by and through their undersigned attorneys, hereby file their Proposed Voir Dire Questions.

Walmart respectfully requests that the Court ask potential jurors the following questions during voir dire:

    1.    Have you or any relative or close friend ever filed a claim alleging discrimination or harassment?  If so,

        a.  What was the nature of the claim?

        b.  Who was the claim against?

        c.  What was the outcome of the claim?

    2.    Have you or a relative or close friend ever thought that you were

harassed or discriminated against at work?  If so,

    a. What was the nature of the discrimination?

    b. What was the unfair treatment?

    c. Did you ever complain?

3. Have you or a relative or close friend ever thought you were sexually harassed or sexually assaulted (not limited to work)?  If so, what happened and was a complaint filed?

4. Have you ever had a dispute with an employer?  If so, please describe the dispute and how it was resolved.

5. Have you ever held a job in human resources or where you were responsible for making hiring and termination decisions?  If yes, would you please tell us about that situation?

6. Do you have any training in the fields of discrimination, human resources, personnel, or a related field?

7. Have you ever been in management at your place of business, and if so what area of management?

8. Have you ever been a business owner or sat on the board of a corporate entity?

9. Do you have any experience in employment dispute resolution?  If yes, please describe

10. Do you know or have you ever been in a position that requires you to hire or fire employees? If so, provide detail.

11. Have you ever managed or supervised other as part of your job responsibilities?

12. Do believe that the mere fact that the EEOC has sued Walmart means that Walmart did something wrong?

13. Have you, a family member or close friend ever worked for Walmart?

14. Have you, a family member or close friend ever worked for the EEOC or federal government?

15. Have you, a family member or close friend ever had a complaint about Walmart? If so, what was the nature of the complaint and how was it resolved?

16. Have you ever filed a claim or lawsuit against your employer? What was the nature of the claim? What was the outcome? Were you satisfied with that result? Would that previous experience interfere with your ability to render a fair and impartial verdict in this case?

17. Do you believe that Walmart, even though it is a corporation, is entitled to fair and equal treatment under the law?

18. Do you believe that the employees of a corporation can be truthful when testifying for the corporation in a lawsuit?

19. Do you believe the EEOC is entitled to deference or special

consideration because it is an agency of the federal government?

20. Have you ever been sued by an employee?

21. Have you or a relative or close friend ever been accused of discrimination or harassment? Please describe

22. Do you have any training, education or experience working in psychology or psychiatry? Please describe.

Respectfully submitted this 13th day of October, 2023.

>*/s/Angelique Groza Lyons*
>Angelique Groza Lyons, Esq.
>Fla. Bar No. 118801
>alyons@constangy.com
>Secondary Email: tampa@constangy.com
>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
>100 North Tampa Street, Suite 3350
>Tampa, Florida 33602
>(813) 223-7166 / Fax: (813) 223-2515
>
>F. Damon Kitchen
>Florida Bar No. 861634
>dkitchen@constangy.com
>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
>200 West Forsyth Street, Suite 1700
>Jacksonville, FL 32202-4317
>Telephone: (904) 356-8900
>Facsimile: (904) 356-8200
>***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of October, 2023, I electronically filed with the Clerk of Court a copy of the foregoing document via the CM/ECF system, which will automatically serve a copy upon counsel for Plaintiff.

                                              /s/Angelique Groza Lyons
                                                    Attorney