IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART INC. and ) <br> WAL-MART STORES EAST, LP, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 3:21-CV-1051-TKW-HTC |

**PLAINTIFF UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S PROPOSED VOIR DIRE**

Plaintiff Equal Employment Opportunity Commission ("EEOC") submits the following proposed voir dire questions for the jury panel. If a proposed juror answers a question in the affirmative, counsel requests leave to ask follow-up questions.

1. Raise your hand if you have ever served on a jury before.
    1. How many times?
    2. Criminal or Civil?
    3. Were you the foreperson?
    4. Did the jury reach a verdict?
    5. For which party did you find in the verdict?
    6. Did any of you have an unpleasant experience on a jury? If so, please ask for details outside the presence of the other prospective jurors.

2. Raise your hand if you currently work.
    1. Raise your hand if you have more than one job.
    2. Raise your hand if you supervise other workers or have in the past.

3. Raise your hand if you or your spouse ever served in the military. How long did you serve?

4. Raise your hand if you have ever worked in law enforcement. How long?

5. Raise your hand if you consider yourself well-informed about current events. If so, where do you get your news?

6. Raise your hand if you listen to podcasts on a regular basis? If so, what podcasts do you listen to?

7. Raise your hand if you follow any social media that might be described as part of the tradwife or stay-at-home girlfriend trend? (Possible follow-up for any person that answers in the affirmative: Do you believe that women should not work outside the home?)

8. Raise your hand if there is a bumper sticker on your or your spouse's vehicle. If so, what does it say?

9. Please raise your hand if you agree with the following statements:
    1. In general, I believe that there is nothing wrong with sexual banter at work.
    2. Women today are too sensitive about receiving compliments.
    3. Work used to be more fun before we had to be so careful about people's feelings.
    4. People today are too easily offended.

10. Raise your hand if you are uncomfortable with the idea that a lawsuit may result in an award of money damages against one party and in favor of another.

11. Raise your hand if you have a negative impression of the federal government. If so, please ask for details outside the presence of the other prospective jurors.

12. Raise your hand if you or a member of your immediate family has ever been accused of workplace harassment. If so, please ask for details outside the presence of the other prospective jurors.

13. Raise your hand if you or a member of your immediate family work or have worked for Walmart. If so, in what capacity?

14. Raise your hand if you enjoy shopping at Walmart.

15. Raise your hand if you have ever been to the Walmart store in DeFuniak Springs, Florida. If so, how many times have you been there.

16. Raise your hand if any of you or your immediate family ever worked for the EEOC.

17. Raise your hand if you or your spouse have owned a business. If so, did any employee ever file a complaint against that business with a state or federal anti-discrimination agency? If so, what was the outcome?

18. Raise your hand if you have ever been sued for money damages. (We would like further questions to acquire the details outside of the hearing of the rest of the voir dire for any jurors who raise their hands.)

19. The lawyers in this case are Austin Russell and Barbara Wells for the EEOC and Angelique Lyons and Amanda Morejon of Constangy Brooks & Prophete for Walmart. Raise your hand if you know any of these attorneys or any other attorneys associated with the EEOC or Constangy Brooks & Prophete.

20. Do you know any of the following individuals who may be called as witnesses:
    1. Joelle Saunders
    2. Destiny Riveras
    3. Carolina Villalobos
    4. Manuel Villalobos
    5. Rob Haubensack
    6. Stephanie Bradley
    7. Courtney Huffstutler
    8. Nicolas Stanhope
    9. William "Gerald" Huckabee
    10. James "Jim" Pollock
    11. Lauren Schiller
    12. Mark Bright
    13. Christopher "Chris" Willcox

    If you know any of them, please raise your hand and tell me how you know them and for how long.

21. Raise your hand if you know anyone else who has been called to jury service with you today. If so, who?

22. Raise your hand if you think that people can get over anxiety or depression if they put their minds to it.

23. Raise your hand if you have trouble believing people have anxiety or depression.

24. Raise your hand if you believe that people should not seek damages to compensate them for mental or emotional injuries.

25. Raise your hand if you would have trouble reaching a verdict of money damages to punish Walmart and prevent similar wrongs from happening in the future.

26. Raise your hand if you believe that workplace sexual harassment is not a problem anymore.

27. Raise your hand if you believe women might make up claims of sexual harassment.

28. Raise your hand if you or your spouse have ever been falsely accused of harassment in the workplace.

29. Raise your hand if you believe if you think that business owners should not be made to pay money for the things their employees do at their business.

30. Raise your hand if you believe the federal government interferes too much in our lives.  If so, please ask for details outside the presence of the other prospective jurors.

31. Raise your hand if you think men making comments about their female co-workers' bodies is acceptable "locker room talk."

32. Raise your hand if you consider yourself a hugger or "touchy-feely" person.

33. Raise your hand if you or your spouse worked with someone who claimed they were sexually harassed on the job. If so, please ask for details outside the presence of the other prospective jurors.

34. Raise your hand if you believe people are too quick to file a lawsuit to get money.

35. Raise your hand if you believe that you are willing to follow and apply the law as the judge explains it to you even if you disagree with the law.

36. Raise your hand if there is any other reason why you should not be a juror in this case. If so, please ask for details outside the presence of the other prospective jurors.

Dated: October 13, 2023

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place
Suite 2000 1130 22nd Street South
Birmingham, Alabama 35205

MARSHA L. RUCKER
Regional Attorney
PA Bar No. 90041
Marsha.rucker@eeoc.gov

GERALD L. MILLER
Assistant Regional Attorney
AL Bar No. ASB-1454-E52G
Gerald.miller@eeoc.gov

BRYAN A. GRAYSON
Supervisory Trial Attorney
AL Bar No. ASB-8944-N65G
Bryan.grayson@eeoc.gov

AUSTIN T. RUSSELL
/s/ *Austin T. Russell*
Trial Attorney
AL Bar No. ASB-6418-S13J
Austin.Russell@eeoc.gov
Telephone: (205) 651-7079
Facsimile: (205) 212-2041

BARBARA J. WELLS
Trial Attorney
AL Bar No. ASB-1658-R58B

Barbara.wells@eeoc.gov
Telephone: (205) 651-7041

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the preceding was filed electronically on October 13, 2023. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt.

/s/ *Austin T. Russell*
Austin T. Russell