# EXHIBIT LIST

## A. EXHIBITS TO WHICH NEITHER PARTY OBJECTS:

| Ex. # | Description | Production Numbers |
|---|---|---|
| Ex. 1 | Pollock Exit Interview Documentation dated 11/21/2018 | WM_SAUNDERS 00152 |
| Ex. 2 | Attendance Occurrence Report 10/1/2018 | WM_SAUNDERS 00065 |
| Ex. 3 | Handwritten notes Wayne Leach took to memorialize conversation between Chris Willcox and Jim Pollock on 11/10/2018. | WM_SAUNDERS-00586 to WM_SAUNDERS-00587 |
| Ex. 4 | Saunders' personnel file excerpts for Job Description –Fresh CAP Team Associate | WM_SAUNDERS-00051 to WM_SAUNDERS-00053 |
| Ex. 5 | Saunders' training history | New agreed summary document regarding training |
| Ex. 6 | Pollock training history | New agreed summary document regarding training |
| Ex. 7 | Courtney Huffstutler's training history. | New agreed summary document regarding training |
| Ex. 8 | Preventing Discrimination and Harassment Poster | WM_SAUNDERS-01949 |
| Ex. 9 | Florida Labor Law Poster | WM_SAUNDERS-01955 |
| Ex. 10 | Email from Huckabee to Huffstutler with statements attached, including Joelle Saunders' complete handwritten statement dated and signed on 9/27/2018 | WM_SAUNDERS-01986 to WM_SAUNDERS-01991 |
| Ex. 11 | Walmart Global Statement of Ethics | Def. Ex. 7 to C. Villalobos Dep. (WM_SAUNDERS-00829 to WM_SAUNDERS-00866) |

| Ex. # | Description | Production Numbers |
|---|---|---|
| Ex. 12 | Open Door Communications Policy Version 1.4 | Def. Ex. 8 to C. Villalobos Dep. (WM_SAUNDERS-01213 to WM_SAUNDERS-01215) |
| Ex. 13 | Personnel file excerpt - Hourly Job Offer to Joelle Saunders | WM_SAUNDERS-00054 |
| Ex. 14 | Personnel file except – Welcome to Walmart Checklist | WM_SAUNDERS-00040 |
| Ex. 15 | Discrimination & Harassment Prevention Policy Version 3.2 Effective 1/31/2018 to 10/08/2018 | WM_SAUNDERS-00734 to WM_SAUNDERS-00738 |
| Ex. 16 | Job offer – hourly for Joelle Saunders effective April 10, 2018 | WM_SAUNDERS-00049 to 00050 |
| Ex. 17 | Stephanie Bradley training history | New agreed summary document regarding training |
| Ex. 18 | Ricky Harrison's training history | New agreed summary document regarding training |
| Ex. 19 | Christopher Willcox's training history | New agreed summary document regarding training |
| Ex. 20 | Destiny Riveras training history | New agreed summary document regarding training |
| Ex. 21 | Gerald Huckabee training history | New agreed summary document regarding training |
| Ex. 22 | Discrimination & Harassment Prevention Field Management Guidelines version 3.4, effective 1/31/2018 to 4/4/2019 | WM_SAUNDERS-00741 to WM_SAUNDERS-00742 |
| Ex. 23 | Open Door Communications Management Guidelines version 1.2, effective 10/27/2016 to 4/3/2019 | WM_SAUNDERS-01216 to WM_SAUNDERS-01220 |

| Ex. # | Description | Production Numbers |
|---|---|---|
| Ex. 24 | Saunders' personnel file excerpts for Job Description – Meat Sales Associate | WM_SAUNDERS 00045 to WM_SAUNDERS 00047 |
| Ex. 25 | Pollock job descriptions from personnel file | WM_SAUNDERS-00198-00200 |

