UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**,

    Plaintiff,

v.                                                                 Case No. 3:21cv1051-TKW-HTC

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Amanda Morejon (Doc. 116). The Court finds based on the motion and supporting documentation that Ms. Morejon meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Amanda Morejon is authorized to appear *pro hac vice* for Defendants.

**DONE and ORDERED** this 16th day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**