# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**,

     **Plaintiff**,

**v.**                             **Case No. 3:21cv1051-TKW-HTC**

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

     **Defendants**.

_____/

## ORDER ON MOTIONS IN LIMINE

This case is before the Court based on the parties' motions in limine (Docs. 112, 113) and the responses in opposition (Docs. 117, 120). Upon due consideration of these filings, it is **ORDERED** that:

1.    Defendants' motion in limine (Doc. 112) is:

    a.    **GRANTED** with respect to issues 6 and 8;

    b.    **DENIED** with respect to issues 1, 2, 4, 5, and 10;

    c.    **DENIED** with respect to issue 7, but Mr. Villalobos may not testify about the substance of his wife's complaints; and

    d.    **DEFERRED** to the pre-trial conference with respect to issues 3 and 9.

2.    Plaintiff's motion in limine (Doc. 113) is:

    a.    **GRANTED** with respect to issues A, C, E, F, G, I, J, and K;

      b.    **DENIED** with respect to issues B and H;

      c.    **DENIED in part** with respect to issue D, and Defendants may present evidence and argument that Mr. Pollock's actions violated Defendants' anti-harassment policies; and

      d.    **DEFERRED** to the pre-trial conference with respect to issue L.

3.    These rulings are without prejudice to the parties' ability to introduce the excluded evidence if the other party "opens the door" to its admission or for impeachment purposes, but the party seeking to introduce the excluded evidence shall raise the issue with the Court at the bench before doing so.

4.    The Court will consider requests for clarification of these rulings (but not re-argument) at the pretrial conference.

**DONE and ORDERED** this 17th day of October, 2023.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**