# United States District Court
Civil Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 9:00 AM | Case No. | 3:21cv1051-TKW/HTC |
| Time Concluded | 12:05 PM | Date | 10/20/2023 |

**DOCKET ENTRY:** Pretrial Conference Hearing held. [125] Motion for Sanctions, denied. Jury Trial continued to 1/29/2024. 1 Envelope exhibits (sealed). Order to follow.

| PRESENT: U.S. DISTRICT JUDGE | **T. KENT WETHERELL, II** | Paula Cawby | Julie Wycoff |
|---|---|---|---|
| | | Deputy Clerk | Court Reporter |

**Style of Case:** EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. WALMART INC

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Austin Russell<br>Barbara Wells<br>Bryan Grayson<br>Gerald Miller<br>Marsha Rucker | Equal Employment Opportunity Commission |

| Defendant Counsel Present | Defendant |
|---|---|
| Angelique Lyons | Wal-Mart Stores East LP |

**PROCEEDINGS:**

| | |
|---|---|
| 9:00 AM | Court in session<br>Pre-trial Conference Hearing Held<br>Court discusses trial procedures with counsel<br>Court clarifies rulings and addresses deferred rulings on motions<br>Exhibits #1 -3 placed under seal<br>[125] Motion for Sanctions is denied, Court will allow deposition of Ms. Saunders<br>Court finds good cause for continuance of trial, Jury Trial reset to 1/29/2024<br>Pretrial conference set for 1/19/2024, 9:00 AM<br>Counsel to file joint exhibit list with objections and deposition designations by 1/12/2024 |
| 12:05 PM | Court adjourned |