# Web Data Collection Report

**Page Title**

Indeed Messages

**URL**

https://messages.indeed.com/conversations/

**CollectionDate**

Sun Feb 26 2023 17:28:28 GMT-0600 (Central Standard Time)

**Collected by**

@bluestarcs.com)

**IP Address**

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

0f77ac2a7dee4a3123a27e7287b28ee6af51c9104bd0859df56503
ecee5706ff6d0f500ca8d7debbbb34da6948b83ab107c76dd3db1a
966537b3e156a420f10e75e84dc15e6031f9cf5250c0e82c878e1a
5dfc8e20c59de99934e78f679a02948fbbae8130bf1039f480c1dd
777a60af582ad3580917657f9c460767c40c9c770132001fb01d75
18aa1d019f4809b21bba6f79c2a02be78254a51e96e48735ea8bd6
6d5ead7bc0928085ba78febddb18f666e924fa76c1c7da156da2a
ed46022664b3489709ba6b52100fa3ae6308541308bdc243e9a0e
a361eab3188f7807692c9a190d2934de9b0d6bcb0a6f5e5f44f535
37bf42a9fea09cbfd8b7e4c9534d