### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**,

     **Plaintiff**,

**v.**                                      **Case No. 3:21cv1051-TKW-HTC**

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

     **Defendants**.

_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

This case is before the Court based on Defendants' motion for status conference and to set deadlines (Doc. 128). The motion details ongoing issues with the limited supplemental discovery that was authorized at the pretrial conference and was supposed to have been completed by now. These issues cannot continue to fester and further delay the trial. Accordingly, consistent with the Court's standard practice in handling discovery disputes, it is

**ORDERED** that Defendants' motion is referred to the magistrate judge for disposition, and the magistrate judge shall establish any necessary deadlines and resolve any disputes (in the motion or that subsequently arise) regarding the nature, timing, and scope of the supplemental discovery with the goal of ensuring that the trial is not further delayed.

**DONE and ORDERED** this 21st day of November, 2023.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**