UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                    Case No. 3:21cv1051-TKW-HTC

WALMART INC. d/b/a
WAL-MART STORES EAST, L.P.,

    Defendant.
_____/

## ORDER SETTING STATUS CONFERENCE

Before the Court is Defendant's motion for status conference and to set deadlines, Doc. 128.  The motion is GRANTED.

Accordingly, it is ORDERED:

A status conference will be held before the undersigned on **November 28, 2023, at 10:00 a.m. (CST)** in Courtroom 3 North of the United States District Courthouse, One North Palafox Street, Pensacola, Florida 32502.

The proceedings will be recorded utilizing the Court's electronic recording system.  Any party desiring the services of a court reporter will be responsible for procuring such services.

**DONE and ORDERED** this 21st day of November, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON
UNITED STATES MAGISTRATE JUDGE**

**NOTE:**

**If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**