| | |
|---|---|
| **From:** | AUSTIN RUSSELL |
| **To:** | Lyons, Angelique |
| **Cc:** | Borso, Heather; BRYAN GRAYSON; Morejon, Amanda M. |
| **Subject:** | EEOC v. Walmart- RE Court Order 127 |
| **Date:** | Friday, October 27, 2023 9:00:00 PM |
| **Attachments:** | EEOC_0000490-493.pdf |

Angelique,

The Court has ordered us to certify that "there are no additional communications that were responsive to Defendants' discovery requests similar to those discussed at the pretrial conference."  I am certifying to you that all Facebook Messenger messages that were sent to or from Joelle Saunders and are responsive to Defendants' discovery requests have been produced. This includes the production from yesterday and the attached messages between Destiny Riveras and Joelle Saunders in screenshot format.

Best Regards,

*__Austin Russell__*
Trial Attorney
U.S. Equal Employment Opportunity Commission
1130 22nd Street South
Birmingham, AL 35205
205-651-7079 (Office)
205-212-2041 (Fax)
E-mail: Austin.Russell@EEOC.gov