**List of Search Terms for Joelle Saunders' email account**

**Searches Completed**

Gerald Huckabee

Athena

Walmart

Stephanie Bradley

Courtney Huffstutler

Chris Willcox

Stanhope

Athena, Wright

Nicolas, Stanhope

Rickey, Harrison

Destiny, Riveras

Carolina

Manuel

Villalobos

Rob, Haubensack

sad

angry

mad

job

Wal-mart

depressed

anxiety

anxious

fired

date range of employment (Wells reviewed all emails to and from Saunders' email account 4/1/2018 to 10/31/2018)

EEOC

Tammy, Newby

James, Jim, Pollock

Teresa, Torres

Mark, Bright

Wayne, Leach

Mad


In an effort to reduce the amounts of repeatedly appearing shopping related or news related emails we were seeing repeatedly, Wells searched the following and was able to ascertain that they were not relevant or responsive.

Reverb

Avon

Zoosk

Quora

Amazon

Congressman

Gaetz

Cigar

Won

Receipt

Torrid

Adoreme

Rebel

Etsy

Pinterest