Additional search terms for Saunders' email:

"Nick"
"Ricky"
Fat
Body
Weight
Weight gain
Chunky
Depression/depressed
Break up
Position
Life
Stress
Stressors
Upset
Pissed
Annoying or annoyed
Trauma
Cry/crying
Doctor/Physician
Hospital
Medication
Prescribed
Prescription
Lexapro
Suicide
Suicidal ideations
Mental
Fatigue
Sleep/Sleepless
Tachycardia
Heart
Palpitations
Black out
Loss of consciousness or lose consciousness
Wrong
Unfair
Fired
Termination
Attendance
Sex
Harassment/harass
Discrimination/discriminate
Lawsuit
Court
Employment
Application


10358493v1

Complaint
Investigation/investigate
Money
Broke
www.helloalpha.com
Alpha

10358493v1