Equal Employment Opportunity Commission v. Walmart, Inc., d/b/a Wal-Mart Stores East, LP
3:21-cv-01051-TKW-HTC
Revised Privilege Log

| Begin Bates | End Bates | Privlog_to | Privlog_from | Privlog_date | Privlog_doctype | Privlog_description | Privilege |
|---|---|---|---|---|---|---|---|
| EEOC_0000162 | EEOC_0000162 | Melissa Holtzer-Jonas | Annette George | 9/14/2020 | Electronic Mail Message | Electronic Mail Message Regarding Conciliation | Conciliation |
| EEOC_0000165 | EEOC_0000165 | | | | | Conciliation Agreement | Conciliation |
| EEOC_0000166 | EEOC_0000166 | Melissa Holtzer-Jonas | Annette George | 9/8/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000001 | EEOC-PD-0000004 | Annette George | Melissa Holtzer-Jonas | 9/29/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000005 | EEOC-PD-0000006 | Bradley Anderson | Melissa Holtzer-Jones | 9/25/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000007 | EEOC-PD-0000008 | Melissa Holtzer-Jonas | Annette George | 10/28/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000009 | EEOC-PD-0000015 | | | | | Conciliation Agreement | Conciliation |
| EEOC-PD-0000016 | EEOC-PD-0000016 | | | | Memorandum | Recommendation for Closure | Conciliation; GDP |
| EEOC-PD-0000017 | EEOC-PD-0000017 | Melissa Holtzer-Jonas | Annette George | 10/28/2020 | Electronic Mail Message | Electronic Mail Message Regarding Conciliation | Conciliation |
| EEOC-PD-0000018 | EEOC-PD-0000019 | Melissa Holtzer-Jonas | Annette George | 10/28/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000020 | EEOC-PD-0000026 | | | | | Conciliation Agreement | Conciliation |
| EEOC-PD-0000027 | EEOC-PD-0000027 | Annette George; Melissa Holtzer-Jones | LCS Responses | 9/29/2020 | Electronic Mail Message | Electronic Mail Message Regarding Conciliation | Conciliation; GDP |
| EEOC-PD-0000028 | EEOC-PD-0000036 | Annette George | Melissa Holtzer-Jonas | 9/29/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000037 | EEOC-PD-0000037 | Bradley Anderson; Annette George | LCS Responses | 9/25/2020 | Electronic Mail Message | Electronic Mail Message Regarding Conciliation | Conciliation |
| EEOC-PD-0000038 | EEOC-PD-0000039 | Bradley A. Anderson | Melissa Holtzer-Jonas | 9/25/2020 | Electronic Mail Message | Electronic Mail Message Regarding Conciliation | Conciliation |
| EEOC-PD-0000040 | EEOC-PD-0000054 | Bradley A. Anderson | Alysia D. Franklin; Marsha L. Rucker; Gerald Miller | 8/24/2020 | Memorandum | Cause Review Memorandum | Attorney Client; GDP |
| EEOC-PD-0000055 | EEOC-PD-0000061 | | | | | Conciliation Agreement | Conciliation |
| EEOC-PD-0000062 | EEOC-PD-0000068 | Erika LaCour | Annette George | | Memorandum | Investigator Memorandum | GDP |
| EEOC-PD-0000069 | EEOC-PD-0000075 | Erika LaCour | Annette George | | Memorandum | Investigator Memorandum | GDP |
| EEOC-PD-0000076 | EEOC-PD-0000076 | Annette George | Melissa Holtzer-Jonas | 11/10/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000077 | EEOC-PD-0000078 | Bradley A. Anderson | Melissa Holtzer-Jonas | 9/25/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000079 | EEOC-PD-0000082 | Annette George | Melissa Holtzer-Jonas | 9/29/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000083 | EEOC-PD-0000089 | | | | | Conciliation Agreement | Conciliation |
| EEOC-PD-0000090 | EEOC-PD-0000091 | Melissa Holtzer-Jonas | Annette George | 9/8/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000092 | EEOC-PD-0000093 | Bradley A. Anderson | Melissa Holtzer-Jonas | 9/25/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000094 | EEOC-PD-0000094 | Bradley Anderson; Annette George | LCS Responses | 9/25/2020 | Electronic Mail Message | Electronic Message Regarding Conciliation | Conciliation |
| EEOC-PD-0000095 | EEOC-PD-0000096 | Bradley A. Anderson; Annette George | Melissa Holtzer-Jonas | 9/25/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000097 | EEOC-PD-0000097 | Annette George | LCS Responses | 11/10/2020 | Electronic Mail Message | Electronic Mail Message Regarding Conciliation | Conciliation |
| EEOC-PD-0000098 | EEOC-PD-0000098 | Annette George | Melissa Holtzer-Jonas | 11/10/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000099 | EEOC-PD-0000100 | | | 8/25/2020 | | Respondent Pre-Determination Interview Report | GDP |
| EEOC-PD-0000101 | EEOC-PD-0000102 | Melissa Holtzer-Jonas | Annette George | 9/8/2020 | Letter | Letter Regarding Conciliation | Conciliation |
| EEOC-PD-0000103 | EEOC-PD-0000104 | Melissa Holtzer-Jonas | Erika LaCour | 4/18/2019 | Electronic Mail Message | Electronic Mail Message Regarding Mediation | Mediation |
| EEOC-PD-0000105 | EEOC-PD-0000106 | Melissa Holtzer-Jonas | Erika LaCour | 4/18/2019 | Electronic Mail Message | Electronic Mail Message Regarding Mediation | Mediation |
| EEOC-PD-0000107 | EEOC-PD-0000109 | File | Annette George | 6/2/2020 | | Gerald Huckabee Interview Report | GDP |
| EEOC-PD-0000110 | EEOC-PD-0000112 | File | Annette George | 6/2/2020 | | Gerald Huckabee Interview Report | GDP |