UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | *Equal Employment Opportunity Commission vs. WalMart, Inc., Wal-Mart Stores East LP* |
| **Case No.:** | 3:21-cv-1051/TKW-HTC |
| **Date:** | November 28, 2023 |
| **Hearing:** | Status Conference [ECF 130] |

| | | | |
|---|---|---|---|
| **Time Commenced:** | 10:00 a.m. | **Time Concluded:** | 11:48 a.m. |
| **Court Reporter:** | DCR | | |

**PRESENT:**

**Present for Plaintiff EEOC:**
Austin T. Russell, Esquire, EEOC
Barbara J. Wells, Esquire, EEOC
Bryan A. Grayson, Esquire, EEOC

**Present for Defendants WalMart, Inc. and Wal-Mart Stores East LP:**
Angelique G. Lyons, Esquire, Constangy Brooks Smith & Prophete

**PROCEEDINGS:**

| | |
|---|---|
| 10:00 a.m. | Court in session. |
| | Status Conference held. |
| | Court adjourned. |

_____
Filed in Open Court
November 28, 2023
CRD: kli