IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:21-CV-1051-TKW-HTC |
| WALMART INC. and WAL-MART STORES EAST, LP, | ) ) ) | |
| Defendants. | ) | |

### EEOC'S NOTICE OF COMPLIANCE WITH COURT'S ORDER REQUIRING PRODUCTION OF ELECTRONICALLY STORED INFORMATION FROM JOELLE SAUNDERS' FACEBOOK ACCOUNT

Plaintiff Equal Employment Opportunity Commission ("EEOC"), pursuant to the Court's November 29, 2023 Order (ECF 133), files this Notice of Compliance and certifies that it has complied with the Court's Order to produce electronically stored information from Joelle Saunders' Facebook account. In compliance with Section I(A) of the Court's Order, attorneys for the EEOC have reviewed the live version of Saunders' Facebook page and EEOC has produced screenshots of all relevant and responsive posts, as those posts are typically seen

through the normal user interface. The EEOC has also produced to Defendants all logs of posts that it has obtained from Saunders' Facebook page.[1]

DATED: December 6, 2023.

---

[1] The attorney filing this Certification made representations in Court on November 28, 2023 regarding Saunders' Instagram account. Saunders' Instagram account is public and can be reviewed by the Court or opposing counsel at any time. At the November 28, 2023 hearing, the undersigned attorney addressed the Court's questions regarding whether EEOC had reviewed Instagram posts relating to Saunders for responsive content. The undersigned counsel was the attorney who had reviewed that content prior to the hearing. As represented, there was and is nothing in the posts or comments to posts on Saunders' Instagram that relates to any issue of liability or any statements about sexual harassment or Walmart. After the hearing, EEOC attorneys went back to review Instagram again to make sure that there was no material responsive to any discovery request. After that review, the undersigned realized that some of Saunders' Instagram posts related to her hobbies of makeup, special effects makeup, and sculpting. At her deposition, Saunders gave those activities as examples of things she stopped doing because of her emotional distress from the sexual harassment she experienced at Walmart. Although the undersigned did not initially make the connection between such photographs and the damages issues in the case, Walmart may consider such posts within the ambit of their very broad discovery requests. The undersigned apologizes for not realizing this when making her representations to the Court regarding the Instagram content. Moreover, EEOC has produced 30 screenshots from Saunders' public Instagram account with its production from her Facebook posts today.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Birmingham District Office Ridge Park Place, Suite 2000 1130 22nd Street South Birmingham, Alabama 35205 | Marsha L. Rucker Regional Attorney  Pa. Bar No. 90041  Gerald L. Miller Assistant Regional Attorney Ala. Bar No. asb-1454-E52G  Bryan A. Grayson Supervisory Trial Attorney Ala. Bar No. ASB-8944-N65G  Austin T. Russell Trial Attorney Ala. Bar No. 6418S13J austin.russell@eeoc.gov Tel. (205) 651-7079 Fax. (205) 212-2041  /s/ Barbara J. Wells Barbara J. Wells Trial Attorney Ala. Bar No. ASB-1658-R58B barbara.wells@eeoc.gov Tel. (205) 651-7041 Fax. (205) 212-2041 |

## **CERTIFICATE OF SERVICE**

I hereby certify I electronically filed this document on December 6, 2023. The Court's electronic filing systems will forward notice of this filing to all parties indicated on the electronic filing receipt.

/s/ *Barbara J. Wells*
Barbara J. Wells