IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:21-CV-1051-TKW-HTC |
| WALMART INC. and ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

## EEOC'S NOTICE OF COMPLIANCE WITH COURT'S ORDER REQUIRING PRODUCTION OF ELECTRONICALLY STORED INFORMATION FROM EMAIL ACCOUNTS

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), pursuant to the Court's November 29, 2023 Order (ECF 133), files this Notice of Compliance and certifies that it has complied with the Court's Order to search and produce electronically stored information from the email accounts of Joelle Saunders, Carolina Villalobos, and Destiny Riveras. In compliance with Section I(D) and I(F) of the Court's Order, the EEOC's counsel has applied all search terms to each email account and produced responsive emails to Defendants. EEOC also provided hit lists to Defendants on December 6, 2023 for the terms Defendants provided to EEOC on December 4, 2023.

DATED: December 11, 2023.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Birmingham District Office Ridge Park Place, Suite 2000 1130 22nd Street South Birmingham, Alabama 35205 | Marsha L. Rucker Regional Attorney  Pa. Bar No. 90041<br><br>Gerald L. Miller Assistant Regional Attorney Ala. Bar No. asb-1454-E52G<br><br>Bryan A. Grayson Supervisory Trial Attorney Ala. Bar No. ASB-8944-N65G<br><br> */s/ Austin T. Russell* Austin T. Russell Trial Attorney Ala. Bar No. 6418S13J austin.russell@eeoc.gov Tel. (205) 651-7079 Fax. (205) 212-2041<br><br>Barbara J. Wells Trial Attorney Ala. Bar No. ASB-1658-R58B barbara.wells@eeoc.gov Tel. (205) 651-7041 Fax. (205) 212-2041 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the preceding was filed electronically on December 11, 2023. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt.

*/s/ Austin T. Russell*
Austin T. Russell
