IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:21-CV-1051-TKW-HTC |
| WALMART INC. and ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

**EEOC'S NOTICE OF COMPLIANCE WITH COURT'S
NOVEMBER 29, 2023 ORDER**

Plaintiff Equal Employment Opportunity Commission ("EEOC"), pursuant to the Court's November 29, 2023 Order (Doc. 133), files this Notice of Compliance and certifies:

(1) EEOC has complied with the Court's Order to review electronically stored information from Carolina Villalobos' Facebook account, both relating to her posts and Messenger messages, to the extent that those posts or messages are both relevant and responsive to Defendants' discovery requests. EEOC notes that there were no responsive items in Villalobos' Messenger messages or posts.

(2)    EEOC has complied with the Court's Order to review and produce electronically stored information from Destiny Riveras' Facebook account, both relating to her posts and Messenger messages, to the extent that those posts or messages are both relevant and responsive to Defendants' discovery requests. EEOC notes that there were no responsive items in Riveras' Messenger messages.

(3)    EEOC has received and reviewed Defendants' December 8, 2023 request that it produce 525 additional screenshots of Joelle Saunders' Facebook posts, many going back to 2011. It has produced additional posts requested to the extent that the post was made between January 1, 2018 and October 4, 2018, the expanded relevant period to which the parties agreed on November 28, 2023 when appearing before United States Magistrate Judge Hope Thai Cannon. EEOC could not capture a screenshot of one of Defendants' requests in the relevant period because the post was not available on the live version of Facebook. EEOC took a screenshot of what was available related to Defendants' request, but it is no more than what was available in the raw data. It further filed a Motion for Protective Order regarding the remainder of the screenshots Defendants requested on December 8, 2023.

DATED: December 13, 2023.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Birmingham District Office Ridge Park Place, Suite 2000 1130 22nd Street South Birmingham, Alabama 35205 | Marsha L. Rucker Regional Attorney Pa. Bar No. 90041 Gerald L. Miller Assistant Regional Attorney Ala. Bar No. 1454E52G Bryan A. Grayson Supervisory Trial Attorney Ala. Bar No. 8944N65G Austin T. Russell Trial Attorney Ala. Bar No. 6418S13J austin.russell@eeoc.gov Tel. (205) 651-7079 Fax. (205) 212-2041 /s/ Barbara J. Wells Barbara J. Wells Trial Attorney Ala. Bar No. 1658R58B barbara.wells@eeoc.gov Tel. (205) 651-7041 Fax. (205) 212-2041 |

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed this document on December 13, 2023. The Court's electronic filing systems will forward notice of this filing to all parties indicated on the electronic filing receipt.

/s/ *Barbara J. Wells*
Barbara J. Wells