| | |
|---|---|
| **From:** | Lyons, Angelique |
| **To:** | AUSTIN RUSSELL |
| **Cc:** | Borso, Heather; Morejon, Amanda M.; BARBARA WELLS |
| **Subject:** | RE: EEOC Production 12/7/2023 |
| **Date:** | Friday, December 8, 2023 4:54:44 PM |
| **Attachments:** | Facebook Posts Requested(10461189.1).docx |

Austin,

Pursuant to the court's order, attached is the list of Facebook posts of which we would like screenshots. Please let me know if you have any questions.

Thanks.

**Angelique Lyons**
**Partner - Tampa and Port St. Lucie Office Head**

Constangy, Brooks, Smith & Prophete, LLP

Direct: 772.878.5767 • Direct Fax: 772.905.2541
E-mail: ALyons@constangy.com •View Bio/VCard
1860 SW Fountainview Blvd.
Suite 100
Port St. Lucie, FL 34986
Main: 813.223.7166
\*\*\*

**From:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Sent:** Friday, December 8, 2023 10:18 AM
**To:** Lyons, Angelique <ALyons@constangy.com>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** RE: EEOC Production 12/7/2023

Angelique,

There were a handful of posts that were not relevant or responsive included in the upload to our document management system. In the time frame given by the Court, we could not reupload in time to meet the deadline. The only way to meet the deadline was to redact the non-responsive posts.

The documents provided to you are individual screenshots of posts taken from Joelle Saunders' Facebook page. If there are additional, posts you want to request please let me know and I will take a look.

Best,

_Austin Russell_
Trial Attorney
U.S. Equal Employment

Opportunity Commission

**From:** Lyons, Angelique <ALyons@constangy.com>
**Sent:** Thursday, December 7, 2023 5:36 PM
**To:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** RE: EEOC Production 12/7/2023

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Austin,

Some of these pages appear to be redacted. Can you please confirm whether the EEOC redacted any information from this production batch?

Thanks.

**Angelique Lyons**
**Partner - Tampa and Port St. Lucie Office Head**

**Constangy, Brooks, Smith & Prophete, LLP**
Direct: 772.878.5767 • Direct Fax: 772.905.2541
E-mail: ALyons@constangy.com •View Bio/VCard
1860 SW Fountainview Blvd.
Suite 100
Port St. Lucie, FL 34986
Main: 813.223.7166
\*\*\*

**From:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Sent:** Thursday, December 7, 2023 12:30 PM
**To:** Lyons, Angelique <ALyons@constangy.com>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** EEOC Production 12/7/2023

Angelique,

Yesterday, we produced responsive documents required by the Court's order ECF 133 and some that were not. Below, I have broken down what was produced.

1. EEOC_0002133-2293- Facebook Posts
2. EEOC_0002294-2323- Instagram

3. EEOC_0002324-2359- Jacob Spencer Messenger in screenshot format (we agreed to provide you this before your motion)
4. EEOC_0002360- Additional Facebook Post
5. EEOC_0002361-2362- Additional Instagram

Best Regards,

*__Austin Russell__*
Trial Attorney
U.S. Equal Employment Opportunity Commission
1130 22nd Street South
Birmingham, AL 35205
205-651-7079 (Office)
205-212-2041 (Fax)
E-mail: Austin.Russell@EEOC.gov

