| | |
|---|---|
| **From:** | Lyons, Angelique |
| **To:** | AUSTIN RUSSELL |
| **Cc:** | Borso, Heather; Morejon, Amanda M.; BARBARA WELLS |
| **Subject:** | RE: EEOC Production 12/7/2023 |
| **Date:** | Wednesday, December 13, 2023 1:01:36 PM |
| **Attachments:** | Facebook Posts Requested(10461189.1).docx |

Austin,

In a good faith effort to resolve this dispute, we have fine-tuned the list of posts to remove approximately 150 posts. See attached for the updated list.

As we discussed, we have limited these posts to those that appear to discuss relevant issues, including Ms. Saunders' emotional health. Accordingly, because these posts are relevant to the issues in the case, we believe the EEOC is required to produce screenshots of these posts.

Please let me know if you have any questions.

Thanks.

**Angelique Lyons**
**Partner - Tampa and Port St. Lucie Office Head**

Constangy, Brooks, Smith & Prophete, LLP

Direct: 772.878.5767 • Direct Fax: 772.905.2541
E-mail: ALyons@constangy.com •View Bio/VCard
1860 SW Fountainview Blvd.
Suite 100
Port St. Lucie, FL 34986
Main: 813.223.7166
\*\*\*

**From:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Sent:** Tuesday, December 12, 2023 1:07 PM
**To:** Lyons, Angelique <ALyons@constangy.com>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** RE: EEOC Production 12/7/2023

Angelique,

Pursuant to the Court's order we intend to file a motion for protection about your requests for screenshots. We intend to produce posts from the relevant period (even though many of them are not responsive or relevant), but ask for protection from screen shotting over 400 posts outside the relevant period. Do you have time this afternoon or tomorrow morning to confer before we file our motion?

Best,

***Austin Russell***
Trial Attorney
U.S. Equal Employment
Opportunity Commission

---

**From:** Lyons, Angelique <ALyons@constangy.com>
**Sent:** Friday, December 8, 2023 4:54 PM
**To:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** RE: EEOC Production 12/7/2023

Austin,

Pursuant to the court's order, attached is the list of Facebook posts of which we would like screenshots. Please let me know if you have any questions.

Thanks.

---

**Angelique Lyons**
**Partner - Tampa and Port St. Lucie Office Head**

Constangy, Brooks, Smith & Prophete, LLP

Direct: 772.878.5767 • Direct Fax: 772.905.2541
E-mail: ALyons@constangy.com •View Bio/VCard
1860 SW Fountainview Blvd.
Suite 100
Port St. Lucie, FL 34986
Main: 813.223.7166
\*\*\*

---

**From:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Sent:** Friday, December 8, 2023 10:18 AM
**To:** Lyons, Angelique <ALyons@constangy.com>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** RE: EEOC Production 12/7/2023

Angelique,

There were a handful of posts that were not relevant or responsive included in the upload to our document management system. In the time frame given by the Court, we could not reupload in time to meet the deadline. The only way to meet the deadline was to redact the non-responsive posts.

The documents provided to you are individual screenshots of posts taken from Joelle Saunders' Facebook page. If there are additional, posts you want to request please let me know and I will take a look.

Best,

***Austin Russell***
Trial Attorney
U.S. Equal Employment
Opportunity Commission

---

**From:** Lyons, Angelique <ALyons@constangy.com>
**Sent:** Thursday, December 7, 2023 5:36 PM
**To:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** RE: EEOC Production 12/7/2023

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Austin,

Some of these pages appear to be redacted. Can you please confirm whether the EEOC redacted any information from this production batch?

Thanks.

---

**Angelique Lyons**
**Partner - Tampa and Port St. Lucie Office Head**

Constangy, Brooks, Smith & Prophete, LLP

Direct: 772.878.5767 • Direct Fax: 772.905.2541
E-mail: ALyons@constangy.com •View Bio/VCard
1860 SW Fountainview Blvd.
Suite 100
Port St. Lucie, FL 34986
Main: 813.223.7166
\*\*\*

---

**From:** AUSTIN RUSSELL <AUSTIN.RUSSELL@EEOC.GOV>
**Sent:** Thursday, December 7, 2023 12:30 PM
**To:** Lyons, Angelique <ALyons@constangy.com>
**Cc:** Borso, Heather <HBorso@constangy.com>; Morejon, Amanda M. <amorejon@constangy.com>; BARBARA WELLS <BARBARA.WELLS@EEOC.GOV>
**Subject:** EEOC Production 12/7/2023

Angelique,

Yesterday, we produced responsive documents required by the Court's order ECF 133 and some that were not. Below, I have broken down what was produced.

