Mar 29, 2011 10:15:46pm

Rockin that deroyal knee brace for today's run. That's attractive. Not.

Mar 29, 2011 6:33:35pm

Gun stores smell weird.

Mar 29, 2011 3:58:49pm

Priorities priorities priorities. Tired of waiting tired of begging.

Mar 29, 2011 12:05:01am

Just watched the hand banana episode. You. Tonight. ♥ happy camper!

Mar 28, 2011 10:21:33pm

So glad I went through two knee surgeries to make me "good as new" to not even be able to jump rope a year later. Super cool,,..

Mar 28, 2011 5:34:17pm

Ok 5 rolls of film printed and 4 to go!

Mar 28, 2011 12:39:26pm

What to do when rock bottom looks the most welcoming....

Mar 28, 2011 2:07:16am

Angry girl music, yeeeeessssssss. This diet gives me a major case of the angst! Agh!

Mar 27, 2011 11:40:35pm

Way to go the extra mile. Kudos.

Mar 27, 2011 8:49:02pm

Going w mom to pick my sister up. Think it's about time to start my side tattoo.

Mar 27, 2011 7:30:25pm

Dial up Internet cam go die.

**Exhibit "A"**

Sep 21, 2011 8:56:18pm

I hate being this early for class there's nothing to do but stare at people until they get creeped out and turn.

Sep 21, 2011 6:55:28pm

Is gonna puke

Sep 21, 2011 3:03:28pm

It's my Friday bitches!!!! Let today be survivable pulease

Sep 21, 2011 10:11:38am

Gonna be a long day.

Sep 21, 2011 9:38:59am

Zoloft zoloft zoloft.

Sep 21, 2011 5:58:55am

My friends are great. They're greater when they're drunk :D

Sep 21, 2011 2:27:17am

Bonding w my boss. Yay.

Sep 20, 2011 9:58:40pm

I'm over the whole distance thing. Apparently technology does not fix the mind of people. COME BUY DAMN SHOES! or bring me something pretty hahahaha

Sep 20, 2011 7:29:08pm

Hey. Youre hot, buy shoes :)

Side note: say you like me is thr most adorable song ever.

Sep 20, 2011 6:25:07pm

Computer basics you kill me w idleness. Actually excited to go to work just to be away from this -_-

Sep 20, 2011 3:00:35pm

Aug 04, 2015 10:15:09am

Aug 04, 2015 10:09:32am

Day 2 training with no makeup on.

Aug 04, 2015 9:45:07am

The fact that people can ruin my day from 10 hours away during a makeup conference just goes to show my " heartless bitch" game needs improvement.

Aug 03, 2015 3:19:10pm

People are so shitty...

Aug 02, 2015 7:52:53pm

Looks like I survived. Hello Baton Rouge!

Aug 02, 2015 6:35:11pm

First time in an airport/on a plane is happening in just a couple of hours....and I've convinced myself that extraterrestrials are going to hijack my plane.

Aug 02, 2015 9:53:46am

Joelle Saunders shared a photo.

Updated Aug 02, 2015 12:54:36am

Aug 02, 2015 12:54:36am

Joelle Saunders shared a photo.

Updated Aug 02, 2015 12:54:16am

Aug 02, 2015 12:54:16am

As an incredibly insecure person that struggles DAILY to remain functional through the anxiety of my body image...I find it pretty pathetic when people body shame. Fucking stop. Just stop. It's not cute you're just being a waste of oxygen. That being said please understand if I hear/see ANY person body shaming To ANYONE (people I know or strangers) I WILL sink your battle ship in an instance.
I will turn your weapon on yourself so fast your head will spin and you walk away crying.

People just asked me what my dog is.

Jun 05, 2016 11:08:18am

Joelle Saunders shared a photo.

Updated Jun 05, 2016 12:39:07am

Jun 05, 2016 12:39:07am

Joelle Saunders shared a memory.

10 Years Ago
Jun 04, 2013 5:36:00pm
Step right up, folks, and let the great and powerful expose your insecurities and inconsistencies! Come one, come all! Behold the purging show of the Truly Superior and Most Enviable. Feast your eyes upon what your wasted flesh should aspire to be! Get a grip. Or rather get a fucking mirror and get off your high horse before someone cuts it at the knees..

I want to be that bitch again. Fuck all this crying bullshit
Updated Jun 04, 2016 11:54:14am

Jun 04, 2016 11:54:14am

Cyanide sounds fantastic. Lots of cyanide...

Jun 03, 2016 9:35:57pm

Joelle Saunders shared a post.

Updated Jun 03, 2016 5:26:19pm

Jun 03, 2016 5:26:19pm

Sculpting maggots. I'm such a catch

Jun 03, 2016 3:34:48pm

Joelle Saunders shared a Page.

Dug Stanat Artfacebook.com
Sigh
Updated Jun 03, 2016 3:33:42pm

Jun 03, 2016 3:33:42pm

Joelle Saunders shared a post.

Updated Apr 02, 2017 8:18:22pm

Apr 02, 2017 8:18:22pm

Joelle Saunders shared a link.

http://canyouactually.com/doomsday-asteroid/

Updated Apr 01, 2017 2:21:04pm

Apr 01, 2017 2:21:04pm

Joelle Saunders shared a link.

http://www.unilad.co.uk/animals/guy-rescues-dying-baby-bear-but-now-hes-in-big-trouble-for-it/

It's okay to shoot them while they hibernate but not try to save them.
Updated Apr 01, 2017 12:53:33pm

Apr 01, 2017 12:53:33pm

Joelle Saunders shared a link.

http://sci-techuniverse.blogspot.com/2017/04/pluto-has-been-officially-reclassified.html

Welcome back, buddy
Updated Apr 01, 2017 12:49:51pm

Apr 01, 2017 12:49:51pm

Joelle Saunders shared a link.

http://www.unilad.co.uk/health/campaigner-who-created-project-semicolon-dies-after-battle-with-mental-health/

My thoughts on suicide as a personal survivor of several attempts and a survivor of the attempts of people I love are obvious...I will forever share her story.
Updated Apr 01, 2017 3:38:20am

Apr 01, 2017 3:38:20am

Joelle Saunders shared a photo.

Just cause yall need to know about this talent
Updated Apr 01, 2017 12:39:48am

Apr 01, 2017 12:39:48am

Joelle Saunders shared a link.

https://www.littlethings.com/darci-lynne-beatles-finale/?utm_source=htip&utm_medium=Facebook
Holy shit
Updated Sep 20, 2017 10:55:16pm

Sep 20, 2017 10:55:16pm

Joelle Saunders shared a post.

Updated Sep 20, 2017 10:08:39pm

Sep 20, 2017 10:08:39pm

Joelle Saunders shared a photo.

Updated Sep 19, 2017 4:40:51pm

Sep 19, 2017 4:40:51pm

When a customer comes in says he's a clairvoyant and tells you that ASAP you need to get some crystals that absorb all the negativity when people are talking shit about you...oh

Sep 19, 2017 4:40:06pm

Joelle Saunders shared a photo.

So fit
Updated Sep 19, 2017 4:37:43pm

Sep 19, 2017 4:37:43pm

Joelle Saunders shared a link.

http://fil.la/l?l=eJPoQ
"Depression has no face or mood"
Updated Sep 19, 2017 3:55:08pm

Sep 19, 2017 3:55:08pm

Joelle Saunders shared a link.