that's cool, i work in a shoe store, but i'll clean up the pee your dog just left on my floor..even though you weren't in the store..just walking by and thought it'd be fun to let your dog come in and tinkle.

Feb 23, 2012 12:33:43pm

our shipment guy is such a toolbag. if you cant start unloading until 10 why the hell did you ring the bell at 9:50? just to let me know you dont wanna be here? i dont want you to be here either, buddy, but such is life. find better wishing wells or just stfu.

Feb 23, 2012 10:57:31am

Just saw a squirrel jump on a crow. Today is promising

Feb 23, 2012 9:17:27am

Rain. Lyrics. I miss my band :(

Feb 23, 2012 1:41:24am

Is it still quitting if you never stood a chance at winning in the first place? Hah. Ohmigawdshessoooooooemo!

Feb 22, 2012 9:22:16pm

Lawl. Shits crazy.

Feb 22, 2012 8:11:35pm

food or coffee? seems like food would waste more time..

Feb 22, 2012 6:09:11pm

only 6 more hours.......

Feb 22, 2012 4:31:41pm

oh my god. new wedge heels came in today. ♥. shoe whore, i am.

Feb 22, 2012 1:04:30pm

double. regretting not stopping for a red bull now. grumblegrumblegrumble.

Feb 22, 2012 11:36:50am

Well. That sucks.

**Exhibit "B"**

Mar 21, 2012 6:24:44pm

Shits weak bro. Home sweet home. Back to my own bed. Bitter sweet.

Mar 21, 2012 12:36:31am

Uncomfortable cuttlefish

Mar 20, 2012 8:49:06pm

When I start to miss your voice I remind myself you never say anything less than devastating.

Mar 20, 2012 6:42:47pm

Hahaha losing your voice not even half way through the day. Awesome. Gotta love getting sick.

Mar 20, 2012 4:14:39pm

Bleeeehhhhhh someone talk to me.

Mar 20, 2012 3:17:46pm

Am in no mood for the DVD at work today. Haha. All these songs are rubbing me the wrong way at the moment.

Mar 20, 2012 11:51:41am

Double 3 of 3. Looks like we made it.

Mar 20, 2012 8:56:14am

Fuuuuuuuuuuuuuuuuuuuuuuck. Another hour to go....

Mar 19, 2012 8:50:39pm

Idk what's up with dudes thinking it's cool to wear short shorts..but... The only time we should see you entire thigh is when you're in your undies....k thanks...

Mar 19, 2012 7:10:10pm

All of a sudden extremely tired

Mar 19, 2012 4:49:26pm

Finally, a girl coworker to break up the sausage fest that has been my doubles.

I think....I'm gonna take howler to play at the lakeyard....and take a million pictures and upload them throughout the night to ensure you see Every. Single. One.
>:)

Sep 25, 2012 4:32:38pm

2 hours to go!

Sep 25, 2012 1:51:41pm

" I am proud of myself for pulling this off. You're pretty now!"

Thank you, orthodontist.
-____-

Sep 24, 2012 10:08:28am

So much bitter. So very very much.

Sep 23, 2012 6:25:48pm

Come in early so others don't work alone, but we're gonna make you work solo. Oh, and Stay late so others can leave early.

K.

Real sorry you can't get a lunch break today.

Whaaaaat?!

Fatty is displeased

Sep 23, 2012 4:25:33pm

I want to buy a dress and have a reason to wear it.

Sep 22, 2012 8:29:36pm

Today is going to kill me. I'm sure of this.

Sep 22, 2012 3:04:01pm

Going in early to work early so nobody is working alone? Sure. Go in early only to find out that I'm still closing by myself? Fuck you.

Sep 22, 2012 8:19:51am

Yeah. I'm one of those people.
SHUT UP, yeah, I read and stuff and junk.

Oct 01, 2012 7:48:57pm

---

I can't express how much I love this car.

Sep 30, 2012 4:35:29pm

---

Do tell why I'm here at 6:30 and you are not mr boss man I'm very curious. It's cold and I'm locked outside.

Sep 30, 2012 7:31:40am

---

I work with the most useless people.

Sep 29, 2012 4:07:56pm

---

Dear 5 am, fuck you.

Sep 29, 2012 6:16:42am

---

All of my hate.

Sep 28, 2012 8:17:49pm

---

Had a dream about making tuna salad sandwiches......now I'm going to work to make tuna salad sandwiches.

Sep 28, 2012 11:13:30am

---

Eh. Today just bitch slapped me. Shoulda stayed in bed.

Sep 27, 2012 12:06:16pm

---

And now it's time to work out....again.....geeze what a drag.

Sep 26, 2012 9:33:28pm

---

Another day of going in early to help but still closing alone, yeaaaaaaahhhhhh son!

Sep 26, 2012 8:38:37am

---

I don't think it's weird to have a workout day dedicated solely to building a butt instead of lumping it in with leg days.

Sep 25, 2012 9:56:04pm

I hurt everywhere.

Nov 03, 2012 8:11:39pm

Today should be illegal. The end.

