My hair looks like crap..... I know that.

Nov 14, 2011 12:18:01am

---

My Facebook stalking skills lack luster. I hoots work on that.

Nov 13, 2011 11:10:52pm

---

Work meeting went well despite Jenna almost making me puke!!!! Time to curl my hair for mayday tomorrow with my favorite dudes ever!!!!!

Nov 13, 2011 10:10:29pm

---

Been pretty much asleep all day the only reason I got out of bed is because I'm hungry. Fatty.

Nov 13, 2011 4:09:09pm

---

I just woke up and I already know today is a fail.

Nov 13, 2011 12:41:56pm

---

The things I'd say...

Nov 13, 2011 2:32:11am

---

Fuck. The. Real. World.

Nov 13, 2011 1:21:59am

---

Ha. Not even being able to but 30$ worth at wal Mart is not what I needed. Ty Xena.

Nov 13, 2011 12:00:48am

---

Wow....just wow....so many liars so few bullets. Don't ever ask me why I'm this way again. Never. Ever.

Nov 12, 2011 8:40:59pm

---

http://www.youtube.com/watch?v=z1kp3_QxUtk&feature=youtube_gdata_player
Ha!

**Exhibit "C"**

Nov 12, 2011 4:22:07pm

---

♥ when a guy tries to hit on you with atrocious grammar...while being dead serious about it...giggle. Come see me at journeys guys :)

Nov 12, 2011 4:04:12pm

Sep 27, 2013 11:58:48pm

Every cheek, every lip you've kissed will find satin and soft dirt. Maggots replacing teeth in smiles we couldn't live without.

Sep 27, 2013 10:45:46pm

"If you love me
Let me go"

Panic at the disco, I can't even handle this right now...

Sep 27, 2013 3:11:11pm

My heart hurts. Miss you, buddy.

Sep 26, 2013 10:54:24pm

I'm already upset that you're so stupid and have not only lived this long, but also have been breeding.....don't try to make trouble for my family....I will end you....

Sep 26, 2013 8:38:54pm

If you aren't my dog....I probably hate you.

Sep 26, 2013 5:40:56am

If you take the English language out of a situation I'm about a million times more awkward than normal.............and go.

Sep 26, 2013 1:48:20am

Dragon skies, I swear to Jesus, if you don't get your shit together and stop hatching these dragons I already have...I am going to delete your game off my phone....

Sep 24, 2013 4:18:00am

I love when places ask you
"So, what made you want to fill out an application with us?"

"I heard you give out envelopes with money in them every 2 weeks and I thought, 'hey, that's the stuff my bills need!'"

Sep 23, 2013 7:42:56pm

No creepy guys, I'm not a goth. No, I'm not in all black because I'm Johnny cash. No, I don't work at beef o

No, my dog doesn't bite. No, your child may not pet her. Yes, I will smack the shit out of your spawn if it tries anyway. No means no.

Jun 07, 2014 5:55:36pm

Sam smith's album is the best decision I've made in awhile. Sounds so pretty.

Jun 07, 2014 4:30:05pm

I can be the sweetest person in the world... Here's the thing....I am also the biggest bitch on the face of the planet and I will eat the soul of your first born. Remember that.

Happy Saturday!

Jun 07, 2014 11:07:32am

It's fun to be wrong

Jun 07, 2014 8:50:05am

You tagged Aimee Rene Rosato Chapman

Holy shit. In two months....panic at the disco.

Jun 06, 2014 12:58:09pm

You tagged Chrissy Nieten

I've not beached this much in years.

Jun 05, 2014 7:14:04pm

I love these girls! Chrissy Johnson Danielle McCormick

Jun 02, 2014 11:17:39pm

When one of your besties show up at your work without telling you. Best. Feeling. Ever.

Jun 02, 2014 8:05:57pm

I think it's about that time to build some walls. ^_~

Jun 02, 2014 11:28:13am

I hate running. So. Much.

Jun 01, 2014 6:21:53pm

Oct 12, 2015 2:10:49pm

Don't mind me, I'm just gonna go bathe in holy water and go on a scavenger hunt for my dignity.

Oct 11, 2015 3:38:44pm

I'm gonna need the bitch in my head that is logical and sane to start speaking louder than the one that is chasing quick fixes from within the embrace of demons.

Oct 11, 2015 8:47:32am

....fuck....

Oct 11, 2015 3:21:20am

When your heart has already accepted defeat the only thing left to do is convince your feet to keep walking.

