# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:56 PM | Case No. | 3:21cv1051-TKW/HTC |
| Time Concluded | 2:20 PM | Date | 12/20/2023 |

**DOCKET ENTRY:** Telephonic Conference held. Parties request to stay deadlines for parties to finalize terms of settlement; Court will extend deadlines as directed. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE    **T. KENT WETHERELL, II**          Paula Cawby          Megan Hague
                                                                   Deputy Clerk         Court Reporter

**Style of Case:** EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. WALMART INC

Plaintiff Counsel Present                    Plaintiff
Bryan Grayson                                Equal Employment Opportunity Commission
Austin Russell
Gerald Miller

Defendant Counsel Present                    Defendant
Angelique Lyons                              Walmart, Inc

**PROCEEDINGS**