UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**,

    **Plaintiff**,

v.                                           Case No. 3:21cv1051-TKW-HTC

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

    **Defendants**.
_____/

## ORDER MODIFYING DEADLINES

This case came before the Court for a telephonic case management conference on December 20, 2023, at which the parties reported that they are close to resolving the case. To facilitate the parties' ongoing discussions while maintaining the current trial date in the event that the parties are not able to reach a final resolution, it is

**ORDERED** that:

1. The deadline for completing Ms. Saunders' deposition is extended to January 5, 2024.

2. The deadline for deposition designations and any new motions in limine pertaining to newly produced discovery is extended to January 9, 2024.

3. The deadline for Defendants' fee motion (*see* Doc. 133 at §IV) is tolled pending further order.

4. The deadline for responses to motions in limine is January 12, 2024.

5.  All other pretrial deadlines (*see* Doc. 127 at ¶12, Doc. 133 at §III.C) are unchanged.

6.  The pretrial conference remains scheduled for January 19, 2024, and the trial remains scheduled for January 29, 2024. *See* Doc. 127 at ¶¶9, 10.

7.  If the parties are unable to finalize the settlement by January 5, 2024, but they continue to believe that settlement is imminent, they may file a joint motion to toll the remaining deadlines and reschedule the trial.

**DONE and ORDERED** this 21st day of December, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**