IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:21-CV-1051-TKW-HTC |
| WALMART INC. and WAL-MART STORES EAST, LP, | ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Plaintiff U.S. Equal Employment Opportunity Commission moves the Court to enter an order allowing Gerald L. Miller to withdraw as counsel for Plaintiff. Mr. Miller is retiring from the Commission and the practice of law effective December 30, 2023. The Commission will continue to be represented by other counsel who have appeared in this case.

DATED: December 29, 2023.

Respectfully submitted,

/s/ *Gerald L. Miller*
Gerald L. Miller
Assistant Regional Attorney
AL Bar No. ASB-1454-E52G
(205) 651-7026
gerald.miller@eeoc.gov

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

/s/ ***Gerald L. Miller***
Gerald L. Miller