UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**,

    **Plaintiff**,

v.                                                      Case No. 3:21cv1051-TKW-HTC

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

    **Defendants**.
_____/

## ORDER

Upon due consideration of the motion to withdraw (Doc. 143), it is

**ORDERED** that the motion is **GRANTED**, and attorney Gerald L. Miller shall have no further obligation to represent Plaintiff in this case. The Clerk shall terminate Mr. Miller as counsel of record for Plaintiff in CM/ECF.

**DONE and ORDERED** this 2nd day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**