UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

      **Plaintiff,**                               CASE NO. 3:21-CV-1051-TKW-HTC

v.

**WALMART, INC. and**
**WAL-MART STORES EAST, L.P.,**

      **Defendants.**
_____/

**JOINT MOTION TO TOLL REMAINING**
**DEADLINES AND RESCHEDULE TRIAL**

Plaintiff Equal Employment Opportunity Commission and Defendants Walmart, Inc. and Wal-Mart Stores East, L.P., by and through their undersigned attorneys, hereby move this Court to toll the remaining pretrial deadlines and reschedule the trial of this matter, and as grounds therefore say:

This matter is currently set for trial to begin on January 29, 2024 with the pretrial conference scheduled for January 19, 2024. [DE 127]. As discussed at the December 20, 2023 status conference, the parties have actively pursued settlement of this matter.  Given the intervening holidays with key personnel being absent from the office, full settlement has not been reached, but the parties believe that settlement is imminent.  As such, in the interest of judicial economy and pursuant to the Court's

10555630v1

December 21, 2023 Order Modifying Deadlines [DE 142 ¶ 7], the parties respectfully request that this matter be removed from the January 29, 2024 trial docket, the pretrial conference scheduled for January 19, 2024 be canceled, and the remaining pretrial deadlines be tolled until this case has been fully resolved or placed on another trial docket.

Respectfully submitted this 5th day of January 2024.

<div style="display:flex">

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205

MARSHA L. RUCKER
Regional Attorney
PA Bar No. 90041
Marsha.rucker@eeoc.gov

BRYAN A. GRAYSON
Supervisory Trial Attorney
AL Bar No. ASB-8944-N65G
Bryan.grayson@eeoc.gov

AUSTIN T. RUSSELL
*Austin T. Russell*
Trial Attorney
AL Bar No. ASB-6418-S13J
Austin.Russell@eeoc.gov
Telephone: (205) 651-7079
Facsimile: (205) 212-2041

***Attorneys for Plaintiff***

</div>

<div>

*/s/ Angelique Lyons*
Angelique Groza Lyons, Esq.,
Fla. Bar No. 118801
alyons@constangy.com
Secondary Email: tampa@constangy.com
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
100 North Tampa Street, Suite 3350
Tampa, Florida 33602
(813) 223-7166 / Fax: (813) 223-2515
Attorney for Defendants

F. Damon Kitchen
Fla. Bar No. 861634
dkitchen@constangy.com
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
200 West Forsyth Street, Suite 1700
Jacksonville, FL 32202-4317
Telephone: (904) 356-8900
Facsimile: (904) 356-8200

***Attorneys for Defendants***

</div>

10555630v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2024, I electronically filed with the Clerk of Court a copy of the foregoing document via the CM/ECF system, which will automatically serve a copy upon all counsel of record.

                              */s/ Angelique Lyons*
                              Attorney

10555630v1