UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**,

    **Plaintiff**,

v.                                                    Case No. 3:21cv1051-TKW-HTC

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

    **Defendants**.
_____/

# ORDER

This case is before the Court based on the parties' joint motion to toll remaining deadlines and reschedule trial (Doc. 145). The motion is supported by good cause because it represents that a settlement is "imminent." Accordingly, it is **ORDERED** that the motion is **GRANTED**, and

    1.    All remaining deadlines are tolled.

    2.    The pretrial conference scheduled for January 19, 2024, and the trial scheduled for January 29, 2024, are canceled.

    3.    The parties shall file a status report 30 days from the date of this Order indicating whether the deadlines should remain tolled or whether a telephonic case management conference should be scheduled to re-establish the deadlines and re-schedule the pretrial conference and trial.

**DONE and ORDERED** this 8th day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**