# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:21-CV-1051-TKW-HTC |
| WALMART INC. and ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Recently, the undersigned learned that she is facing serious health conditions. The undersigned resigned from her position as a Trial Attorney with the U.S. Equal Employment Opportunity Commission ("EEOC"). Consequently, the undersigned respectfully requests that the Court grant this motion and allow her to withdraw as counsel of record in this case. The EEOC continues to be represented by other counsel of record in this case. Granting this motion will not prejudice any party.

Dated: January 24, 2024

Respectfully submitted,

**BARBARA J. WELLS**

*/s/ Barbara J. Wells*
AL Bar No.: ASB-1658-R58B
(334) 354-8034 (c)
Barbarawells36104@yahoo.com

2

2227 Allendale Place
Montgomery, AL 36111

**CERTIFICATE OF SERVICE**

I hereby certify I electronically filed this document on January 24, 2024. The Court's electronic filing systems will forward notice of this filing to all parties indicated on the electronic filing receipt.

/s/ *Barbara J. Wells*
Barbara J. Wells