UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**,

    Plaintiff,

v.                                    Case No. 3:21cv1051-TKW-HTC

**WALMART, INC.** and
**WAL-MART STORES EAST, LP**,

    Defendants.
_____/

## ORDER

Upon due consideration of the motion for leave to withdraw (Doc. 147), it is

**ORDERED** that the motion is **GRANTED**, and attorney Barbara J. Wells shall have no further obligation to represent Plaintiff in this case. The Clerk shall terminate Ms. Wells as counsel of record for Plaintiff in CM/ECF.

**DONE and ORDERED** this 25th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**