IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | CIVIL ACTION NO.<br>3:21-cv-01051-TKW-HTC |
| WALMART INC. | )<br>)<br>) |
| and | )<br>) |
| WAL-MART STORES EAST, LP, | )<br>) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendants Walmart Inc. and Wal-Mart Stores East, LP (collectively, "Parties") jointly move the Court to approve and enter the proposed Consent Decree attached hereto as Exhibit A as the final judgment resolving this action. In support of this Motion, the Parties state the following:

1. The Parties have negotiated, resolved, and settled all matters at issue in this litigation, as evidenced by their signatures on the proposed Consent Decree, which is attached as Exhibit 1. The proposed Consent Decree will also be submitted

1

to the Court in Word format via electronic mail to flnd_wetherell@flnd.uscourts.gov.

2.    The Parties believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3.    The Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4.    The entry of this Consent Decree will further the objectives of Title VII of the Civil Rights Act of 1964 and will be in the best interest of the Parties, including the charging party for whom the EEOC seeks relief, and the public.

5.    By entering into this Consent Decree, Walmart Inc. and Wal-Mart Stores East, LP do not admit to any fault or violation of the law.  Walmart Inc. and Wal-Mart Stores East, LP expressly deny any violation of the law.

WHEREFORE, the Parties respectfully request that this Court approve and enter the Consent Decree and that it retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

Date: February 7, 2024.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Birmingham District Office<br>Ridge Park Place, Suite 2000<br>1130 22nd Street South<br>Birmingham, AL 35205 | /s/Angelique Lyons<br>Angelique Groza Lyons, Esq.,<br>Fla. Bar No. 118801<br>alyons@constangy.com<br>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |

| | |
|---|---|
| MARSHA L. RUCKER<br>Regional Attorney<br>PA Bar No. 90041<br>marsha.rucker@eeoc.gov<br><br>BRYAN A. GRAYSON<br>Supervisory Trial Attorney<br>AL Bar No. 8944N65G<br>bryan.grayson@eeoc.gov<br><br>AUSTIN T. RUSSELL<br>*Austin T. Russell*<br>Trial Attorney<br>AL Bar No. 6418S13J<br>austin.russell@eeoc.gov<br>Telephone: (205) 651-7079<br>Facsimile: (205) 212-2041<br><br>***Attorneys for Plaintiff*** | 100 North Tampa Street, Suite 3350<br>Tampa, Florida  33602<br>(813) 223-7166 / Fax:  (813) 223-2515<br>Attorney for Defendants<br><br>F. Damon Kitchen<br>Fla. Bar No. 861634<br>dkitchen@constangy.com<br>CONSTANGY, BROOKS, SMITH &<br>PROPHETE, LLP<br>200 West Forsyth Street, Suite 1700<br>Jacksonville, FL  32202-4317<br>Telephone: (904) 356-8900<br>Facsimile: (904) 356-8200<br><br>***Attorneys for Defendants*** |

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

The undersigned counsel certifies that the Commission's word-processing software counts in this filing 264 words, including headings, footnotes, and quotations, but omitting the case style, signature block, and certificates.

*/s/ Austin T. Russell*
Austin T. Russell