**EXHIBITS OFFERED BY PLAINTIFF TO WHICH DEFENDANTS OBJECT**

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| Ex. 26 | ECM Archive Case Details for WMT-18-10-00277 investigation | WM_SAUNDERS 00557 to WM_SAUNDERS 00565 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 27 | Tier 2 Investigation Recap – Revised for WMT-18-10-00277 | WM_SAUNDERS 00566 to WM_SAUNDERS 00568 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 28 | Tier 2 Investigation Recap | WM_SAUNDERS 00588 to WM_SAUNDERS 00589 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 29 | Tier 2 Investigation Recap WMT-18-10-00277 | WM_SAUNDERS 00591 to WM_SAUNDERS 00593 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 30 | Tier 2 Investigation Recap WMT-18-10-00277 | WM_SAUNDERS 00629 to WM_SAUNDERS 00631 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 31 | Handwritten statement dated 11/12/2018 from Destiny Riveras | WM_SAUNDERS-00580 to WM_SAUNDERS-00581 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| Ex. 32 | Handwritten statement dated 11/12/2018 from Rob Haubensack | WM_SAUNDERS-00582 | Federal Rule of Evidence 401, 402, 403, hearsay |
| Ex. 33 | Employment facts for Joelle Saunders (Excel with coversheet) (may be avoided with stipulation) | WM_SAUNDERS-00003 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 34 | Associate Data | WM_SAUNDERS-000085 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 35 | Bright email and attachments assigning investigation of complaint WMT-18-10-00277 to Chris Willcox and Courtney Huffstutler on 10/3/2018 | WM_SAUNDERS-00569 to WM_SAUNDERS-00577 | Federal Rule of Evidence 401, 402, 403, 404 |
| Ex. 36 | Email with attachments from Courtney Huffstutler to Mark Bright on 11/15/2018 with attachments | WM_SAUNDERS-00579 to WM_SAUNDERS-00589 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 37 | Villalobos complaint WMT-18-11-01964 -19-11-01964 regarding Villalobos complaint on 11/6/2018 | WM_SAUNDERS-00594 to WM_SAUNDERS-00605 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| Ex. 38 | Emails between Manuel Villalobos and Global Ethics | WM_SAUNDERS-00616 to WM_SAUNDERS-00619 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 39 | Complaint to Global Ethics by Chris Willcox on 11/10/2018 regarding harassment assigned WMT-18-11-03178 | WM_SAUNDERS-00620 to WM_SAUNDERS-00626 | Federal Rule of Evidence 401, 402, 403, 404 |
| Ex. 40 | Notes from interview of applicant Joelle Saunders with William Huckabee | WM_SAUNDERS-00020 to WM_SAUNDERS-00023 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 41 | Coaching document for Huffstutler from 11/20/2018 | WM_SAUNDERS-01919 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 42 | Email from Huckabee to Huffstutler and Willcox on 11/1/2018 with attachments (Carolina Villalobos statement and Athena Wright statement) | WM_SAUNDERS-01992 to WM_SAUNDERS-01994 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 43 | Case Details Report on WMT-18-10-00277 | WM_SAUNDERS-00574 to WM_SAUNDERS-00577 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |

5

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| **Ex. 44** | Email dated 11/12/2018 from Mark Bright to Christopher Willcox and Courtney Huffstutler assigning Tier 2 Investigation of WMT-18-11-01964 with attached blank Individual Statement of Facts template; Witnessing Manager Notes template; and Tier 2 Revised Investigation Recap Template. | WM_SAUNDERS-00606 to WM_SAUNDERS-00610 | Federal Rule of Evidence 401, 402, 403, 404 |
| **Ex. 45** | Case Details for WMT-18-11-1964 | WM_SAUNDERS-00611 to WM_SAUNDERS-00615 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| **Ex. 46** | C. Villalobos Handwritten account dated 11/1/2018 | Def. Ex. 5 to C. Villalobos Dep. EEOC_0000238 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| **Ex. 47** | C. Villalobos Handwritten Timeline | Def. Ex. 4 to C. Villalobos Dep. | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| **Ex. 48** | Take Home Folder C. Villalobos | Def. Ex. 3 to C. Villalobos Dep. | Federal Rule of Evidence 401, 402, 403 |
| **Ex. 49** | Orientation Checklist for C. Villalobos | WM_SAUNDERS-00401 | Federal Rule of Evidence 401, 402, 403 |