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0000604 | 02/15/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment |
| EEOC_0000604 | 02/20/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "food is good and trying is hard." |
| EEOC_0000604 | 02/20/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "I tried to do the exercise routine" |
| EEOC_0000604 | 02/20/2022 | Joelle Saunders commented on Celeste Gilley's photo "how to swiftly identify the shit people" |
| EEOC_0000605 | 02/22/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "and it's not working" |
| EEOC_0000605 | 02/28/2022 | Joelle Saunders replied to Napoleon Le Pew's comment "ya I get to shove a tube sock" |
| EEOC_0000605 | 02/28/2022 | Joelle Saunders replied to Sam Sparks McCray's comment "I took the plunge and moved" |
| EEOC_0000605 | 03/11/2022 | Joelle Saunders replied to her own comment "Eddie Martinez no way I get less attention" |
| EEOC_0000607 | 06/24/2022 | Joelle Saunders replied to Marisa Mitchell's comment "I'm just in shock it actually happened" |
| EEOC_0000607 | 08/04/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "I am the weak" |
| EEOC_0000609 | 09/01/2022 | Joelle Saunders replied to her own comment "Monique Mann technically Mexico Beach" |
| EEOC_0000610 | 09/19/2022 | Joelle Saunders replied to Napoleon Le Pew's comment "I forgot I had lipstick swatches" |
| EEOC_0000610 | 09/21/2022 | Joelle Saunders replied to Tristan Reynolds' comment "Yep. Rode my cardboard cart" |
| EEOC_0000611 | 10/30/2022 | Joelle Saunders commented on her own post "still applies best frand" |
| EEOC_0000611 | 11/05/2022 | Joelle Saunders commented on her own photo "still the best pictures of us" |
| EEOC_0000613 | 12/23/2022 | Joelle Saunders replied to William Burgess's comment "oh it was" |
| EEOC_0000614 | 03/29/2023 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "you're always the exception" |
| EEOC_0000622 | 10/11/2021 | You're heavy rain on a Sunday day. |
| EEOC_0000628 | 03/23/2022 | When you feel like you are being followed at work |
| EEOC_0000628 | 03/24/2022 | When you are at work and feel like you're being stared at |
| EEOC_0000668 | 07/02/2012 | Swear I won't rape you |
| EEOC_0000702 | 10/11/2021 | You're heavy rain on a sunny day |
| EEOC_0000707 | 07/22/2011 | I am tried of crying |
| EEOC_0000707 | 06/22/2011 | Not really surviving well this far |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0000707 | 06/22/2011 | Seriously? Y R being serious right now? |
| EEOC_0000708 | 06/22/2011 | Just when I thought |
| EEOC_0000708 | 06/22/2011 | Sitting here trying to convince myself |
| EEOC_0000708 | 06/22/2011 | So I'm going to miss that heart |
| EEOC_0000728 | 04/21/2011 | I just want to scream |
| EEOC_0000729 | 04/20/2011 | I love people who know everything |
| EEOC_0000729 | 04/19/2011 | Will see her bf even less |
| EEOC_0000730 | 04/18/2011 | I guess always cleaning up the pieces of your heart |
| EEOC_0000731 | 04/16/2011 | I'm the wrong person to call a hypocrite |
| EEOC_0000732 | 04/12/2011 | I hear hand woven nooses work the best |
| EEOC_0000738 | 03/28/2011 | What to do when rock bottom looks the most welcoming |
| EEOC_0000740 | 03/21/2011 | Fuck this fuck you |
| EEOC_0000745 | 12/22/2010 | Hoping to not get too traumatized at work today |
| EEOC_0000749 | 09/09/2010 | Put on my waterproof mascara |
| EEOC_0000769 | 02/14/2017 | Joelle Saunders wrote on Nicholas Edward Stanhope's timeline "Birthday!!!!!! I love yew!" |
| EEOC_0000772 | 06/26/2017 | This must be how we always end up |
| EEOC_0000773 | 10/30/2019 | Joelle Saunders shared a memory to Nicholas Edward Stanhope's timeline "10 years ago, October 30, 2013" |
| EEOC_0000775 | 02/14/2022 | Joelle Saunders wrote on Nicholas Edward Stanhope's timeline "BURFDAA!!!!! BEST FRAND!!!!!!!! |
| EEOC_0000786 | 12/11/2011 | That purple bra matches my hair |
| EEOC_0000845 | 07/02/2012 | Swear I won't rape you |
| EEOC_0000944 | 07/07/2015 | My prize for killing the manager |
| EEOC_0000957 | 10/28/2015 | When your coworkers have to explain |
| EEOC_0001065 | 07/27/2021 | Joelle Saunders shared a memory 8 years ago July 27, 2015 "the crime you will be judged" |
| EEOC_0001110 | 05/09/2021 | When you're sitting in the car in your break at work |
| EEOC_0001114 | 04/21/2021 | Whoever stole my package out of my mailbox |
| EEOC_0001123 | 04/04/2021 | It is truly awe inspiring how much deeper it cuts |
| EEOC_0001134 | 02/28/2021 | It's always fun to learn |
| EEOC_0001149 | 04/12/2019 | When someone asks how far along |
| EEOC_0001152 | 10/13/2018 | Stuck between wanting to fight and |
| EEOC_0001152 | 11/8/2018 | What's the best way to learn |
| EEOC_0001152 | 08/11/2018 | Fuck you |
| EEOC_0001159 | 03/23/2018 | Maybe you should just date |