1. EEOC_0002133-2293- Facebook Posts
2. EEOC_0002294-2323- Instagram
3. EEOC_0002324-2359- Jacob Spencer Messenger in screenshot format (we agreed to provide you this before your motion)
4. EEOC_0002360- Additional Facebook Post
5. EEOC_0002361-2362- Additional Instagram

Best Regards,

**_Austin Russell_**
Trial Attorney
U.S. Equal Employment
Opportunity Commission
1130 22nd Street South
Birmingham, AL 35205
205-651-7079 (Office)
205-212-2041 (Fax)
E-mail: Austin.Russell@EEOC.gov

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0000604 | 02/15/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment |
| EEOC_0000604 | 02/20/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "food is good and trying is hard." |
| EEOC_0000604 | 02/20/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "I tried to do the exercise routine" |
| EEOC_0000604 | 02/20/2022 | Joelle Saunders commented on Celeste Gilley's photo "how to swiftly identify the shit people" |
| EEOC_0000605 | 02/22/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "and it's not working" |
| EEOC_0000605 | 02/28/2022 | Joelle Saunders replied to Napoleon Le Pew's comment "ya I get to shove a tube sock" |
| EEOC_0000605 | 02/28/2022 | Joelle Saunders replied to Sam Sparks McCray's comment "I took the plunge and moved" |
| EEOC_0000605 | 03/11/2022 | Joelle Saunders replied to her own comment "Eddie Martinez no way I get less attention" |
| EEOC_0000607 | 06/24/2022 | Joelle Saunders replied to Marisa Mitchell's comment "I'm just in shock it actually happened" |
| EEOC_0000607 | 08/04/2022 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "I am the weak" |
| EEOC_0000609 | 09/01/2022 | Joelle Saunders replied to her own comment "Monique Mann technically Mexico Beach" |
| EEOC_0000610 | 09/19/2022 | Joelle Saunders replied to Napoleon Le Pew's comment "I forgot I had lipstick swatches" |
| EEOC_0000610 | 09/21/2022 | Joelle Saunders replied to Tristan Reynolds' comment "Yep. Rode my cardboard cart" |
| EEOC_0000611 | 10/30/2022 | Joelle Saunders commented on her own post "still applies best frand" |
| EEOC_0000611 | 11/05/2022 | Joelle Saunders commented on her own photo "still the best pictures of us" |
| EEOC_0000613 | 12/23/2022 | Joelle Saunders replied to William Burgess's comment "oh it was" |
| EEOC_0000614 | 03/29/2023 | Joelle Saunders replied to Nicholas Edward Stanhope's comment "you're always the exception" |
| EEOC_0000622 | 10/11/2021 | You're heavy rain on a Sunday day. |
| EEOC_0000628 | 03/23/2022 | When you feel like you are being followed at work |
| EEOC_0000628 | 03/24/2022 | When you are at work and feel like you're being stared at |
| EEOC_0000668 | 07/02/2012 | Swear I won't rape you |
| EEOC_0000702 | 10/11/2021 | You're heavy rain on a sunny day |
| EEOC_0000707 | 07/22/2011 | I am tired of crying |
| EEOC_0000707 | 06/22/2011 | Not really surviving well this far |