Nov 03, 2012 12:21:42pm

It's about to be a very long day...

Nov 03, 2012 8:55:21am

Oh, you think it's funny to run your bicycle into cars and laugh hysterically while repeating said act? Yeah. I thought it was funny when you hit the ground too. Are you kidding me?

Nov 02, 2012 8:34:21pm

That moment when your great mood gets decked in the face, but hey, only we can control how we feel, right? Riiiiiight. Jackass.

Nov 02, 2012 2:48:31pm

C'mon now..there is no need for such theatrics. Instead of doing what you think will make someone else want you or guilting them into loving you- here's the crazy part- instead of all that why don't you do something that will make you okay with you? It's just absurd enough to work, I know I know I'm such a renegade.

And I am taking my own advice, so stfu.

Nov 02, 2012 11:25:53am

Massive amounts of food.

Nov 01, 2012 7:05:47pm

To the antique shops we go.

Nov 01, 2012 1:32:38pm

So...we need Halloween plans...anyone?

Oct 31, 2012 8:11:32pm

I fed a pig marshmallows. I am content.

"The world doesn't need another hopeless cause but it makes me who I am"

May 01, 2016 2:54:27pm

Oh, jokes? Game on

Apr 30, 2016 7:03:08pm

When your soon to be former co worker texts you and says "tonight's gonna be like those movies where everyone talks about their misunderstandings and cry over silly things"

Bitch....no. No. No, I'm going to eat your soul for eternal youth.

Apr 30, 2016 1:28:47pm

Joelle Saunders shared a photo.

Updated Apr 30, 2016 1:25:47pm

Apr 30, 2016 1:25:47pm

Joelle Saunders shared a photo.

Sculpting expo. One day one day one day
Updated Apr 30, 2016 1:14:33pm

Apr 30, 2016 1:14:33pm

And you said we'd all be dead by 25
And is that your disappointed sigh?

When you finally figure out Gerard Way lyrics from his solo album and they're still fantastic.

Apr 30, 2016 1:01:24pm

Joelle Saunders shared a post.

Destiny
Updated Apr 30, 2016 12:57:00pm

Apr 30, 2016 12:57:00pm

Joelle Saunders shared a post.

Updated Apr 30, 2016 12:55:55pm

http://www.boredpanda.com/alternative-creative-ways-to-use-lego/?utm_source=facebook&utm_medium=link&utm_campaign=BPFacebook

Updated Mar 24, 2017 3:29:38pm

Mar 24, 2017 3:29:38pm

Joelle Saunders shared a link.

http://www.boredpanda.com/surreal-digital-art-huseyin-sahin/?utm_source=facebook&utm_medium=link&utm_campaign=BPFacebook

Updated Mar 24, 2017 12:48:18pm

Mar 24, 2017 12:48:18pm

Joelle Saunders shared a link.

https://www.whitenosesyndrome.org/news/fungus-causes-white-nose-syndrome-bats-detected-texas

Updated Mar 24, 2017 12:44:20pm

Mar 24, 2017 12:44:20pm

When your manager walks the fuck out and your DM is like "hey new girl, wanna live here?!"
"No."
"Great-wait,what? Oh. Well. You're gonna anyway."

Mar 24, 2017 12:26:12pm

Joelle Saunders shared a photo.

Updated Mar 24, 2017 10:37:35am

Mar 24, 2017 10:37:35am

"Oh. So you got fat all over again? You'd think you'd stop doing that"
Yeah well fuck you, fuckshit

Mar 23, 2017 11:08:40pm

Joelle Saunders shared a post.

Updated Mar 22, 2017 10:54:04pm

CONFIDENTIAL

EEOC_0001223

Joelle Saunders shared a link.

http://pilotonline.com/news/local/environment/there-s-a-shark-party-in-the-atlantic-ocean-according/article_9457d7ad-474f-5b02-8b16-ab4fd40b8e21.html

Updated Mar 30, 2017 1:50:18pm

Mar 30, 2017 1:50:18pm

Joelle Saunders shared a link.

https://wavo.me/fluxpavilion/remix-competition-pull-the-trigger-feat-cammie-robinson/flux_pavilion_ft_cammie_robinson_pull_the_trigger_eklectik_remix__19698739862510000

Updated Mar 29, 2017 6:49:44pm

Mar 29, 2017 6:49:44pm

Joelle Saunders shared a link.

https://www.youtube.com/watch?v=NsXtU0rZkAQ&sns=fb

Updated Mar 28, 2017 11:57:40pm

Mar 28, 2017 11:57:40pm

"I saw you pull up early for your shift, you don't have to sit in your car, you can come in the store"

No. No, thank you. Thanks but no. All of the no.

Mar 28, 2017 10:26:31am

Click for video:

Mar 27, 2017 1:57:59am

Joelle Saunders shared a link.

http://www.npr.org/2017/03/26/520250032/to-put-you-at-ease-with-creepy-crawlies-entomologists-face-your-fears

Updated Mar 26, 2017 12:21:12pm

Mar 26, 2017 12:21:12pm

Joelle Saunders shared a photo.