Oct 10, 2015 2:06:33pm

Joelle Saunders shared a link.

http://on.elle.com/6186BMLgG

Uhh a gum ad gave me feels?
Updated Oct 10, 2015 7:02:11am

Oct 10, 2015 7:02:11am

Joelle Saunders shared a link.

http://on.mvp.to/tA868o
Updated Oct 10, 2015 3:40:17am

Oct 10, 2015 3:40:17am

when your already drunk neighbors notice you drinking on your porch and try to make friends, but a shot of whiskey gets them feeling a little too comfortable and they decide to try and tell you why you're single according to the good ole boy handbook...and an intense debate over modern dating and romance being on its death bed ensues...

By debate I mean I interrupted and talked louder than them

" look, here's your prob-"
NOPE. stoping you right there, squid billies. THIS is the real problem

-insert rant-

CONFIDENTIAL
EEOC_0001470

Cue speechless laughter... yeah, bitches, yeah.

Oct 10, 2015 3:10:46am

---

These neighbors....dear god...

Oct 09, 2015 10:35:16pm

---

Joelle Saunders shared a memory.



Mobile Uploads
12 Years Ago
Joelle Saunders added a new photo.
Oct 09, 2011 9:45:58pm

Holy shit...I miss being skinny and having my sternum bar!
Updated Oct 09, 2015 7:30:04pm

Oct 09, 2015 7:30:04pm

---

Don't kid yourself, you should know by now that your happiness will only be taken into consideration when it is convenient and beneficial to another's ulterior motives.
The more you know...

Oct 09, 2015 3:59:50pm

---

pink and purple bridal ♥

Oct 09, 2015 11:24:49am

---

Inspiration for the first short story in years? I can't contain myself. To Make a Ghost has begun.

Oct 09, 2015 12:58:03am

---

Joelle Saunders shared a link.

---

http://www.bustle.com/articles/60582-12-contemporary-adult-fairy-tale-books-for-grown-women-who-need-a-touch-of-magic?utm_source=facebook&utm_medium=owned&utm_campaign=booksbustle

#5 miss peregrine's home for peculiar children is a fantastic read.
Updated Oct 09, 2015 12:34:50am

Oct 09, 2015 12:34:50am

---

Joelle Saunders shared a link.

Updated Jan 16, 2016 12:38:54am

Jan 16, 2016 12:38:54am

Joelle Saunders shared a post.

EEEEEEEE!!!!!!
Updated Jan 16, 2016 12:17:15am

Jan 16, 2016 12:17:15am

Joelle Saunders shared a post.

Updated Jan 16, 2016 12:12:04am

Jan 16, 2016 12:12:04am

Joelle Saunders shared a photo.

Updated Jan 15, 2016 11:33:11pm

Jan 15, 2016 11:33:11pm

Dad hires construction crew to lay out new kennel. Construction crew is mostly "young bucks" a little too into themselves.

"nice hair"

Thanks

"Like tats? I have a sleeve."

You have what looks like maybe a nipple tattooed on your arm.....shut the fuck up and get the fuck away from me.

Jan 15, 2016 1:55:09pm

Joelle Saunders shared a photo.

Updated Jan 14, 2016 11:11:55pm

Jan 14, 2016 11:11:55pm

Joelle Saunders shared a memory.

11 Years Ago
Reuben Charcas shared a link.

CONFIDENTIAL

Apr 30, 2016 12:55:55pm

I love ghost shows.

"I don't believe in ghosts. Hey ghosts fuck you! Fight me bro"

And then ghost shit happens...

"Oh my god, ghosts why would you do that to me?!"

....really bitch...

Apr 29, 2016 9:02:11pm

Joelle Saunders shared a photo.

But who has time for logic? Not I....not I..
Updated Apr 29, 2016 3:53:52pm

Apr 29, 2016 3:53:52pm

Joelle Saunders shared a video.

I can finally wear my chunky heels cause they'll match my chunky thighs!
Updated Apr 29, 2016 3:23:23pm

Apr 29, 2016 3:23:23pm

"I can't wait for those bitches to have their 'I knew her when' moment."

"Yeah, so I can be the bigger person and get all that good karma?"

"What? No. So you can tell them to go fuck themselves. Fuck karma."

"Yasssssssss, betch, yasssss"

Apr 29, 2016 3:19:04pm

You can fuck off with those fucking crocodile tears, bitch, you're not fucking fooling me.

Apr 28, 2016 12:08:51pm

It's not necessary to pretend we're doing anything other than just going through the motions, dear.

Apr 28, 2016 10:32:19am

Joelle Saunders shared a memory.