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| Ex. 50 | Declaration of Courtney Huffstutler | ECF-84-7 | Hearsay |
| Ex. 51 | Personnel file excerpt – Welcome to Walmart Safety Training Checklist | WM_SAUNDERS-00039 | Federal Rule of Evidence 401, 402 |
| Ex. 52 | C. Villalobos training history | New agreed summary document regarding training | Federal Rule of Evidence 401, 402, 403, 404 |
| Ex. 53 | Global Investigation Standards Manual effective 12/21/2021 | Ex. 12 to 30(b)(6) Deposition WM_SAUNDERS-00651 to WM_SAUNDERS-00670 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 54 | Aug. 30, 2015, Ethics Investigation Resource Document | WM_SAUNDERS-00745 to WM_SAUNDERS-00746 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 55 | April 25, 2017, Ethics Investigation Resource Document | WM_SAUNDERS-00743 to WM_SAUNDERS-00744 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 56 | Summary of 10 Investigative Standards effective 4/9/2021 | WM_SAUNDERS-00675 to WM_SAUNDERS-00676 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 57 | Tier 2 and 3 Accountability Guidelines from 2/1/1017 to 3/31/2019 | WM_SAUNDERS-00682 to WM_SAUNDERS-00685 | Federal Rule of Evidence 401, 402, 403 |

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| **Ex. 58** | Email dated Oct. 2, 2018, at 9:28:52 p.m. from Stephanie Bradley to Chris Willcox containing statement of knowledge for an investigation started on behalf of Joelle Saunders. | WM_SAUNDERS-01182 | Federal Rule of Evidence 401, 402, 403, 404 (depends on ruling on MIL) |
| **Ex. 59** | Email dated Oct. 2, 2018, at 9:43:47 p.m. from Stephanie Bradley to Chris Willcox containing statement of knowledge for an investigation started on behalf of Joelle Saunders. | WM_SAUNDERS-01181 | Federal Rule of Evidence 401, 402, 403, 404 (depends on ruling on MIL) |
| **Ex. 60** | Email thread dated Oct. 2, 2018, regarding investigation Joelle 1134 revised with emails involving Willcox, Bradley, or Huffstutler. | WM_SAUNDERS-1202 to WM_SAUNDERS-1203 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| **Ex. 61** | Email from Willcox to Huffstutler 10/2/2018 9:54 22 p.m. forwarding Investigation | WM_SAUNDERS-1208 to WM_SAUNDERS-1209 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
|  | Joelle 1134 email from Bradley |  |  |
| Ex. 62 | October 2, 2018, email thread from Willcox's email showing flow of Bradley's statement to Christopher Willcox to Huffstutler and Huffstutler's response | WM_SAUNDERS-01163 to WM_SAUNDERS-01164 (ADDED) | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 63 | Email from Global Ethics to Courtney Huffstutler dated 10/2/2018 acknowledging receipt of WMT-18-10-00277. | WM_SAUNDERS-00578 | Federal Rule of Evidence 401, 402, 403, 404 |
| Ex. 64 | 11/16/2018 email from Mark Bright to Huffstutler and Willcox and attachment to email (Tier 2 Investigation Recap on WMT-18-10-00277) | WM_SAUNDERS-00590 to WM_SAUNDERS-00593 | Federal Rule of Evidence 401, 402, 403, 404, hearsay |
| Ex. 65 | Walmart Global Statement of Ethics effective 2/6/2018 to 7/16/2018 | WM_SAUNDERS-01277 to WM_SAUNDERS-01314 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 66 | Walmart Global Statement of Ethics effective | WM_SAUNDERS-01315 to WM_SAUNDERS-01352 | Federal Rule of Evidence 401, 402, 403 |