| EEOC_0001160 | 03/17/2018 | Hey remember when you were pretty |
| EEOC_0001160 | 04/04/2018 | When you break you're broken |
| EEOC_0001161 | 02/22/2018 | What do you do when you've been desperately |
| EEOC_0001161 | 02/21/2018 | There comes a time when you have to stop fighting |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001162 | 01/18/2018 | The moments when the dreams seem too big |
| EEOC_0001163 | 01/01/2018 | And I'm done with humanity |
| EEOC_0001166 | 12/24/2017 | When all you have left to say |
| EEOC_0001170 | 12/20/2017 | Power of the booty |
| EEOC_0001178 | 09/19/2017 | Depression has no face or mood |
| EEOC_0001197 | 07/16/2017 | It would be great for this makeup |
| EEOC_0001202 | 06/18/2017 | If your idea of a possible solution |
| EEOC_0001203 | 06/12/2017 | Nothing more satisfying than knocking |
| EEOC_0001212 | 05/19/2017 | Think of the moment that almost broke you |
| EEOC_0001214 | 05/02/2017 | When a customer asks you to sit |
| EEOC_0001215 | 04/25/2017 | How the fuck you gonna be the assistant manager |
| EEOC_0001218 | 04/01/2017 | My thoughts on suicide as a personal survivor |
| EEOC_0001221 | 03/28/2017 | I saw you pull up early for your shift |
| EEOC_0001223 | 03/24/2017 | When your manager walks the fuck out |
| EEOC_0001239 | 01/26/2017 | I know you're only pretty in my space angels |
| EEOC_0001240 | 01/20/2017 | That moment when you're getting real close |
| EEOC_0001254 | 12/24/2016 | It's not tasteful to announce you're closing |
| EEOC_0001262 | 11/18/2016 | When I ignore friend requests |
| EEOC_0001277 | 10/07/2016 | Look at my tits |
| EEOC_0001283 | 09/24/2016 | A lot of people believe |
| EEOC_0001307 | 08/26/2016 | And you stand there with bloody finger tips |
| EEOC_0001334 | 07/25/2016 | Cunt |
| EEOC_0001365 | 06/06/2016 | Interviewing must be heard with your boy art |
| EEOC_0001365 | 06/06/2016 | That sounds like a lot of work |
| EEOC_0001367 | 06/04/2016 | Step right up, folks, and let the great and powerful |
| EEOC_0001367 | 06/04/2016 | I want to be that bitch again |
| EEOC_0001367 | 06/03/2016 | Cyanide sounds fantastic. Lots of cyanide . . . |
| EEOC_0001367 | 06/03/2016 | Sculpting maggots. I'm such a catch |
| EEOC_0001368 | 06/03/2016 | "What's twerk cup?" Watch video demonstration |
| EEOC_0001370 | 06/01/2016 | Everyone goes through changes and phases |
| EEOC_0001370 | 06/01/2016 | Friends become enemies and enemies become friends |
| EEOC_0001370 | 06/01/2016 | Lovers turn into ghosts and your decision haunt you |
| EEOC_0001370 | 06/01/2016 | What is and is not important to you will shift drastically |
| EEOC_0001370 | 06/01/2016 | You've only got one life |
| EEOC_0001370 | 06/01/2016 | What seems small to you means the world to me |
| EEOC_0001370 | 5/31/2016 | Joelle Saunders shared a memory, 10 years ago May 31, 2013 "It's sad to think that we as" |
| EEOC_0001371 | 5/31/2016 | Thanks for reminding me why I put walls up |
| EEOC_0001373 | 05/28/2016 | Oh! You want something to not be made into |
| EEOC_0001375 | 05/15/2016 | When you care for someone so much |
| EEOC_0001375 | 05/15/2016 | Humaning is for the fuckin birds |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001375 | 05/14/2016 | If you can't navigate Walmart while high |
| EEOC_0001376 | 05/12/2016 | Oh go fuck yourself |
| EEOC_0001376-77 | 05/12/2016 | Joelle Saunders shared a memory. "What do you know about dinosaurs?" |
| EEOC_0001377 | 05/12/2016 | Joelle Saunders shared a memory, 10 years ago May 12, 2013 "It kills me how truly disgustingly" |
| EEOC_0001377 | 5/11/2016 | Because when my heart hurts and shit |
| EEOC_0001378 | 05/10/2016 | It follows? Excuse me while I chug bleach |
| EEOC_0001378 | 5/10/2016 | But why did the Joelle go on |
| EEOC_0001378 | 5/10/2016 | Redundant and completely useless online |
| EEOC_0001379 | 05/09/2016 | Joelle Saunders shared a video "If the bitch doesn't get some water" |
| EEOC_0001380 | 05/09/2016 | Joelle Saunders shared a photo "Your advise was always the worst" |
| EEOC_0001380 | 05/09/2016 | Joelle Saunders shared a photo, updated May 09, 2016 4:08:01 pm |
| EEOC_0001380 | 05/08/2016 | Joelle Saunders shared a photo, updated May 08, 2016 1:20:21 am |
| EEOC_0001380 | 05/08/2016 | One day I will own Forgotten Hearts doll |
| EEOC_0001380 | 05/06/2016 | Mmm, you got a pretty mouth |
| EEOC_0001381 | 05/05/2016 | Because people start to matter again |
| EEOC_0001381 | 05/05/2016 | Once something shatters you can |
| EEOC_0001381 | 05/01/2016 | As for you my galvanized friend, |
| EEOC_0001382 | 05/01/2016 | The world doesn't need another hopeless cause |
| EEOC_0001382 | 04/30/2016 | When your soon to be former co worker |
| EEOC_0001382 | 04/30/2016 | Bitch ….. no. No. No, I'm going |
| EEOC_0001383 | 04/29/2016 | I love ghost shows. |