10461189v1

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0000707 | 06/22/2011 | Seriously? Y R being serious right now? |
| EEOC_0000708 | 06/22/2011 | Just when I thought |
| EEOC_0000708 | 06/22/2011 | Sitting here trying to convince myself |
| EEOC_0000708 | 06/22/2011 | So I'm going to miss that heart |
| EEOC_0000728 | 04/21/2011 | I just want to scream |
| EEOC_0000729 | 04/20/2011 | I love people who know everything |
| EEOC_0000729 | 04/19/2011 | Will see her bf even less |
| EEOC_0000730 | 04/18/2011 | I guess always cleaning up the pieces of your heart |
| EEOC_0000731 | 04/16/2011 | I'm the wrong person to call a hypocrite |
| EEOC_0000732 | 04/12/2011 | I hear hand woven nooses work the best |
| EEOC_0000738 | 03/28/2011 | What to do when rock bottom looks the most welcoming |
| EEOC_0000740 | 03/21/2011 | Fuck this fuck you |
| EEOC_0000745 | 12/22/2010 | Hoping to not get too traumatized at work today |
| EEOC_0000749 | 09/09/2010 | Put on my waterproof mascara |
| EEOC_0000769 | 02/14/2017 | Joelle Saunders wrote on Nicholas Edward Stanhope's timeline "Birthday!!!!!! I love yew!" |
| EEOC_0000772 | 06/26/2017 | This must be how we always end up |
| EEOC_0000773 | 10/30/2019 | Joelle Saunders shared a memory to Nicholas Edward Stanhope's timeline "10 years ago, October 30, 2013" |
| EEOC_0000775 | 02/14/2022 | Joelle Saunders wrote on Nicholas Edward Stanhope's timeline "BURFDAA!!!!! BEST FRAND!!!!!!!! |
| EEOC_0000845 | 07/02/2012 | Swear I won't rape you |
| EEOC_0000944 | 07/07/2015 | My prize for killing the manager |
| EEOC_0000957 | 10/28/2015 | When your coworkers have to explain |
| EEOC_0001065 | 07/27/2021 | Joelle Saunders shared a memory 8 years ago July 27, 2015 "the crime you will be judged" |
| EEOC_0001110 | 05/09/2021 | When you're sitting in the car in your break at work |
| EEOC_0001114 | 04/21/2021 | Whoever stole my package out of my mailbox |
| EEOC_0001123 | 04/04/2021 | It is truly awe inspiring how much deeper it cuts |
| EEOC_0001134 | 02/28/2021 | It's always fun to learn |
| EEOC_0001149 | 04/12/2019 | When someone asks how far along |
| EEOC_0001152 | 10/13/2018 | Stuck between wanting to fight and |
| EEOC_0001152 | 11/8/2018 | What's the best way to learn |
| EEOC_0001152 | 08/11/2018 | Fuck you |
| EEOC_0001159 | 03/23/2018 | Maybe you should just date |
| EEOC_0001160 | 03/17/2018 | Hey remember when you were pretty |
| EEOC_0001160 | 04/04/2018 | When you break you're broken |
| EEOC_0001161 | 02/22/2018 | What do you do when you've been desperately |
| EEOC_0001161 | 02/21/2018 | There comes a time when you have to stop fighting |
| EEOC_0001162 | 01/18/2018 | The moments when the dreams seem too big |

10461189v1

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001163 | 01/01/2018 | And I'm done with humanity |
| EEOC_0001166 | 12/24/2017 | When all you have left to say |
| EEOC_0001170 | 12/20/2017 | Power of the booty |
| EEOC_0001178 | 09/19/2017 | Depression has no face or mood |
| EEOC_0001197 | 07/16/2017 | It would be great for this makeup |
| EEOC_0001202 | 06/18/2017 | If your idea of a possible solution |
| EEOC_0001203 | 06/12/2017 | Nothing more satisfying than knocking |
| EEOC_0001212 | 05/19/2017 | Think of the moment that almost broke you |
| EEOC_0001214 | 05/02/2017 | When a customer asks you to sit |
| EEOC_0001215 | 04/25/2017 | How the fuck you gonna be the assistant manager |
| EEOC_0001218 | 04/01/2017 | My thoughts on suicide as a personal survivor |
| EEOC_0001221 | 03/28/2017 | I saw you pull up early for your shift |
| EEOC_0001223 | 03/24/2017 | When your manager walks the fuck out |
| EEOC_0001239 | 01/26/2017 | I know you're only pretty in my space angels |
| EEOC_0001240 | 01/20/2017 | That moment when you're getting real close |
| EEOC_0001254 | 12/24/2016 | It's not tasteful to announce you're closing |
| EEOC_0001262 | 11/18/2016 | When I ignore friend requests |
| EEOC_0001277 | 10/07/2016 | Look at my tits |
| EEOC_0001283 | 09/24/2016 | A lot of people believe |
| EEOC_0001307 | 08/26/2016 | And you stand there with bloody finger tips |
| EEOC_0001334 | 07/25/2016 | Cunt |
| EEOC_0001365 | 06/06/2016 | Interviewing must be heard with your boy art |
| EEOC_0001367 | 06/04/2016 | Step right up, folks, and let the great and powerful |
| EEOC_0001367 | 06/03/2016 | Cyanide sounds fantastic. Lots of cyanide . . . |
| EEOC_0001371 | 5/31/2016 | Thanks for reminding me why I put walls up |
| EEOC_0001375 | 05/15/2016 | When you care for someone so much |
| EEOC_0001375 | 05/14/2016 | If you can't navigate Walmart while high |
| EEOC_0001377 | 05/12/2016 | Joelle Saunders shared a memory, 10 years ago May 12, 2013 "It kills me how truly disgustingly" |
| EEOC_0001377 | 5/11/2016 | Because when my heart hurts and shit |
| EEOC_0001378 | 05/10/2016 | It follows? Excuse me while I chug bleach |
| EEOC_0001380 | 05/06/2016 | Mmm, you got a pretty mouth |
| EEOC_0001381 | 05/05/2016 | Once something shatters you can |
| EEOC_0001382 | 04/30/2016 | When your soon to be former co worker |
| EEOC_0001383 | 04/29/2016 | Joelle Saunders shared a photo "But who has time for logic" |
| EEOC_0001383 | 04/29/2016 | Joelle Saunders shared a video "I can finally wear my chunky heels" |
| EEOC_0001383 | 04/29/2016 | I can't wait for those bitches |
| EEOC_0001383 | 04/28/2016 | You can fuck off with |
| EEOC_0001384 | 04/26/2016 | Choose your words wisely. Choose |
| EEOC_0001385 | 04/23/2016 | Some days are harder than others |
| EEOC_0001385 | 04/22/2016 | Pull the plug and seize |
| EEOC_0001385 | 04/21/2016 | And here I though I was |