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
|  | 7/17/2018 to 11/27/2018 |  |  |
| Ex. 67 | Discrimination & Harassment Prevention Policy Version 3.3 Effective 10/08/2018 to 10/31/2018 | WM_SAUNDERS-00747 to WM_SAUNDERS-00750 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 68 | Investigative Standards effective 7/11/2018 to 4/8/2021 | WM_SAUNDERS-00710 to WM_SAUNDERS-00711 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 69 | Standard 2 Case Management | WM_SAUNDERS-00712 to WM_SAUNDERS-00713 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 70 | Standard 5 Closing an Investigation effective 7/11/2018 to 4/8/2021 | WM_SAUNDERS-00708 to WM_SAUNDERS-00709 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 71 | Standard 3 Stages of Planning | WM_SAUNDERS-00714 to WM_SAUNDERS-00715 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 72 | Standard 4 Stages of an Interview | WM_SAUNDERS-00716 to WM_SAUNDERS-00718 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 73 | Tier 2 & Tier 3 Accountability Guidelines Effective 2/1/2017 to 3/31/2019 | WM_SAUNDERS-00682 to WM_SAUNDERS-00685 | Federal Rule of Evidence 401, 402, 403 |

10

| Ex. # | Description | Production Numbers | Defendants' Objections |
|---|---|---|---|
| Ex. 74 | Integrity Builds Trust Our Code of Conduct | WM_SAUNDERS-01133 to WM_SAUNDERS-01154 | Federal Rule of Evidence 401, 402, 403 |
| Ex. 75 | Messenger messages between Rickey Harrison and Joelle Saunders beginning on Oct. 1, 2018 | EEOC_0000249a to EEOC_0000287a | Federal Rule of Evidence 401, 402, 403, 404, hearsay and not timely produced |

**EXHIBITS OFFERED BY DEFENDANTS TO WHICH PLAINTIFF OBJECTS**

| Ex. # | Description | Production Numbers | Plaintiff's Objections |
|---|---|---|---|
| Ex. 76 | Charge of Discrimination filed by Joelle Saunders on March 7, 2019 | EEOC_000017-EEOC_000018 | FRE 106, 401, 402, 403 Additionally, if admitted the complete document should be used ant that would include EEOC_000019 as well as listed pages |
| Ex. 77 | Pollock Timeclock report from September 9, 2018 to October 1, 2018 | ECF 84-4 Ex. B extracted from WM_Saunders 01903 | Excerpt is not complete and misleadingly suggests this is the only relevant time period. The complete document should be used. FRE 106; 403. |
| Ex. 78 | Saunders Timeclock report from September 2, 2018 to October 1, 2018 | ECF 84-4 Ex. D extracted from WM_Saunders 01903 | Excerpt is not complete and misleadingly suggests this is the only relevant time period. The complete document should be used. FRE 106; 403. |

| Ex. # | Description | Production Numbers | Plaintiff's Objections |
|---|---|---|---|
| Ex. 79 | Summary document of training | Ex. 42 to 30(b)(6) deposition | No need for summary under FRE. This document was created by Defendants' counsel for the witnesses convenience. The original training records are more complete and should be used instead. Those records are not so voluminous to justify use of a summary. This was to aid the 30(b)(6) witness. Objection based on FRE 106, 401-403. |
| Ex. 80 | Jim Pollock evaluation spreadsheet. | WM_Saunders 00071 | FRE 401-403, 404(a) |
| Ex. 81 | Jim Pollock's evaluation dated March 23, 2015. | WM_Saunders 00207-10 | FRE 401-403, 404(a) |
| Ex. 82 | Jim Pollock's evaluation dated April 2016. | WM_Saunders 00232 | FRE 401-403, 404(a) |
| Ex. 83 | Jim Pollock's evaluation dated April 2017. | WM_Saunders 00233 | FRE 401-403, 404(a) |
| Ex. 84 | NAO Participant Checklist for James Pollock dated March 25, 2014. | WM_Saunders 00223 | FRE 401-403 |
| Ex. 85 | Walmart's Field Attendance and Punctuality Policy updated October 15, 2016. | WM-Saunders 01210-12 | FRE 401-403 |

| Ex. # | Description | Production Numbers | Plaintiff's Objections |
|---|---|---|---|
| Ex. 86 | Attendance tracking system history summary report for Joelle Saunders. | WM_Saunders 00031 to WM_Saunders 00036 | FRE 401-403 |
| Ex. 87 | Walmart attendance tracking spreadsheet for Joelle Saunders. | WM_Saunders 00633 | FRE 401-403 |
| Ex. 88 | Walmart Associate Information Sheet for Destiny Riveras | Ex. 1 to Riveras Deposition | FRE 401-403 |
| Ex. 89 | Walmart Job Description for Fresh CAP Team Associate signed by Destiny Rivera on August 20, 2018. | WM_Saunders 00318-WM_SAUNDERS 00320 | FRE 401-403 |
| Ex. 90 | Written complaint about Destiny Rivera by Wanda B. | WM_Saunders 00351 | FRE 401-403, 404(b), 802 |