| EEOC_0001383 | 04/29/2016 | Joelle Saunders shared a photo "But who has time for logic" |
| EEOC_0001383 | 04/29/2016 | Joelle Saunders shared a video "I can finally wear my chunky heels" |
| EEOC_0001383 | 04/29/2016 | I can't wait for those bitches |
| EEOC_0001383 | 04/28/2016 | You can fuck off with |
| EEOC_0001383 | 04/28/2016 | It's not necessary to pretend |
| EEOC_0001384 | 04/26/2016 | Choose your words wisely. Choose |
| EEOC_0001385 | 04/23/2016 | Some days are harder than others |
| EEOC_0001385 | 04/22/2016 | Pull the plug and seize |
| EEOC_0001385 | 04/21/2016 | And here I though I was |
| EEOC_0001385 | 04/21/2016 | Across the way neighbors, is that whiskey? |
| EEOC_0001385 | 04/21/2016 | I like to get disappointed |
| EEOC_0001386 | 04/20/2016 | Make no mistake, honey, I'm the mother fucker |
| EEOC_0001386 | 04/19/2016 | Jesus fucking Christ with this generation |
| EEOC_0001388 | 04/18/2016 | Imma need you and your vaginal |
| EEOC_0001388 | 04/17/2016 | The people you put the most faith |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001388 | 04/15/2016 | As I comb through albums to save |
| EEOC_000138-89 | 04/01/2016 | And on that note my Facebook |
| EEOC_0001389 | 04/01/2016 | Because God forbid actual humans |
| EEOC_0001389 | 03/21/2016 | Thought I could do it |
| EEOC_0001390 | 03/16/2016 | The Violence of Violets. What? |
| EEOC_0001391 | 03/15/2016 | I'm here to fight for the flightless |
| EEOC_0001391 | 03/14/2016 | Joelle Saunders shared a photo. Updated Mar 14, 2016 2:44:18am |
| EEOC_0001391 | 03/13/2016 | Maybe the idea isn't to find |
| EEOC_0001391 | 03/12/2016 | So as you may know, or maybe you don't |
| EEOC_0001392 | 02/08/2016 | Joelle Saunders shared a memory. 12 years ago Feb 08, 2011 "just got the greatest, prettiest, most |
| EEOC_0001393 | 02/07/2016 | Drink the poison to kill the butterflies. |
| EEOC_0001394 | 02/07/2016 | Don't hate the player hate the game |
| EEOC_0001395 | 02/04/2016 | Hello Icey Disconnect, it's been a long time |
| EEOC_0001396 | 02/03/2016 | Joelle Saunders shared a memory. 8 years ago Feb 03, 2015 "I've been thinking a lot about" |
| EEOC_0001397 | 02/02/2016 | I can't people. Hello? |
| EEOC_0001398 | 02/02/2016 | My crazy has reached a new level |
| EEOC_0001400 | 01/31/2016 | Whistle at me one mo'gain, shitdick |
| EEOC_0001400 | 01/30/2016 | Oh! Watch your negativity bounce |
| EEOC_0001401 | 01/29/2016 | Joelle Saunders shared a memory. 10 years ago Jan 29, 2013 "People are shit." |
| EEOC_0001402 | 01/29/2016 | Shut up, Elley, nobody asked you. |
| EEOC_0001404 | 01/27/2016 | Joelle Saunders shared a memory. 10 years ago Jan 27, 2013 "It's not always the size of the army" |
| EEOC_0001410 | 01/18/2016 | Saddest status ever 3,2,1 and go! |
| EEOC_0001412 | 01/16/2016 | This is gonna be a little more public |
| EEOC_0001414 | 01/15/2016 | Dad hires construction crew to lay out |
| EEOC_0001415 | 01/13/2016 | ….waking up to find that they delivered |
| EEOC_0001415 | 01/13/2016 | When sassy neighbors try to be sassy |
| EEOC_0001415 | 01/12/2016 | You should kill Elley. Why? |
| EEOC_0001417 | 01/12/2016 | Joelle Saunders shared a video. "All you have to show for it" |
| EEOC_0001418 | 01/10/2016 | I don't think you're supposed to have |
| EEOC_0001418 | 01/10/2016 | When all you want is to apologize |
| EEOC_0001418 | 01/09/2016 | Rest easy, sweet boy, the world did not |
| EEOC_0001419 | 01/09/2016 | Joelle Saunders shared a video. "Maybe I was born to be: |
| EEOC_0001419 | 01/08/2016 | It must be nice to not care |
| EEOC_0001420 | 01/07/2016 | Eventually even the most stupid of creatures |
| EEOC_0001420 | 01/06/2016 | I don't know why you think |
| EEOC_0001420 | 01/06/2016 | If your hair wasn't such a desperate cry |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001421 | 01/03/2016 | My name is Joelle and I'm apparently |
| EEOC_0001421 | 12/31/2015 | Fucking bitch. Go fuck yourself. |
| EEOC_0001421 | 12/30/2015 | How about you just go fuck yourself |
| EEOC_0001422 | 12/27/2015 | Accepting the significance of being |
| EEOC_0001423 | 12/27/2015 | Annnnnnddddd go fuck yourself |
| EEOC_0001423 | 12/27/2015 | When you immediately regret every word |
| EEOC_0001423 | 12/24/2015 | Joelle Saunders shared a memory. Mobile uploads. Hung. Over. Bro. |
| EEOC_0001423 | 12/23/2015 | Thank you for the birthday wishes |
| EEOC_0001424 | 12/23/2015 | A shorter list would be who I |
| EEOC_0001425 | 12/19/2015 | I need all the drunk women |
| EEOC_0001425 | 12/19/2015 | Hm. Let me try a new approach |
| EEOC_0001426 | 12/17/2015 | Is it 3:30 yet? I need |
| EEOC_0001426 | 12/17/2015 | I don't do this enough, |
| EEOC_0001427 | 12/15/2015 | Joelle Saunders shared a memory. 9 years ago Dec 15, 2013 "Oh, no! You're trying to judge me" |