10461189v1

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001385 | 04/21/2016 | I like to get disappointed |
| EEOC_0001386 | 04/20/2016 | Make no mistake, honey, I'm the mother fucker |
| EEOC_0001386 | 04/19/2016 | Jesus fucking Christ with this generation |
| EEOC_0001388 | 04/17/2016 | The people you put the most faith |
| EEOC_0001388 | 04/15/2016 | As I comb through albums to save |
| EEOC_000138-89 | 04/01/2016 | And on that note my Facebook |
| EEOC_0001389 | 04/01/2016 | Because God forbid actual humans |
| EEOC_0001390 | 03/16/2016 | The Violence of Violets. What? |
| EEOC_0001391 | 03/15/2016 | I'm here to fight for the flightless |
| EEOC_0001391 | 03/14/2016 | Joelle Saunders shared a photo. Updated Mar 14, 2016 2:44:18am |
| EEOC_0001391 | 03/12/2016 | So as you may know, or maybe you don't |
| EEOC_0001394 | 02/07/2016 | Don't hate the player hate the game |
| EEOC_0001396 | 02/03/2016 | Joelle Saunders shared a memory. 8 years ago Feb 03, 2015 "I've been thinking a lot about" |
| EEOC_0001397 | 02/02/2016 | I can't people. Hello? |
| EEOC_0001398 | 02/02/2016 | My crazy has reached a new level |
| EEOC_0001400 | 01/31/2016 | Whistle at me one mo'gain, shitdick |
| EEOC_0001402 | 01/29/2016 | Shut up, Elley, nobody asked you. |
| EEOC_0001410 | 01/18/2016 | Saddest status ever 3,2,1 and go! |
| EEOC_0001412 | 01/16/2016 | This is gonna be a little more public |
| EEOC_0001414 | 01/15/2016 | Dad hires construction crew to lay out |
| EEOC_0001415 | 01/13/2016 | ….waking up to find that they delivered |
| EEOC_0001415 | 01/13/2016 | When sassy neighbors try to be sassy |
| EEOC_0001415 | 01/12/2016 | You should kill Elley. Why? |
| EEOC_0001418 | 01/09/2016 | Rest easy, sweet boy, the world did not |
| EEOC_0001419 | 01/08/2016 | It must be nice to not care |
| EEOC_0001420 | 01/06/2016 | I don't know why you think |
| EEOC_0001421 | 01/03/2016 | My name is Joelle and I'm apparently |
| EEOC_0001421 | 12/31/2015 | Fucking bitch. Go fuck yourself. |
| EEOC_0001421 | 12/30/2015 | How about you just go fuck yourself |
| EEOC_0001423 | 12/27/2015 | Annnnnnddddd go fuck yourself |
| EEOC_0001423 | 12/27/2015 | When you immediately regret every word |
| EEOC_0001423 | 12/24/2015 | Joelle Saunders shared a memory. Mobile uploads. Hung. Over. Bro. |
| EEOC_0001423 | 12/23/2015 | Thank you for the birthday wishes |
| EEOC_0001424 | 12/23/2015 | A shorter list would be who I |
| EEOC_0001425 | 12/19/2015 | I need all the drunk women |
| EEOC_0001428 | 12/08/2015 | Seems like you're going through some stuff |
| EEOC_0001429 | 12/07/2015 | I'll make this simple…if I |
| EEOC_0001429 | 12/05/2015 | I want to be a positive for women |
| EEOC_0001430 | 12/04/2015 | Joelle Saunders shared a memory. 12 years ago Dec 04, 2011 "Yes. I am the devil." |