**EXHIBITS OFFERED BY DEFENDANTS ONLY IF THEY LOSE THE MOTION IN LIMINE ON THE TOPIC OF COMPLAINTS ABOUT CLAIMS OF OTHER EMPLOYEES AGAINST WILLCOX FOR SEXUAL HARASSMENT OR ON THE TOPIC OF LIMITING THE SCOPE OF THE TESTIMONY OF RIVERAS AND THE VILLALOBOS WITNESSES**

| Ex. # | Description | Production Numbers | Comments |
|---|---|---|---|
| Ex. 91 | Handwritten statement by Carolina Villalobos dated November 1, 2018. | EEOC_000238 | Plaintiffs believe this should be admitted as relevant. |
| Ex. 92 | Carolina Villalobos' training spreadsheet. | New summary of training format | Plaintiff proposes an agreed summary document like that of other witnesses' training records, but understands Defendants to be asserting this is not relevant unless the Court makes certain rulings on the motions in limine. |
| Ex. 93 | ECM archive case details WMT-18-10-00277. | WM_Saunders 00557-65 | PX1 |
| Ex. 94 | Tier 2 Investigation recap WMT-18-10-00277. | WM_Saunders 00566-68 | PX2 |
| Ex. 95 | Email from William Huckabee to Courtney Huffstutler regarding store: s01134.us dated October 2, 2018. | WM_Saunders 01163-64 | PX70 |
| Ex. 96 | Email from William Huckabee to Courtney Huffstutler regarding store: s01134.us dated November 1, 2018. | WM_Saunders 01992-94 | PX 39 |

| Ex. # | Description | Production Numbers | Comments |
|---|---|---|---|
| Ex. 97 | Handwritten statement by Rob Haubensack dated November 12, 2018. | WM_Saunders 00582 | PX 11 |
| Ex. 98 | Global Ethics and Compliance – Ethics Investigation Resource. | WM_Saunders 00745-46 | PX 61 |
| Ex. 99 | Chris Willcox calendar notice from October 11, 2018 to October 20, 2018. | WM_Saunders 01985 | FRE 401-403 |
| Ex. 100 | Chris Willcox calendar notice for September 16, 2018 to September 22, 2018. | WM_Saunders 01995 | FRE 401-403 |
| Ex. 101 | Email from Lisa Wilson to Stephanie Bradley regarding Robert Haubensack leave reported. | WM_Saunders 01996-97 | FRE 401-403 |
| Ex. 102 | Tier 2 Investigation Recap for WMT-18-10-00277. | WM_Saunders 00572-73 | We have a different version I think. |
| Ex. 103 | Destiny Rivera's timeclock report from September 1, 2018 to October 1, 2018. | WM_Saunders 01903 [DE 84-4 Ex. C] | FRE 401-403 |

| Ex. # | Description | Production Numbers | Comments |
|---|---|---|---|
| **Ex. 104** | Email from Stephanie Bradley to Christopher Willcox dated October 2, 2018. | WM_Saunders 01182 | PX 66 |
| **Ex. 105** | Email from Stephanie Bradley to Christopher Willcox regarding investigation Joelle 1134-revised dated October 2, 2018. | WM_Saunders 01181 | PX 67 |
| **Ex. 106** | Walmart attendance tracking system history summary report for Destiny Rivera. | WM_Saunders 00287-93 | FRE 401-403 |
| **Ex. 107** | Global time and attendance report for Destiny Rivera. | WM_Saunders 00343 | FRE 401-403 |