| EEOC_0001428 | 12/08/2015 | Seems like you're going through some stuff |
| EEOC_0001428 | 12/08/2015 | When humanity is a trend can you |
| EEOC_0001429 | 12/07/2015 | Title like this make me furious |
| EEOC_0001429 | 12/07/2015 | I'll make this simple…if I |
| EEOC_0001429 | 12/07/2015 | Joelle Saunders shared a photo, updated Dec 07, 2015 3:36:26pm |
| EEOC_0001429 | 12/05/2016 | Support artists that deserve support |
| EEOC_0001429 | 12/05/2015 | Enjoy |
| EEOC_0001429 | 12/05/2015 | I want to be a positive for women |
| EEOC_0001430 | 12/04/2015 | Joelle Saunders shared a memory. 12 years ago Dec 04, 2011 "Yes. I am the devil." |
| EEOC_0001430 | 12/03/2015 | Fuck it. Fuck that. Fuck this. |
| EEOC_0001431 | 12/02/2015 | It's almost impressive how fucking stupid |
| EEOC_0001431 | 12/02/2015 | Why is it supposed to be sexy |
| EEOC_0001433 | 12/01/2015 | Don't debate me it even |
| EEOC_0001433 | 11/30/2015 | Cheers to finishing what you start |
| EEOC_0001435 | 11/27/2015 | I'm not heartless. I am selective. |
| EEOC_0001435-36 | 11/26/2015 | Joelle Saunders shared a link hellogiggles.com |
| EEOC_0001436 | 11/26/2015 | Joelle Saunders shared a link tickld.com |
| EEOC_0001436 | 11/26/2015 | Fuck you |
| EEOC_0001436 | 11/26/2015 | I have never been so thankful |
| EEOC_0001436 | 11/26/2015 | That moment when your ex finds |
| EEOC_0001436 | 11/26/2015 | Joelle Saunders shared a video. "When not being a normal girl" |
| EEOC_0001436 | 11/24/2015 | Joelle Saunders shared a post. "Preach." |
| EEOC_0001436 | 11/23/2015 | My only regret is that I didn't knock |
| EEOC_0001438 | 11/21/2015 | Darling, if you're going to throw stones |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001438 | 11/20/2015 | Running into an ex at Walmart |
| EEOC_0001439 | 11/19/2015 | I want a fairy tale love story in real life |
| EEOC_0001439 | 11/19/2015 | Not only will I personally escort |
| EEOC_0001440 | 11/18/2015 | I will not be accepting any freelance |
| EEOC_0001440 | 11/18/2015 | You know what game we aren't going to play |
| EEOC_0001440 | 11/18/2015 | Joelle Saunders shared a video. "I will take that Santa" |
| EEOC_0001440 | 11/18/2015 | Congratulations. You've made it |
| EEOC_0001440 | 11/18/2015 | The Facebook purge continues… |
| EEOC_0001440 | 11/18/2015 | All of like 10 people just survived |
| EEOC_0001440 | 11/17/2015 | Joelle Saunders shared a link goo.gl "Yep" |
| EEOC_0001440 | 11/17/2015 | Failure. Again. Awesome. |
| EEOC_0001441 | 11/17/2015 | You wanna feign martyrdom? |
| EEOC_0001442 | 11/16/2015 | Joelle Saunders shared a memory. 12 years ago Nov 16, 2011 "All I want for Christmas" |
| EEOC_0001442 | 11/15/2015 | My only regret about being such |
| EEOC_0001444 | 11/12/2015 | At the end of the day the |
| EEOC_0001445 | 11/11/2015 | Joelle Saunders shared a memory. 9 years ago Nov 12, 2014 "Pick your battles" |
| EEOC_0001451 | 11/03/2015 | Joelle Saunders shared a memory. 11 years ago Nov 02, 2012 "C'mon now" |
| EEOC_0001455 | 10/28/2015 | Hey girl why you in all back |
| EEOC_0001456 | 10/28/2015 | Fool me once, fool me twice |
| EEOC_0001456 | 10/28/2015 | It's just friction between bodies |
| EEOC_0001457 | 10/27/2015 | You're going to a movie alone |
| EEOC_0001457 | 10/27/2015 | Tell people how you feel |
| EEOC_0001461 | 10/21/2015 | I wish you could meet yourself |
| EEOC_0001464 | 10/18/2015 | You gain weight, gross |
| EEOC_0001465 | 10/18/2015 | We are #teamGoFuckYourself |
| EEOC_0001466 | 10/17/2015 | I guarantee her bra is |
| EEOC_0001466 | 10/16/2015 | Pro Ana? Pro Mia? My heart |
| EEOC_0001467 | 10/16/2015 | The really just happened |
| EEOC_0001470 | 10/11/2015 | Don't mind me. I'm just |
| EEOC_0001470 | 10/11/2015 | I'm gonna need the bitch |
| EEOC_0001470 | 10/10/2015 | When your drunk neighbors notice |
| EEOC_0001471 | 10/09/2015 | Don't kid yourself, you should |
| EEOC_0001472 | 10/07/2015 | Things I learned from my good |
| EEOC_0001473 | 10/06/2015 | I'm having way too much fun |
| EEOC_0001474 | 10/05/2015 | Real women have curves |
| EEOC_0001475 | 10/01/2015 | Oh fur fucks sake, can I |
| EEOC_0001475 | 10/01/2015 | Stay tuned for the rant |
| EEOC_0001476 | 09/26/2015 | Being the change you want |
| EEOC_0001477 | 09/22/2015 | That part of your that still |
| EEOC_0001478 | 09/19/2015 | Oh, you're offended that I'm |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001480 | 09/13/2015 | You many not be able to turn |
| EEOC_0001481 | 09/12/2015 | Wanna be my weekend bae |
| EEOC_0001482 | 09/11/2015 | 20lbs down 57 to go |
| EEOC_0001483 | 09/05/2015 | For everyone that thinks only |
| EEOC_0001485 | 09/01/2015 | If you insist on calling me |
| EEOC_0001486 | 08/28/2015 | People are starting to sound |
| EEOC_0001486 | 08/27/2015 | Soooo you are wanting to sue |