10461189v1

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001430 | 12/03/2015 | Fuck it. Fuck that. Fuck this. |
| EEOC_0001433 | 12/01/2015 | Don't debate me it even |
| EEOC_0001436 | 11/26/2015 | Joelle Saunders shared a link tickld.com |
| EEOC_0001436 | 11/26/2015 | Fuck you |
| EEOC_0001436 | 11/26/2015 | That moment when your ex finds |
| EEOC_0001436 | 11/26/2015 | Joelle Saunders shared a video. "When not being a normal girl" |
| EEOC_0001436 | 11/23/2015 | My only regret is that I didn't knock |
| EEOC_0001438 | 11/21/2015 | Darling, if you're going to throw stones |
| EEOC_0001438 | 11/20/2015 | Running into an ex at Walmart |
| EEOC_0001439 | 11/19/2015 | Not only will I personally escort |
| EEOC_0001440 | 11/18/2015 | I will not be accepting any freelance |
| EEOC_0001440 | 11/18/2015 | You know what game we aren't going to play |
| EEOC_0001441 | 11/17/2015 | You wanna feign martyrdom? |
| EEOC_0001442 | 11/16/2015 | Joelle Saunders shared a memory. 12 years ago Nov 16, 2011 "All I want for Christmas" |
| EEOC_0001451 | 11/03/2015 | Joelle Saunders shared a memory. 11 years ago Nov 02, 2012 "C'mon now" |
| EEOC_0001455 | 10/28/2015 | Hey girl why you in all back |
| EEOC_0001456 | 10/28/2015 | Fool me once, fool me twice |
| EEOC_0001457 | 10/27/2015 | Tell people how you feel |
| EEOC_0001461 | 10/21/2015 | I wish you could meet yourself |
| EEOC_0001464 | 10/18/2015 | You gain weight, gross |
| EEOC_0001465 | 10/18/2015 | We are #teamGoFuckYourself |
| EEOC_0001466 | 10/16/2015 | Pro Ana? Pro Mia? My heart |
| EEOC_0001470 | 10/10/2015 | When your drunk neighbors notice |
| EEOC_0001472 | 10/07/2015 | Things I learned from my good |
| EEOC_0001474 | 10/05/2015 | Real women have curves |
| EEOC_0001475 | 10/01/2015 | Oh fur fucks sake, can I |
| EEOC_0001478 | 09/19/2015 | Oh, you're offended that I'm |
| EEOC_0001481 | 09/12/2015 | Wanna be my weekend bae |
| EEOC_0001482 | 09/11/2015 | 20lbs down 57 to go |
| EEOC_0001483 | 09/05/2015 | For everyone that thinks only |
| EEOC_0001485 | 09/01/2015 | If you insist on calling me |
| EEOC_0001486 | 08/28/2015 | People are starting to sound |
| EEOC_0001486 | 08/27/2015 | Soooo you are wanting to sue |
| EEOC_0001488 | 08/21/2015 | How to end a conversation |
| EEOC_0001494 | 08/12/2015 | I spend entirely too much time |
| EEOC_0001500 | 08/02/2015 | As an incredibly insecure person |
| EEOC_0001501 | 07/27/2015 | The crime you will be judged |
| EEOC_0001503 | 07/14/2015 | When all you have left |
| EEOC_0001504 | 07/05/2015 | Is your Starbucks worth getting |
| EEOC_0001515 | 05/08/2015 | If you knew how to workout |
| EEOC_0001519 | 03/27/2015 | You have three toddlers and |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001528 | 01/07/2015 | I'm beginning to notice some |
| EEOC_0001529 | 12/11/2014 | When you start working out |
| EEOC_0001540 | 06/15/2014 | Did you know that telling |
| EEOC_0001541 | 06/07/2014 | I can be the sweetest |
| EEOC_0001542 | 05/30/2015 | You're right, I'm not the |
| EEOC_0001545 | 05/03/2014 | You can't pick on me |
| EEOC_0001548 | 04/13/2014 | Pretty words do not always come |
| EEOC_0001548 | 04/10/2014 | Sometimes all you can do |
| EEOC_0001557 | 02/11/2015 | And sometimes you wake up to |
| EEOC_0001558 | 02/03/2014 | Trust me, honey, you're not gonna |
| EEOC_0001568 | 12/08/2013 | When someone you HATE does |
| EEOC_0001568 | 12/04/2013 | So anyone want to be my |
| EEOC_0001571 | 11/22/2013 | I'm a bitch. This is news? |
| EEOC_0001571 | 11/15/2013 | You paint your nails and |
| EEOC_0001574 | 10/30/2013 | After all the disgusting, sketchy |
| EEOC_0001574 | 10/29/2013 | Being so fucking angry that |
| EEOC_0001574 | 10/28/2013 | I don't think anyone is |
| EEOC_0001575 | 10/24/2013 | Bob the builder swag |
| EEOC_0001579 | 09/30/2013 | So fucking sick of people |
| EEOC_0001579 | 09/27/2013 | Oh, I'm sorry you think |
| EEOC_0001580 | 09/26/2013 | I'm already upset that you're |
| EEOC_0001582 | 09/10/2013 | It's a beautiful day to |
| EEOC_0001583 | 09/02/2013 | Almost 3 hours phone conversation |
| EEOC_0001584 | 09/01/2013 | This just happened. Receiving messages |
| EEOC_0001584 | 08/31/2013 | Now I just want to punch |
| EEOC_0001589 | 08/03/2013 | Still not done crying apparently |
| EEOC_0001589 | 08/02/2013 | Ignoring a problem does not |
| EEOC_0001607 | 05/13/2013 | It kills me how truly |
| EEOC_0001616 | 04/06/2013 | God is telling you to |
| EEOC_0001627 | 02/13/2013 | I didn't have a panic |
| EEOC_0001628 | 02/11/2013 | Getting a day off from work |
| EEOC_0001631 | 01/29/2013 | People are shit. Disgusting piles |
| EEOC_0001633 | 01/14/2013 | I can't wait for the day |
| EEOC_0001633 | 01/14/2013 | Fuck you. Just fuck you. |
| EEOC_0001635 | 01/08/2013 | If your spawn touches me |
| EEOC_0001635 | 01/08/2013 | I could just kill you |
| EEOC_0001637 | 12/28/2012 | What's better than not having a day off in a week |
| EEOC_0001643 | 11/12/2012 | Really? Don't go all "girl power" |
| EEOC_0001644 | 11/11/2012 | Today has been a giant |
| EEOC_0001646 | 11/04/2012 | Dear customers, I don't picture |
| EEOC_0001648 | 10/24/2012 | Mucho frustrated. Rage. |
| EEOC_0001649 | 10/20/2012 | There is a good change |