| EEOC_0001488 | 08/21/2015 | How to end a conversation |
| EEOC_0001491 | 08/17/2015 | Joelle Saunders shared a link everydayfeminism.com  "FUCKING YES" |
| EEOC_0001494 | 08/13/2015 | Joelle Saunders shared a link canyouactually.com |
| EEOC_0001494 | 08/13/2015 | When you order Chinese vegetable |
| EEOC_0001494 | 08/13/2015 | Joelle Saunders shared a photo. Updated Aug 13, 2015 1:53:15pm |
| EEOC_0001494 | 08/13/2015 | I fit back into 3 older |
| EEOC_0001494 | 08/13/2015 | Joelle Saunders shared a photo. Updated Aug 13, 2015 2:36:03am |
| EEOC_0001494 | 08/13/2015 | Looking for special effects schools |
| EEOC_0001494 | 08/12/2015 | I spend entirely too much time |
| EEOC_0001495 | 08/10/2015 | You know…eventually there comes a time |
| EEOC_0001499 | 08/04/2015 | You know…I'm to the point |
| EEOC_0001500 | 08/02/2015 | As an incredibly insecure person |
| EEOC_0001501 | 07/29/2015 | Don't hold your breath waiting |
| EEOC_0001501 | 07/27/2015 | The crime you will be judged |
| EEOC_0001503 | 07/14/2015 | When all you have left |
| EEOC_0001504 | 07/05/2015 | Is your Starbucks worth getting |
| EEOC_0001512 | 06/08/2015 | People are shocked by the level |
| EEOC_0001513 | 06/04/2015 | Trying to shift the conversation |
| EEOC_0001515 | 05/08/2015 | If you knew how to workout |
| EEOC_0001519 | 03/27/2015 | You have three toddlers and |
| EEOC_0001520 | 03/17/2015 | If you twerk in the street |
| EEOC_0001526 | 02/13/2015 | My resting bitch face today |
| EEOC_0001528 | 01/17/2015 | Oh, you're very white |
| EEOC_0001528 | 01/07/2015 | I'm beginning to notice some |
| EEOC_0001529 | 12/11/2014 | When you start working out |
| EEOC_0001529 | 12/09/2014 | Anger…a great motivational tool |
| EEOC_0001531 | 11/20/2014 | Being an adult means biting |
| EEOC_0001532 | 11/12/2014 | Pick your battles. Choose which |
| EEOC_0001533 | 10/07/2014 | Look at my tits, I mean |
| EEOC_0001534 | 09/25/2014 | Saying "hella" is probably the |
| EEOC_0001540 | 06/15/2014 | Did you know that telling |
| EEOC_0001541 | 06/07/2014 | I can be the sweetest |
| EEOC_0001542 | 05/30/2015 | You're right, I'm not the |
| EEOC_0001545 | 05/03/2014 | You can't pick on me |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001548 | 04/13/2014 | Pretty words do not always come |
| EEOC_0001548 | 04/10/2014 | Sometimes all you can do |
| EEOC_0001549 | 04/05/2015 | Let me make something clear |
| EEOC_0001557 | 02/11/2015 | And sometimes you wake up to |
| EEOC_0001558 | 02/03/2014 | Trust me, honey, you're not gonna |
| EEOC_0001567 | 12/12/2013 | Radio commercials: your gift ideas |
| EEOC_0001568 | 12/08/2013 | When someone you HATE does |
| EEOC_0001568 | 12/04/2013 | So anyone want to be my |
| EEOC_0001571 | 11/22/2013 | I'm a bitch. This is news? |
| EEOC_0001571 | 11/15/2013 | You paint your nails and |
| EEOC_0001574 | 10/30/2013 | After all the disgusting, sketchy |
| EEOC_0001574 | 10/29/2013 | Being so fucking angry that |
| EEOC_0001574 | 10/28/2013 | I don't think anyone is |
| EEOC_0001574 | 10/26/2013 | Just because everything CAN be |
| EEOC_0001575 | 10/24/2013 | Bob the builder swag |
| EEOC_0001576 | 10/13/2013 | If I actually needed anyone |
| EEOC_0001579 | 09/30/2013 | So fucking sick of people |
| EEOC_0001579 | 09/27/2013 | Oh, I'm sorry you think |
| EEOC_0001580 | 09/26/2013 | I'm already upset that you're |
| EEOC_0001582 | 09/10/2013 | It's a beautiful day to |
| EEOC_0001583 | 09/02/2013 | Almost 3 hours phone conversation |
| EEOC_0001584 | 09/01/2013 | This just happened. Receiving messages |
| EEOC_0001584 | 08/31/2013 | Now I just want to punch |
| EEOC_0001584 | 08/28/2013 | Warning: LONG RANT. And I really |
| EEOC_0001588 | 08/06/2013 | So…is it a law |
| EEOC_0001589 | 08/03/2013 | Still not done crying apparently |
| EEOC_0001589 | 08/02/2013 | Ignoring a problem does not |
| EEOC_0001590 | 07/28/2013 | I want to him. I want to be her |
| EEOC_0001591 | 07/24/2013 | This song An American girl |
| EEOC_0001597 | 06/21/2013 | The amount of fuckit i |
| EEOC_0001599 | 06/10/2013 | Officially done "trying" |
| EEOC_0001604 | 05/24/2013 | The word of the day |
| EEOC_0001607 | 05/15/2013 | Who wants to start a |
| EEOC_0001607 | 05/14/2013 | The past few days |
| EEOC_0001607 | 05/13/2013 | It kills me how truly |
| EEOC_0001614 | 04/13/2013 | Gonna go to sleep cause |
| EEOC_0001615 | 04/12/2013 | I've got an insatiable |
| EEOC_0001616 | 04/06/2013 | God is telling you to |
| EEOC_0001624 | 02/26/2013 | You hate where you live |
| EEOC_0001627 | 02/15/2013 | Nice to know my ovaries |
| EEOC_0001627 | 02/14/2013 | This is the part where |
| EEOC_0001627 | 02/14/2013 | Time to go to a |
| EEOC_0001627 | 02/13/2013 | I set my own bridges |
| EEOC_0001627 | 02/13/2013 | I didn't have a panic |