| EEOC_0001650 | 10/13/2012 | The number of times in |
| EEOC_0001652 | 10/03/2012 | Older lady totally just asked |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001653 | 09/29/2012 | I work with the most |
| EEOC_0001654 | 09/23/2012 | So much bitter. So very |
| EEOC_0001654 | 09/23/2012 | Come in early so others |
| EEOC_0001658 | 09/02/2012 | Everyone has their own score |
| EEOC_0001659 | 09/01/2012 | I warn you people of |
| EEOC_0001665 | 08/04/2012 | Sitting in my car on my |
| EEOC_0001665 | 07/26/2012 | I'm confused by all these |
| EEOC_0001670 | 06/28/2012 | Trust me, baby girl, you |
| EEOC_0001674 | 06/06/2012 | Idk how to feel about |
| EEOC_0001674 | 06/05/2012 | Keep your distance from my |
| EEOC_0001675 | 06/04/2012 | I wanna run so many people |
| EEOC_0001677 | 05/24/2012 | Your face would look so |
| EEOC_0001678 | 05/16/2012 | Seeing the look in your eyes |
| EEOC_0001682 | 05/05/2012 | I'm so glad that strangers |
| EEOC_0001687 | 04/19/2012 | Lol…if you're gonna fuck |
| EEOC_0001687 | 04/19/2015 | I'm in a venomous mood |
| EEOC_0001688 | 04/19/2012 | What I have been reminded |
| EEOC_0001691 | 04/08/2012 | Happy Easter. Hope you catch |
| EEOC_0001691 | 04/07/2012 | It ain't the last time |
| EEOC_0001694 | 03/29/2012 | Basically. You're a tool. |
| EEOC_0001694 | 03/28/2012 | Being insulted by the biggest |
| EEOC_0001696 | 03/19/2012 | Finally, a girl coworker to |
| EEOC_0001697 | 03/16/2012 | Realizing most of fb "friends" |
| EEOC_0001700 | 03/03/2012 | Thank you Hollister for reminding |
| EEOC_0001700 | 03/08/2012 | Home wreckers and drama queens |
| EEOC_0001702 | 03/05/2012 | You don't have to be |
| EEOC_0001702 | 03/03/2012 | Your booty jiggle when I |
| EEOC_0001704 | 02/28/2012 | Had a dream someone stole |
| EEOC_0001706 | 02/23/2012 | Our shipment guy is such |
| EEOC_0001710 | 02/07/2012 | Can I get an address? |
| EEOC_0001713 | 01/31/212 | Random flirting abilities? |
| EEOC_0001714 | 01/27/2012 | Seriously. Fuck. This. Shit. |
| EEOC_0001716 | 01/25/2012 | You're cut for a big girl |
| EEOC_0001719 | 01/20/2012 | Oh the words I'd love |
| EEOC_0001719 | 01/19/2012 | That breed of anger that |
| EEOC_0001720 | 01/19/2012 | I know you think your |
| EEOC_0001721 | 01/16/2012 | You look pretty n your knees |
| EEOC_0001721 | 01/15/2012 | My part time just tried |
| EEOC_0001721 | 01/15/2012 | Ok mr stand too close |
| EEOC_0001723 | 01/13/2012 | My psyche can't even |
| EEOC_0001723 | 01/13/2012 | I'm not creeping on you |
| EEOC_0001724 | 01/10/2012 | I've seen the dark side |
| EEOC_0001728 | 01/03/2012 | Go to the car hot |
| EEOC_0001730 | 01/02/2012 | So. Walmart, publix, winndixie |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001730 | 01/02/2012 | Yeah, my friends teach each |
| EEOC_0001730 | 01/01/2012 | Bitter. BITTER. Bitter |
| EEOC_0001733 | 12/27/2011 | NICK JUST CALLED ME FAT!!!!! |
| EEOC_0001736 | 12/25/2011 | I shoulda introduced your teeth |
| EEOC_0001736 | 12/25/2011 | I'm mad I look Asian and |
| EEOC_0001740 | 12/19/2011 | When people in Defuniak come |
| EEOC_0001740 | 12/19/2011 | I like to get stapled |
| EEOC_0001740 | 12/19/2011 | I spread her butt cheeks |
| EEOC_0001742 | 12/15/2011 | When you're half asleep |
| EEOC_0001744 | 12/12/2012 | Hitler had blue waffle that |
| EEOC_0001744 | 12/12/2011 | I'm aware that you are |
| EEOC_0001750-EEOC_0001751 | 12/4/2011 | Yes. I am the devil. |
| EEOC_0001757 | 11/21/2011 | Kid in class: hair that |
| EEOC_0001758 | 11/21/2011 | Tagged Nicholas Stanhope "im putting my brain" |
| EEOC_0001762 | 11/16/2011 | All I want for Christmas |
| EEOC_0001763 | 11/13/2011 | Nicholas Stanhope tagged "I'm gonna eat the rest" |
| EEOC_0001765 | 11/13/2011 | Fuck. The. Real. World |
| EEOC_0001765 | 11/13/2011 | Ha. Not even being able to |
| EEOC_0001765 | 11/12/2011 | Wow….just wow…so many liars so few bullets |
| EEOC_0001765 | 11/12/2021 | When a guy tries to hit on you |
| EEOC_0001770 | 11/8/2011 | If this redneck touches me |
| EEOC_0001772 | 11/6/2011 | Tagged Nicholas Stanhope "I f-ing love this gouy!!!!!!" |
| EEOC_0001772 | 11/5/2011 | Time to go home |
| EEOC_0001773 | 11/5/2011 | Party. Single girls hit me up. |
| EEOC_0001773 | 11/4/2011 | Dear god, help? |
| EEOC_0001773 | 11/4/2011 | I just wanna scream!!! |
| EEOC_0001779 | 10/26/2011 | Mmmmm I may not have raped |
| EEOC_0001779 | 10/26/2011 | I never asked for your faith |
| EEOC_0001779 | 10/26/2011 | This test is going to rape |
| EEOC_0001781 | 10/24/2011 | Wal mart in my pjs |
| EEOC_0001783 | 10/21/2011 | Rather embarrassing all time low |
| EEOC_0001783 | 10/20/2011 | AHHHH! Please make me a sign |
| EEOC_0001785 | 10/18/2011 | K. Next guy to call me |
| EEOC_0001794 | 10/4/2021 | You are a loser |
| EEOC_0001801 | 9/21/2011 | Zoloft Zoloft Zoloft |
| EEOC_0001807 | 9/12/2011 | Either I'm gonna rape today |
| EEOC_0001811 | 9/7/2011 | Cops r useless! And I |
| EEOC_0001815 | 8/29/2011 | AHHHH! Just because I worked |
| EEOC_0001825 | 8/8/2011 | Oh hey I think u lost ur balls |
| EEOC_0001825 | 8/8/2011 | It is 7 am |
| EEOC_0001835 | 7/23/2011 | Excuse me ma'am…u just got skirt checked…. |
| EEOC_0001835 | 7/23/2011 | People pleasing is for prostitutes |