10461189v1

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001628 | 02/11/2013 | Getting a day off from work |
| EEOC_0001628 | 02/09/2013 | You're stronger than this/that |
| EEOC_0001631 | 01/29/2013 | People are shit. Disgusting piles |
| EEOC_0001633 | 01/14/2013 | I can't wait for the day |
| EEOC_0001633 | 01/14/2013 | Fuck you. Just fuck you. |
| EEOC_0001634 | 01/13/2013 | Trying to tear me down |
| EEOC_0001635 | 01/08/2013 | If your spawn touches me |
| EEOC_0001635 | 01/08/2013 | I could just kill you |
| EEOC_0001637 | 12/28/2012 | What's better than not having a day off in a week |
| EEOC_0001641 | 11/27/2012 | It's a bra, but you |
| EEOC_0001642 | 11/18/2012 | If you aren't prepared to |
| EEOC_0001643 | 11/14/2012 | Hey, let's fire this |
| EEOC_0001643 | 11/12/2012 | Really? Don't go all "girl power" |
| EEOC_0001644 | 11/11/2012 | Today has been a giant |
| EEOC_0001646 | 11/04/2012 | Dear customers, I don't picture |
| EEOC_0001648 | 10/24/2012 | Mucho frustrated. Rage. |
| EEOC_0001649 | 10/20/2012 | There is a good change |
| EEOC_0001650 | 10/13/2012 | The number of times in |
| EEOC_0001651 | 10/07/2012 | I can't fathom why I bother |
| EEOC_0001652 | 10/05/2012 | It's wonderful to spend |
| EEOC_0001652 | 10/03/2012 | Older lady totally just asked |
| EEOC_0001653 | 09/29/2012 | I work with the most |
| EEOC_0001654 | 09/23/2012 | So much bitter. So very |
| EEOC_0001654 | 09/23/2012 | Come in early so others |
| EEOC_0001658 | 09/02/2012 | Everyone has their own score |
| EEOC_0001659 | 09/01/2012 | I warn you people of |
| EEOC_0001659 | 08/31/2012 | Books that end with beheadings |
| EEOC_0001662 | 08/14/2012 | Tattoo time over. I no |
| EEOC_0001663 | 08/12/2012 | When your boyfrand helps you |
| EEOC_0001664 | 08/06/2012 | No, I don't wear sleeves |
| EEOC_0001665 | 08/04/2012 | Sitting in my car on my |
| EEOC_0001665 | 07/26/2012 | I'm confused by all these |
| EEOC_0001667 | 07/16/2012 | Sometimes I like to hulahoop |
| EEOC_0001667 | 07/16/2012 | Officially completely exhausted with being |
| EEOC_0001670 | 06/28/2012 | Trust me, baby girl, you |
| EEOC_0001670 | 06/28/2012 | I want to not be |
| EEOC_0001674 | 06/06/2012 | Idk how to feel about |
| EEOC_0001674 | 06/05/2012 | Keep your distance from my |
| EEOC_0001675 | 06/04/2012 | I wanna run so many people |
| EEOC_0001675 | 06/03/2012 | Boners and such |
| EEOC_0001677 | 05/24/2012 | Your face would look so |
| EEOC_0001678 | 05/16/2012 | Seeing the look in your eyes |
| EEOC_0001682 | 05/05/2012 | I'm so glad that strangers |
| EEOC_0001683 | 04/30/2012 | I think I will rent |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001684 | 04/29/2012 | Yup. All your hate. |
| EEOC_0001684 | 04/29/2012 | Sincerely do not care anymore |
| EEOC_0001687 | 04/19/2012 | Lol…if you're gonna fuck |
| EEOC_0001687 | 04/19/2015 | I'm in a venomous mood |
| EEOC_0001688 | 04/19/2012 | What I have been reminded |
| EEOC_0001688 | 04/17/2012 | I find myself sinking too |
| EEOC_0001691 | 04/08/2012 | Happy Easter. Hope you catch |
| EEOC_0001691 | 04/07/2012 | It ain't the last time |
| EEOC_0001692 | 04/04/2012 | Fuck. You. |
| EEOC_0001692 | 04/04/2012 | Murder I wrote… on your |
| EEOC_0001694 | 03/29/2012 | Basically. You're a tool. |
| EEOC_0001694 | 03/28/2012 | Being insulted by the biggest |
| EEOC_0001696 | 03/19/2012 | Finally, a girl coworker to |
| EEOC_0001697 | 03/16/2012 | Realizing most of fb "friends" |
| EEOC_0001699 | 03/11/2012 | Dat ass. |
| EEOC_0001700 | 03/10/2012 | If you're a person…then |
| EEOC_0001700 | 03/03/2012 | Thank you Hollister for reminding |
| EEOC_0001700 | 03/08/2012 | So…yeah…fuck you |
| EEOC_0001700 | 03/08/2012 | Home wreckers and drama queens |
| EEOC_0001702 | 03/05/2012 | You don't have to be |
| EEOC_0001702 | 03/03/2012 | Your booty jiggle when I |
| EEOC_0001704 | 02/28/2012 | Had a dream someone stole |
| EEOC_0001704 | 02/27/2012 | Being a coward is so |
| EEOC_0001706 | 02/23/2012 | Our shipment guy is such |
| EEOC_0001709 | 02/10/2012 | Take it or leave it. |
| EEOC_0001710 | 02/07/2012 | Can I get an address? |
| EEOC_0001713 | 01/31/212 | Random flirting abilities? |
| EEOC_0001714 | 01/27/2012 | Seriously. Fuck. This. Shit. |
| EEOC_0001716 | 01/25/2012 | You're cut for a big girl |
| EEOC_0001719 | 01/20/2012 | Oh the words I'd love |
| EEOC_0001719 | 01/19/2012 | That breed of anger that |
| EEOC_0001720 | 01/19/2012 | I know you think your |
| EEOC_0001721 | 01/16/2012 | You look pretty n your knees |
| EEOC_0001721 | 01/15/2012 | My part time just tried |
| EEOC_0001721 | 01/15/2012 | Ok mr stand too close |
| EEOC_0001723 | 01/13/2012 | My psyche can't even |
| EEOC_0001723 | 01/13/2012 | I'm not creeping on you |
| EEOC_0001723 | 01/12/2012 | There's this pressure in my |
| EEOC_0001724 | 01/10/2012 | I've seen the dark side |
| EEOC_0001727 | 01/05/2012 | My rapper name is madam |
| EEOC_0001728 | 01/04/2012 | The way things work, how |
| EEOC_0001728 | 01/03/2012 | Go to the car hot |
| EEOC_0001730 | 01/02/2012 | So. Walmart, publix, winndixie |
| EEOC_0001730 | 01/02/2012 | Yeah, my friends teach each |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001730 | 01/01/2012 | Bitter. BITTER. Bitter |
| EEOC_0001733 | 12/27/2011 | NICK JUST CALLED ME FAT!!!!! |
| EEOC_0001736 | 12/25/2011 | I shoulda introduced your teeth |
| EEOC_0001736 | 12/25/2011 | I'm mad I look Asian and |
| EEOC_0001740 | 12/19/2011 | When people in Defuniak come |
| EEOC_0001740 | 12/19/2011 | I like to get stapled |
| EEOC_0001740 | 12/19/2011 | I spread her butt cheeks |
| EEOC_0001742 | 12/15/2011 | When you're half asleep |
| EEOC_0001743 | 12/14/2011 | Bout to get the braces |
| EEOC_0001744 | 12/12/2012 | Hitler had blue waffle that |
| EEOC_0001744 | 12/12/2011 | I'm aware that you are |
| EEOC_0001750-EEOC_0001751 | 12/4/2011 | Yes. I am the devil. |