| Bates # | Date | First five words of post |
|---|---|---|
| EEOC_0001850 | 2/20/2012 | Nicholas Stanhope tagged in a YouTube video "just one secret I could" |
| EEOC_0001887 | 9/12/2023 | All aboard the train to trauma city |
| EEOC_0001915 | 7/15/2023 | Most people who contemplate suicide |
| EEOC_0001916 | 7/13/2023 | Don't fuck with me I reckon |
| EEOC_0001925 | 6/18/2023 | My hobbies include…. |
| EEOC_0001930 | 4/22/2023 | Shared memory with Nicholas Stanhope "still how we talk about people together" |
| EEOC_0001933 | 4/11/2023 | The amount of time I spend |
| EEOC_0001939 | 4/26/2023 | Choose your words wisely |
| EEOC_0001951 | 3/30/2023 | Rage. Joelle and Nicholas been my best frand. |
| EEOC_0001951 | 3/29/2023 | Everybody can save their attitudes |
| EEOC_0001975 | 1/28/2023 | Doing the right thing is overrated |
| EEOC_0001978 | 1/23/2023 | Humans as a whole are just disgusting |
| EEOC_0001997 | 11/27/2022 | I'm gonna do something |
| EEOC_0002004 | 11/10/2022 | Life was really simple until |
| EEOC_0002009-EEOC_0002010 | 10/27/2022 | If I don't meet the expectations |
| EEOC_0002010 | 10/25/2022 | All I'm gonna say is |
| EEOC_0002030 | 9/6/2022 | When are you gonna be |
| EEOC_0002030 | 9/5/2022 | Also he could try idk |
| EEOC_0002031 | 3/31/2022 | When the bag boys don't |
| EEOC_0002033 | 8/21/2022 | Sometimes just being done is |
| EEOC_0002033 | 8/20/2022 | Your energy seems off honey |
| EEOC_0002035 | 8/13/2022 | Sometimes you just have to |
| EEOC_0002037-EEOC_0002038 | 8/7/2022 | It's said you can get |
| EEOC_0002038 | 7/26/2022 | When you can't stand anything |
| EEOC_0002043 | 6/18/2022 | If you seek to prove |
| EEOC_0002048 | 5/10/2022 | Little breaths of quiet become |
| EEOC_0002052 | 4/19/2022 | Jesus fucking Christ with |
| EEOC_0002054 | 4/11/2022 | Dear reality, this is my 2 week notice |
| EEOC_0002055-EEOC_0002056 | 3/30/2022 | Tagged Nicholas Stanhope "My best frand. Reunited and its epic" |
| EEOC_0002056 | 3/30/2022 | Rage Joelle and Nicholas  Best Human |
| EEOC_0002057 | 3/24/2022 | When you're at work and feel like you're being started at |
| EEOC_0002057 | 3/23/2022 | When you feel like you're being followed at work |
| EEOC_0002058 | 3/21/2022 | That kind of spotty sleep |
| EEOC_0002059 | 3/17/2022 | Hey remember when you were pretty? |
| EEOC_0002059 | 3/16/2022 | Customer bangs on car window |
| EEOC_0002063 | 2/23/2022 | It's funny how people work |
| EEOC_0002066 | 2/11/2022 | Sometimes just watching will tell |
| EEOC_0002067 | 2/6/2022 | Don't go living in a glass house |