| EEOC_0001757 | 11/21/2011 | Kid in class: hair that |
| EEOC_0001758 | 11/21/2011 | Tagged Nicholas Stanhope "im putting my brain" |
| EEOC_0001762 | 11/16/2011 | All I want for Christmas |
| EEOC_0001763 | 11/13/2011 | Nicholas Stanhope tagged "I'm gonna eat the rest" |
| EEOC_0001765 | 11/13/2011 | Fuck. The. Real. World |
| EEOC_0001765 | 11/13/2011 | Ha. Not even being able to |
| EEOC_0001765 | 11/12/2011 | Wow….just wow…so many liars so few bullets |
| EEOC_0001765 | 11/12/2021 | When a guy tries to hit on you |
| EEOC_0001770 | 11/8/2011 | If this redneck touches me |
| EEOC_0001772 | 11/6/2011 | Tagged Nicholas Stanhope "I f-ing love this gouy!!!!!!" |
| EEOC_0001772 | 11/5/2011 | Time to go home |
| EEOC_0001773 | 11/5/2011 | Party. Single girls hit me up. |
| EEOC_0001773 | 11/4/2011 | Dear god, help? |
| EEOC_0001773 | 11/4/2011 | I just wanna scream!!! |
| EEOC_0001779 | 10/26/2011 | Mmmmm I may not have raped |
| EEOC_0001779 | 10/26/2011 | I never asked for your faith |
| EEOC_0001779 | 10/26/2011 | This test is going to rape |
| EEOC_0001781 | 10/24/2011 | Wal mart in my pjs |
| EEOC_0001783 | 10/21/2011 | Rather embarrassing all time low |
| EEOC_0001783 | 10/20/2011 | AHHHH! Please make me a sign |
| EEOC_0001785 | 10/18/2011 | K. Next guy to call me |
| EEOC_0001794 | 10/4/2021 | You are a loser |
| EEOC_0001801 | 9/21/2011 | Zoloft Zoloft Zoloft |
| EEOC_0001807 | 9/12/2011 | Either I'm gonna rape today |
| EEOC_0001811 | 9/7/2011 | Cops r useless! And I |
| EEOC_0001815 | 8/29/2011 | AHHHH! Just because I worked |
| EEOC_0001825 | 8/8/2011 | Oh hey I think u lost ur balls |
| EEOC_0001825 | 8/8/2011 | It is 7 am |
| EEOC_0001835 | 7/23/2011 | Excuse me ma'am…u just got skirt checked…. |
| EEOC_0001835 | 7/23/2011 | People pleasing is for prostitutes |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001850 | 2/20/2012 | Nicholas Stanhope tagged in a YouTube video "just one secret I could" |
| EEOC_0001887 | 9/12/2023 | All aboard the train to trauma city |
| EEOC_0001915 | 7/15/2023 | Most people who contemplate suicide |
| EEOC_0001916 | 7/13/2023 | Don't fuck with me I reckon |
| EEOC_0001925 | 6/18/2023 | My hobbies include…. |
| EEOC_0001930 | 4/22/2023 | Shared memory with Nicholas Stanhope "still how we talk about people together" |
| EEOC_0001933 | 4/11/2023 | The amount of time I spend |
| EEOC_0001939 | 4/26/2023 | Choose your words wisely |
| EEOC_0001951 | 3/30/2023 | Rage. Joelle and Nicholas been my best frand. |
| EEOC_0001951 | 3/29/2023 | Everybody can save their attitudes |
| EEOC_0001975 | 1/28/2023 | Doing the right thing is overrated |
| EEOC_0001978 | 1/23/2023 | Humans as a whole are just disgusting |
| EEOC_0001997 | 11/27/2022 | I'm gonna do something |
| EEOC_0002004 | 11/10/2022 | Life was really simple until |
| EEOC_0002009-EEOC_0002010 | 10/27/2022 | If I don't meet the expectations |
| EEOC_0002010 | 10/25/2022 | All I'm gonna say is |
| EEOC_0002030 | 9/6/2022 | When are you gonna be |
| EEOC_0002030 | 9/5/2022 | Also he could try idk |
| EEOC_0002031 | 3/31/2022 | When the bag boys don't |
| EEOC_0002033 | 8/21/2022 | Sometimes just being done is |
| EEOC_0002033 | 8/20/2022 | Your energy seems off honey |
| EEOC_0002035 | 8/13/2022 | Sometimes you just have to |
| EEOC_0002037-EEOC_0002038 | 8/7/2022 | It's said you can get |
| EEOC_0002038 | 7/26/2022 | When you can't stand anything |
| EEOC_0002043 | 6/18/2022 | If you seek to prove |
| EEOC_0002048 | 5/10/2022 | Little breaths of quiet become |
| EEOC_0002052 | 4/19/2022 | Jesus fucking Christ with |
| EEOC_0002054 | 4/11/2022 | Dear reality, this is my 2 week notice |
| EEOC_0002055-EEOC_0002056 | 3/30/2022 | Tagged Nicholas Stanhope "My best frand. Reunited and its epic" |
| EEOC_0002056 | 3/30/2022 | Rage Joelle and Nicholas  Best Human |
| EEOC_0002057 | 3/24/2022 | When you're at work and feel like you're being started at |
| EEOC_0002057 | 3/23/2022 | When you feel like you're being followed at work |
| EEOC_0002058 | 3/21/2022 | That kind of spotty sleep |
| EEOC_0002059 | 3/17/2022 | Hey remember when you were pretty? |
| EEOC_0002059 | 3/16/2022 | Customer bangs on car window |
| EEOC_0002063 | 2/23/2022 | It's funny how people work |
| EEOC_0002066 | 2/11/2022 | Sometimes just watching will tell |
| EEOC_0002067 | 2/6/2022 | Don't go living in a glass house |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0002068 | 2/4/2022 | Funny how people only try |
| EEOC_0002069 | 1/26/2022 | Shared a post and tagged Nicholas Stanhope |
| EEOC_0002074 | 1/9/2022 | You could go fuck yourself |
| EEOC_0002077 | 1/2/2022 | In your head is the most |
| EEOC_0002078 | 1/1/2022 | When you resurrect your social |
| EEOC_0002079 | 12/31/2021 | This is the part where |
| EEOC_0002080 | 12/28/2021 | Insecurity dressed as curiosity tempts |
| EEOC_0002082 | 12/20/2021 | Double bleach on the rocks please and thank you |
| EEOC_0002086 | 12/8/2021 | When humanity is a trend you can spot |
| EEOC_0002087 | 12/7/2021 | Added a photo and tagged Nicholas Stanhope "Let's be young again." |
| EEOC_0002087 | 12/7/2021 | Added a photo and tagged Nicholas Stanhope. |
| EEOC_0002088 | 12/4/2021 | We either making progress or I'm chugging bleach |
| EEOC_0002095 | 11/10/2021 | Life was really simple until I |
| EEOC_0002098 | 11/2/2021 | Facebook memories: hey remember when |
| EEOC_0002101 | 10/28/2021 | It's just friction between bodies |
| EEOC_0002102 | 10/20/2021 | You miss someone say they love you |
| EEOC_0002105 | 10/14/2021 | I'll still fuck you up if I need to |
| EEOC_0002106 | 10/11/2021 | I'm gonna need the bitch |
| EEOC_0002109 | 10/6/2021 | When you wanna wear the cute shorts |
| EEOC_0002109 | 10/5/2021 | Nothing lasts forever man |
| EEOC_0002117 | 9/15/2021 | You're a good person, you're cared for, |
| EEOC_0002117 | 9/14/2021 | Imma need the universes vague ass |

10461189v1