10461189v1

| Bates #      | Date       | First five words of post                                           |
|--------------|------------|--------------------------------------------------------------------|
| EEOC_0002068 | 2/4/2022   | Funny how people only try                                          |
| EEOC_0002069 | 1/26/2022  | Shared a post and tagged Nicholas Stanhope                         |
| EEOC_0002074 | 1/9/2022   | You could go fuck yourself                                         |
| EEOC_0002077 | 1/2/2022   | In your head is the most                                           |
| EEOC_0002078 | 1/1/2022   | When you resurrect your social                                     |
| EEOC_0002079 | 12/31/2021 | This is the part where                                             |
| EEOC_0002080 | 12/28/2021 | Insecurity dressed as curiosity tempts                             |
| EEOC_0002082 | 12/20/2021 | Double bleach on the rocks please and thank you                    |
| EEOC_0002086 | 12/8/2021  | When humanity is a trend you can spot                              |
| EEOC_0002087 | 12/7/2021  | Added a photo and tagged Nicholas Stanhope "Let's be young again." |
| EEOC_0002087 | 12/7/2021  | Added a photo and tagged Nicholas Stanhope.                        |
| EEOC_0002088 | 12/4/2021  | We either making progress or I'm chugging bleach                   |
| EEOC_0002095 | 11/10/2021 | Life was really simple until I                                     |
| EEOC_0002098 | 11/2/2021  | Facebook memories: hey remember when                               |
| EEOC_0002101 | 10/28/2021 | It's just friction between bodies                                  |
| EEOC_0002102 | 10/20/2021 | You miss someone say they love you                                 |
| EEOC_0002105 | 10/14/2021 | I'll still fuck you up if I need to                                |
| EEOC_0002106 | 10/11/2021 | I'm gonna need the bitch                                           |
| EEOC_0002109 | 10/6/2021  | When you wanna wear the cute shorts                                |
| EEOC_0002109 | 10/5/2021  | Nothing lasts forever man                                          |
| EEOC_0002117 | 9/15/2021  | You're a good person, you're cared for,                            |
| EEOC_0002117 | 9/14/2021  | Imma need the universes vague ass                                  |

10461189v1